# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1188**                                **September Term, 2023**

**EPA-89FR32532**

**Filed On: June 12, 2024** [2059369]

American Water Works Association and
Association of Metropolitan Water
Agencies,

        Petitioners

        v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

      It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case no. 24-1192 are directed to file the following document(s) by the indicated date(s):

       Docketing Statement Form                               July 12, 2024

       Statement of Issues to be Raised                  July 12, 2024

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                  BY:     /s/
                                                 Erica M. Thorner
                                                 Deputy Clerk

The following forms and notices are available on the Court's website:
     Agency Docketing Statement Form