# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1188**                **September Term, 2023**

EPA-89FR32532

**Filed On: July 23, 2024** [2066003]

American Water Works Association and
Association of Metropolitan Water
Agencies,

        Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
        Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of the motions for leave to intervene filed by:

Newburgh Clean Water Project, Merrimack Citizens for Clean Water, Environmental Justice Task Force, Fight for Zero, Concerned Citizens of WMEL Water Authority Grassroots, Clean Cape Fear, Buxmont Coalition for Safe Water, Clean Haw River and Natural Resources Defense Council,

it is **ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1188** | **September Term, 2023** |

statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

      Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                                     BY:    /s/
                                                           Erica M. Thorner
                                                           Deputy Clerk