# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1188** | **September Term, 2024** |
| | EPA-89FR32532 |
| | Filed On: October 29, 2024 [2082644] |

American Water Works Association and
Association of Metropolitan Water
Agencies,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
       Intervenors
------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

     Upon consideration of the motion by Chamber of Commerce of the United States of America for leave to participate as amicus curiae, and the lodged brief amicus curiae, it is

     **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                     BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk