# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1188**  **September Term, 2024**

**EPA-89FR32532**

**Filed On: November 27, 2024** [2087080]

American Water Works Association and
Association of Metropolitan Water
Agencies,

        Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
        Intervenors
------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

    Upon consideration of the unopposed motion of amicus curiae State of
Connecticut for extension of time to file an amicus brief in support of respondents, it is

    **ORDERED** that the motion be granted. The brief of amicus curiae State of
Connecticut is now due January 17, 2025.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

             BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk