# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1188**  **September Term, 2024**

**EPA-89FR32532**

**Filed On:** December 10, 2024

American Water Works Association and
Association of Metropolitan Water Agencies,

      Petitioners

      v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,

      Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

**BEFORE:**  Katsas, Childs, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the motion for entry of a protective order, it is

**ORDERED** that the motion be granted and that the protective order be entered.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
                Selena R. Gancasz
                Deputy Clerk