# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1188**                          **September Term, 2024**

EPA-89FR32532

Filed On: February 7, 2025 [2099657]

American Water Works Association and Association of Metropolitan Water Agencies,

         Petitioners

         v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

         Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
         Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

### O R D E R

      Upon consideration of the motion of Linda Birnbaum, Ph.D., Jamie DeWitt, Ph.D., Rainer Lohmann, Ph.D. and Jennifer Schlezinger, Ph.D. for leave to file a brief amici curiae in support of respondents, and the lodged brief amici curiae, it is

      **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                           BY:     /s/
                                          Michael C. McGrail
                                          Deputy Clerk