# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1188                      September Term, 2024

EPA-89FR32532

Filed On: February 7, 2025 [2099658]

American Water Works Association and Association of Metropolitan Water Agencies,

        Petitioners

        v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
        Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

# O R D E R

       Upon consideration of respondents' unopposed motion to hold cases in abeyance, it is

       **ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

       The respondents are directed to file motions to govern future proceedings in this by April 8, 2025.

                                                            **FOR THE COURT:**
                                                            Clifton B. Cislak, Clerk

                                       BY:     /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk