# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| No. 24-1188 | September Term, 2024 |
| | EPA-89FR32532 |
| | Filed On: April 10, 2025 [2110289] |

American Water Works Association and Association of Metropolitan Water Agencies,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
      Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of respondents' unopposed motion to continue to hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases continue to be held in abeyance pending further order of the court.

The government is directed to file motions to govern future proceedings in this cases by May 12, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                          BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk