<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION and ASSOCIATION OF METROPOLITAN WATER AGENCIES,<br><br>*Petitioners,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>*Respondents*. | No. 24-1188<br><br>consolidated with<br>Nos. 24-1191, 24-1192 |

## CONSENT MOTION TO WITHDRAW BRIEF OF PAUSTENBACH & ASSOCIATES et al. AS *AMICUS CURIAE* IN SUPPORT OF PETITIONERS

Paustenbach and Associates hereby moves to withdraw its amicus curiae brief filed on April 18, 2025. The Petitioners, Respondents, and Intervenors all consent to this Motion.

Respectfully submitted,

Dated: May 6, 2025

/s/ *Robert F. Redmond*
Robert F. Redmond, Jr.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

Counsel for *Amicus Curiae*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 28 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  May 6, 2025                                     /s/ *Robert F. Redmond*
                                                                        Robert F. Redmond, Jr.
                                                                        Counsel for *Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of May, 2025, the foregoing Consent Motion to Withdraw Brief of Paustenbach & Associates et al. as *Amicus Curiae* in Support of Petitioners was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the D.C. Circuit, which will provide electronic notice to all counsel of record.

Dated: May 6, 2025

/s/ *Robert F. Redmond*
Robert F. Redmond, Jr.
Counsel for *Amicus Curiae*