# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1188** | **September Term, 2024** |
| | EPA-89FR32532 |
| | Filed On: May 14, 2025 [2115832] |

American Water Works Association and Association of Metropolitan Water Agencies,

        Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
        Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

    Upon consideration of respondents' unopposed motion to continue abeyance, it is

    **ORDERED** that the motion be granted and these cases continue to remain in abeyance. The respondents are directed to file motions to govern future proceedings in this case by June 4, 2025.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk
              BY:   /s/
                           Michael C. McGrail
                           Deputy Clerk