# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1188**                     **September Term, 2024**

**EPA-89FR32532**

**Filed On: July 22, 2025** [2126755]

American Water Works Association and
Association of Metropolitan Water
Agencies,

       Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
             Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of the consent motion to withdraw brief of Paustenbach & Associates, et al. as amicus curiae in support of petitioners; and respondents' motion to govern future proceedings, it is

**ORDERED** that the motion to withdraw be granted. The brief of amicus curiae is hereby deemed withdrawn. It is

**FURTHER ORDERED** that the motion to govern future proceedings be granted, and that these cases be removed from abeyance and returned to the court's active docket. The parties are directed to submit a proposed schedule and format for the completion of briefing by August 1, 2025.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk
      BY:   /s/
            Michael C. McGrail
            Deputy Clerk