**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION, et al., | |
| *Petitioners*, | |
| v. | Case No. 24-1188 and consolidated cases |
| U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE M. ZELDIN, Administrator of the U.S. Environmental Protection Agency, | |
| *Respondents*. | |

**JOINT MOTION TO GOVERN**

Respondents, Respondent-Intervenors, and Petitioners in Case Nos. 24-1188, 24-1191, and 24-1192 respectfully move the Court to issue an order regarding proceedings in this matter as set forth below.

1.     Petitioners seek review of an EPA action entitled, "PFAS National Primary Drinking Water Regulation," 89 Fed. Reg. 32532 (April 26, 2024) ("Rule"). The Rule establishes National Primary Drinking Water Regulations for PFOS and PFOA, two contaminants in a class of compounds known as per- and polyfluoroalkyl substances ("PFAS"). The Rule also sets forth regulatory determinations and establishes National Primary Drinking Water Regulations for

three additional PFAS compounds—PFHxS, PFNA, and HFPO-DA—as well as mixtures containing two or more of PFHxS, PFNA, HFPO-DA, and/or PFBS.

2. Petitioners filed their opening briefs on October 7, 2024; Amici on behalf of Petitioners filed their brief on October 29, 2024; Respondents filed their brief on December 23, 2024; Respondent-Intervenors filed their brief on January 17, 2025; and Amici on behalf of Respondents filed their briefs on January 17, 2025.

3. Petitioners have not yet filed their reply briefs and oral argument has not yet been scheduled.

4. On February 7, 2025, Respondents sought and this Court granted a 60-day abeyance of proceedings in this matter, which the Court continued through July 21, 2025. ECF No. 2099439; ECF No. 2099658; 2109980, 2110289, 2115469, 2115832, 2119087, 2119400. On July 22, 2025, the Court issued an order directing the parties to submit a proposed schedule and format for the completion of briefing by August 1, 2025.

5. EPA announced its planned actions with respect to the challenged Rule on May 14, 2025. *See* https://www.epa.gov/newsreleases/epa-announces-itwill-keep-maximum-contaminant-levels-pfoa-pfos. In that announcement, EPA stated that it intends to retain the Rule's current National Primary Drinking Water

Regulations for PFOS and PFOA.  Separately, EPA intends to develop a rulemaking to provide additional time for compliance with the standards for PFOS and PFOA, including a proposal to extend the compliance date to 2031.  *Id.*  EPA plans to issue a proposed rule this fall and finalize this rule in the Spring of 2026.  *Id*.  EPA also announced that it intends to rescind the Rule's National Primary Drinking Water Regulations for PFHxS, PFNA, HFPO-DA, and mixtures containing two of more of those compounds and/or PFBS, and to reconsider the regulatory determinations for those contaminants.  *Id*.

6.      To address these changes in the Agency's approach to these contaminants, Respondents intend to file either a motion or letter with the Court clarifying their position in this litigation.

7.      Because that filing likely will impact the remainder of briefing in this matter, the parties respectfully request the Court enter an order directing the following:

>       a.  On or before **September 10, 2025,** Respondents shall file with the Court either a motion or letter clarifying their position in litigation.

     i. If Respondents' filing takes the form of a motion, the parties may file any responses and replies consistent with Rule 27.

     ii. If Respondents' filing takes the form of a letter, Petitioners and Respondent-Intervenors may file a response equal in length to the letter within 10 days of Respondents' letter.

   b. On or before **September 17, 2025**, the parties shall file a proposed briefing schedule for all remaining merits briefing in this matter.

Respectfully submitted,

ADAM R.F. GUSTAFSON
   *Acting Assistant Attorney General*

ROBERT STANDER
   *Deputy Assistant Attorney General*

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
   U.S. Department of Justice
   Env't & Natural Resources Div.
   P.O. Box 7611
   Washington, DC 20044
   (202) 514-2285 (Kimball)
   Kimere.Kimball@usdoj.gov
*Counsel for Respondents*

*/s/ Corinne V. Snow*
CORINNE V. SNOW
   Vinson & Elkins LLP
   2200 Pennsylvania Avenue NW
   Suite 500 West
   Washington, DC 20037
   Phone: (202) 639-6622
   Fax: (917) 879-8998
   Email: csnow@velaw.com
*Counsel for Petitioners American Water Works Association and Association of Metropolitan Water Agencies in No. 1188*

/s/Suzanne Novak
SUZANNE NOVAK
HILLARY AIDUN
   Earthjustice
   48 Wall St., 15th floor
   New York, New York 10005
   (212) 823-4981
   (212) 284-8040
   snovak@earthjustice.org
   haidun@earthjustice.org
*Counsel for Respondent-Intervenors*
*Buxmont Coalition for Safe Water, Clean*
*Cape Fear, Clean Haw River, Concerned*
*Citizens of WMEL Water Authority*
*Grassroots, Environmental Justice Task*
*Force, Fight for Zero, Merrimack Citizens*
*for Clean Water, and Newburgh Clean*
*Water Project*

/s/ Jared J. Thompson
JARED J. THOMPSON
   Natural Resources Defense Council
   40 West 20th Street
   New York, NY 10011
   (202) 513-6249
   jared.thompson@nrdc.org

KAREN CHEN
   Natural Resources Defense Council
   111 Sutter Street, 21st Floor
   San Francisco, CA 94104
   (415) 875-8261
   kchen@nrdc.org
*Counsel for Respondent-Intervenor*
*Natural Resources Defense Council*

/s/ Tobias S. Loss-Eaton
GORDON D. TODD
TOBIAS S. LOSS-EATON
   Sidley Austin LLP
   1501 K Street NW
   Washington, DC 20005
   (202) 736-8711
   tlosseaton@sidley.com

MICHAEL B. KIMBERLY
   Winston & Strawn LLP
   1901 K Street NW
   Washington DC 20006
   (202) 282-5096
   mkimberly@winston.com

*Counsel for Petitioners National*
*Association of Manufacturers &*
*American Chemistry Council in No. 24-*
*1191*

/s/ Allon Kedem
ALLON KEDEM
   Arnold & Porter Kaye Sholer LLP
   601 Massachusetts Ave., NW
   Washington, DC  20001
   (202) 942-5000
   Allon.kedem@arnoldporter.com
*Counsel for Petitioner the Chemours*
*Company FC, LLC in No. 24-1192*

August 1, 2025

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 536 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Finally, I certify that on August 1, 2025, I electronically filed this document with the Court's CM/ECF system, which will serve each party's counsel of record.

_/s/ Kimere J. Kimball_____
KIMERE J. KIMBALL