# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 24-1188 September Term, 2024

EPA-89FR32532

Filed On: August 7, 2025 [2129115]

American Water Works Association and Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
       Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of the joint motion to govern, it is

**ORDERED** that the parties file motions to govern future proceedings in these cases by September 10, 2025.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk
BY:   /s/
                         Michael C. McGrail
                         Deputy Clerk