# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-1188**                     **September Term, 2025**

**EPA-89FR32532**

**Filed On:** September 12, 2025

American Water Works Association and
Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
               Intervenors
------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

      Upon consideration of the joint motion to govern, it is

      **ORDERED** that the parties are directed to file a joint proposed briefing format and schedule on September 12, 2025.

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                         BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk