No. 24-1188                          September Term, 2025

EPA-89FR32532

Filed On: September 16, 2025

American Water Works Association and
Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
               Intervenors
------------------------------

Consolidated with 24-1191, 24-1192

# O R D E R

       Upon consideration of the joint motion to establish briefing format and schedule, it is

       **ORDERED** that the following deadlines now apply in these consolidated cases:

| | |
|---|---|
| Responses to Respondents' Motion for Partial Vacatur, including any consolidated motion for affirmative requests for relief related thereto | September 26, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-1188**                      **September Term, 2025**

| | |
|---|---|
| Respondents' consolidated reply in support of the Motion for Partial Vacatur and response to any motion for affirmative relief | October 10, 2025 |
| Other parties' responses to motions for affirmative relief related to the Motion for Partial Vacatur, if any | October 10, 2025 |
| Replies in support of motions for affirmative relief related to the Motion for Partial Vacatur, if any | October 22, 2025 |

It is

    **FURTHER ORDERED** that consideration of the joint motion to establish briefing format and schedule otherwise be deferred pending further order of the court.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                    BY:     /s/
                                                         Emily Campbell
                                                         Deputy Clerk