# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1188** | **September Term, 2025** |
| | EPA-89FR32532 |
| | **Filed On: October 3, 2025** [2138691] |

American Water Works Association and Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
       Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

      Upon consideration of respondents' unopposed motion for a stay of proceedings in light of lapse of appropriations, it is

      **ORDERED** that the motion be granted and these cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these cases within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                     BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk