ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION, | )<br>)<br>) |
| *Petitioner*, | )<br>) |
| v. | ) Case No. 24-1188 (L) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>) |
| *Respondents*. | )<br>) |

_____

**JOINT MOTION TO GOVERN AND SET REMAINING MOTION DEADLINES**

The parties submit this motion to govern in accordance with this Court's October 3, 2025, order suspending the motion deadlines set in this Court's September 16, 2025, ECF No. 2135130, and directing the parties to submit motions to govern 10 days after the restoration of appropriations. ECF No. 2138691. On November 12, 2025, Congress passed a continuing resolution restoring appropriations to, *inter alia*, the Department of Justice. Now that appropriations have been restored, the parties respectfully move the Court to set the following briefing schedule to complete motions briefing in this matter:

| **Filing** | **Due Date** |
|---|---|
| December 3, 2025 | EPA's reply in support of its motion for partial vacatur and response to Respondent-Intervenors' motion to file a revised and enlarged response brief |
| December 3, 2025 | Petitioners' response to Respondent-Intervenors' motion to file a revised and enlarged response brief |
| December 17, 2025 | Respondent-Intervenors' reply in support of their motion to file a revised and enlarged response brief |

Date:  November 24, 2025

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

*/s/ Kimere J. Kimball*
Kimere J. Kimball
U.S. DEPARTMENT OF JUSTICE
ENV'T AND NATURAL RESOURCES DIV.
P.O. Box 7611
Washington, DC 20044
(202) 515-2285 (Kimball)
Kimere.Kimball@usdoj.gov
*Counsel for Respondents*

Respectfully submitted,

*/s/ Corinne V. Snow*
Corinne V. Snow
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington DC 20037
csnow@velaw.com
Phone: (202) 639-6622
Fax:  (917) 879-8998
*Counsel for Petitioners American Water Works Association and Association of Metropolitan Water Agencies (Case No. 24-1188)*

*/s/ Tobias S. Loss-Eaton*
Gordon D. Todd
Tobias S. Loss-Eaton
SIDLEY AUSTIN LLP

/s/ Katherine K. O'Brien
Katherine K. O'Brien
EARTHJUSTICE
P.O. Box 2297
South Portland, ME 04116
kobrien@earthjustice.org
(212) 284-8036

Suzanne Novak
Hillary Aidun
EARTHJUSTICE
48 Wall Street, 15th floor
New York, NY 10005
(212) 823-4981
(212) 284-8040
snovak@earthjustice.org
haidun@earthjustice.org
*Counsel for Respondent-Intervenors Buxmont Coalition for Safe Water, Clean Cape Fear, Clean Haw River, Concerned Citizens of WMEL Water Authority Grassroots, Environmental Justice Task Force, Fight for Zero, Merrimack Citizens for Clean Water, and Newburgh Clean Water Project*

/s/ Jared J. Thompson
Jared J. Thompson
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

Karen Chen
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-8261
kchen@nrdc.org

1501 K Street NW
Washington DC 20005
tlosseaton@sidley.com
(202) 736-8711

Michael B. Kimberly
WINSTON & STRAWN LLP
1901 K Street NW
Washington, DC 20006
mkimberly@winston.com
(202) 282-5096
*Counsel for Petitioners National Association of Manufacturers and American Chemistry Counsel (Case No. 24-1191)*

/s/ Allon Kedem
Allon Kedem
ARNOLD & PORTER KAYE SHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5000
allon.kedem@arnoldporter.com
*Counsel for Petitioner The Chemours Company FC, LLC (Case No. 24-1192)*

*Counsel for Respondent-Intervenor*
*Natural Resources Defense Council*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 164 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f).  The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Kimere J. Kimball*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Kimere J. Kimball*