**No. 24-1188**  **September Term, 2025**

EPA-89FR32532

Filed On: December 1, 2025 [2147732]

American Water Works Association and Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
       Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of the joint motion to establish briefing format and schedule filed September 12, 2025, the court's order filed September 16, 2025, the unopposed motion to reconsider that order, and the joint motion to govern and set remaining motion deadlines, it is

**ORDERED** that these consolidated cases be returned to the court's active docket. It is

**FURTHER ORDERED** that the joint motion to govern and set remaining motion deadlines be granted. The following deadlines now apply:

**No. 24-1188**                                                      **September Term, 2025**

| | |
|---|---|
| EPA's reply in support of its motion for partial vacatur and response to Respondent-Intervenors' motion to file a revised and enlarged response brief | December 3, 2025 |
| Petitioners' response to Respondent-Intervenors' motion to file a revised and enlarged response brief | December 3, 2025 |
| Respondent-Intervenors' reply in support of their motion to file a revised and enlarged response brief | December 17, 2025 |

It is

**FURTHER ORDERED** that the motion filed September 12, 2025, be dismissed as moot insofar as it requests the establishment of merits briefing deadlines beginning on November 7, 2025.  It is

**FURTHER ORDERED** that the motion to reconsider be dismissed as moot.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Louis Karl Fisher
Deputy Clerk