# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-1188                         September Term, 2025

EPA-89FR32532

Filed On: February 10, 2026

American Water Works Association and
Association of Metropolitan Water Agencies,

       Petitioners

       v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
       Intervenors
------------------------------

Consolidated with 24-1191, 24-1192

       **BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed the word limit and the oppositions thereto, it is

**ORDERED** that the motion to exceed the word limit be denied. See D.C. Cir. Rule 28(e)(1) ("The court disfavors motions to exceed limits on the length of briefs," and such motions "will be granted only for extraordinarily compelling reasons.").

### Per Curiam

                                                        **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                    BY:     /s/
                                               Selena R. Gancasz
                                               Deputy Clerk