

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 514-2285*
*Facsimile (202) 514-8865*

February 26, 2026

***Delivery by ECF***

The Honorable Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia
333 Constitution Avenue NW
Washington, D.C.  20001

> Re:  *American Water Works Ass'n, et al. v. EPA*, No. 24-1188 (D.C. Cir.)
> and Consolidated Cases

Dear Mr. Cislak:

Respondent EPA submits this letter to inform the Court that the Office of Management and Budget (OMB) has accepted EPA's notice of proposed rulemaking entitled "Rescission of Regulatory Determinations and Removal of Related Provisions for Four PFAS Substances (PFHxS, PFNA, HFPO-DA (GenX), and the mixtures of these three PFAS plus PFBS)" into interagency review, thus commencing the rulemaking process.  *See* https://www.reginfo.gov/public/do/eoDetails?rrid=1285114.  This rulemaking is the basis for EPA's recently filed Motion to Sever and Hold Challenges to Index PFAS in Abeyance, ECF 2160037.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Assistant Attorney General*

BRADLEY CRAIGMYLE
*Deputy Assistant Attorney General*

 /s/ *Kimere J. Kimball*
Kimere J. Kimball

*Trial Attorney*
U.S. Department of Justice
Env't & Natural Resource Div.
Kimere.kimball@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that I served the foregoing Letter on all counsel of record via CM/ECF and that the Letter contains 103 words, excluding exempted parts, in compliance with Rule 28(j). I have relied on Microsoft Word's word calculation.