**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| AMERICAN WATER WORKS ASSOCIATION, ET AL., | |
| *Petitioners,* | |
| v. | Case No. 24-1188 and Consolidated Cases |
| U.S. ENVIRONMENTAL PROTECTION AGENCY et al., | |
| *Respondents.* | |

**UNOPPOSED MOTION TO EXTEND RESPONDENTS'
DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO
SEVER AND HOLD CHALLENGES TO INDEX PFAS IN
ABEYANCE**

Respondents, the U.S. Environmental Protection Agency (EPA) and EPA Administrator Lee M. Zeldin (collectively, "Respondents"), respectfully request a limited two-day extension of the deadline for Respondents to file their reply in support of their Motion to Sever and Hold Challenges to Index PFAS in Abeyance. Pursuant to Circuit Rule 27(g), this motion is filed five days before the March 9, 2026, deadline to file the reply. Undersigned counsel conferred with counsel for Petitioners, who have advised they consent to this motion. Counsel for

Respondent-Intervenors have advised they do not take a position on this motion.  In support of this request, Respondents state as follows.

1. This action involves petitions for review that challenge EPA's final rule entitled "PFAS National Primary Drinking Water Regulation," published at 89 Fed. Reg. 32532 (Apr. 26, 2024).  That rule simultaneously issued final regulatory determinations and National Primary Drinking Water Regulations for three contaminants, perfluorononanoic acid (PFNA), perfluorohexane sulfonic acid (PFHxS), and hexafluoropropylene oxide dimer acid (HFPO-DA) individually, as well as mixtures of those contaminants together and with perfluorobutane sulfonic acid (PFBS) (collectively, "Index PFAS").  The rule also issued National Primary Drinking Water Regulations for two additional contaminants for which EPA had previously issued regulatory determinations, perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS).

2. Because EPA is actively engaged in a rulemaking proposing to rescind the Index PFAS portions of the challenged rule, Respondents moved on February 19, 2026, to sever and hold in abeyance the

challenges to that portion of this action pending the completion of EPA's rulemaking.  ECF No. 2160037.

3. Utility Petitioners and Respondent-Intervenors filed oppositions to the motion on March 2, 2026.  ECF Nos. 2161715, 2161699.  Industry Petitioners did not file a response.

4.  Respondents' reply in support of its motion is currently due March 9, 2026.

5.  Undersigned counsel has a number of simultaneous deadlines in other matters during this same one-week response period, including a merits brief due in a Ninth Circuit matter for which undersigned counsel is the lead attorney and dispositive motions due in two separate D.C. Circuit matters that undersigned counsel is supervising. Additionally, undersigned counsel is preparing the final brief and notice requested by the Court in its January 21, 2026, Order in the above-captioned matter, both due Friday, March 6, 2026.

6.  Accordingly, undersigned counsel respectfully requests a very limited two-day extension of the deadline to file its reply in support of its motion, until March 11, 2026.

5. Respondents have coordinated with Petitioners and Respondent-Intervenors in this case, none of whom oppose this motion.

6. In accordance with D.C. Circuit Rule 27(g), this motion is filed five (5) days before Respondents' current March 9, 2026, deadline.

For these reasons, Respondents respectfully request that the Court grant this motion.

Dated: March 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*Of Counsel:*
Heidi Nalven
U.S. Environmental Protection Agency

BRADLEY CRAIGMYLE
*Deputy Assistant Attorney General*

Date:  March 4, 2026

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
U.S. Department of Justice
Env't & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044
(202) 598-7680
Kimere.Kimball@usdoj.gov

*Counsel for Respondents*

4

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 477 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ Kimere J. Kimball*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Kimere J. Kimball*