**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN WATER WORKS ASSOCIATION and ASSOCIATION OF METROPOLITAN WATER AGENCIES, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Lead Case No. 24-1188 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LEE M. ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency, | ) ) ) ) ) ) ) ) | consolidated with Nos. 24-1191, 24-1192 |
| Respondents. | ) ) | |

**RESPONDENT-INTERVENORS' UNOPPOSED MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF**

Respondent-Intervenors Buxmont Coalition for Safe Water et al. and Natural Resources Defense Council respectfully move for leave to file an overlength brief. Pursuant to D.C. Circuit Rule 27(g)(2), counsel for Respondent-Intervenors have conferred with counsel for the other parties concerning the relief requested in this motion. Petitioners National Association of Manufacturers, American Chemistry Council, and the Chemours Company ("Industry Petitioners") consent to this motion. Petitioners American Water Works Association et al. ("Utility

1

Petitioners") take no position and do not intend to file a response. Respondents Environmental Protection Agency et al. take no position and did not indicate that they intend to file any response.

This motion should be granted for the following reasons:

1. On September 3, 2024, this Court entered a scheduling order directing Respondent-Intervenors to file their proof brief on January 17, 2025, and establishing a limit of 9,100 words for that brief. Order 2, Dkt. No. 2072754 ("Scheduling Order").

2. Pursuant to the Court's Scheduling Order, Respondent-Intervenors timely filed their proof brief on January 17, 2025, and certified that, according to the word-count function of Microsoft Word, the brief contained 9,100 words, excluding the parts exempted under Fed. R. App. P. 32(f) and D.C. Cir. R. 32(e)(1). Proof Brief of Respondent-Intervenors, Dkt. No. 2094834 ("Intervenors' Proof Brief").

3. By Order of January 21, 2026, this Court set a deadline of March 6, 2026, for Respondent-Intervenors and the other parties to file their final briefs. Order 2, Dkt. No. 2155270.

4. Today, in the course of preparing their final brief for filing, counsel for Respondent-Intervenors discovered that the word count reported in the Certificate of Compliance accompanying Intervenors' Proof Brief was incorrect

due to an inadvertent software error. Specifically, the word-count function in Microsoft Word was inadvertently set to exclude footnotes from the word count. As a result, Respondent-Intervenors' counsel believed that Intervenors' Proof Brief contained 9,100 words when it in fact contains 10,018 words.

5.     Upon discovering this error, counsel for Respondent-Intervenors immediately contacted counsel for the other parties to advise them of the error and confer about the relief requested in this motion.

6.     Counsel for Respondent-Intervenors apologize for their error and for any inconvenience to the Court or the parties. To rectify their error without further disruption to the briefing schedule in this case, Respondent-Intervenors respectfully request leave to file an overlength brief of 10,018 words. This would permit Respondent-Intervenors to file a final brief that is substantively identical to their proof brief except for the inclusion of updated citations to the joint appendix, as contemplated by Federal Rule of Appellate Procedure 30(c)(2)(B), without further delays to the merits briefing schedule in this case. Granting this motion would best ensure that merits briefing in this case—which originally was scheduled to conclude almost a year ago, *see* Scheduling Order 2 (establishing March 25, 2025, deadline for final briefs)—can conclude by the operative deadline without further delay.

8.     In the alternative, if the Court denies this motion for leave to file an overlength brief, Respondent-Intervenors intend to confer immediately with counsel for the other parties and promptly file a motion for leave to file a corrected brief of 9,100 words. Because a corrected brief would change the pagination of Respondent-Intervenors' brief and potentially affect cross-references in other parties' briefs, Respondent-Intervenors anticipate that such a motion would also request to set a new deadline for the filing of corrected final briefs and Respondents' notice informing the court of the portions of their brief, if any, that Respondents no longer advance.

Accordingly, for the foregoing reasons, Respondent-Intervenors respectfully apologize for their error and request leave to file an overlength brief of 10,018 words.

DATED: March 4, 2026    Respectfully submitted,

/s/Katherine K. O'Brien   /s/Jared J. Thompson
KATHERINE K. O'BRIEN  JARED J. THOMPSON
Earthjustice       Natural Resources Defense Council
P.O. Box 2297      40 West 20th Street
South Portland, Maine 04116 New York, NY 10011
(212) 284-8036     (202) 513-6249
kobrien@earthjustice.org  jared.thompson@nrdc.org

SUZANNE NOVAK
HILLARY AIDUN
Earthjustice
48 Wall St., 15th floor
New York, New York 10005
(212) 823-4981
(212) 284-8040
snovak@earthjustice.org
haidun@earthjustice.org

*Counsel for Buxmont Coalition
for Safe Water, Clean Cape Fear,
Clean Haw River, Concerned
Citizens of WMEL Water Authority
Grassroots, Environmental Justice
Task Force, Fight for Zero,
Merrimack Citizens for Clean Water,
and Newburgh Clean Water Project*

KAREN CHEN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-8261
kchen@nrdc.org

ERIK D. OLSON
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-2415
eolson@nrdc.org

*Counsel for Natural Resources
Defense Council*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

I hereby certify that the foregoing motion contains 606 words, excluding the items listed in Fed. R. App. P. 27(d)(2) and 32(f), and was composed in Times New Roman font, 14-point. The motion complies with applicable word limits, type-volume and typeface requirements. Fed. R. App. P. 27(d)(1)-(2); Fed. R. App. P. 32(a)(5)-(6).

DATED: March 4, 2026                    /s/Jared J. Thompson

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of March, 2026, the foregoing document was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the D.C. Circuit, which will provide electronic notice to all counsel of record.

DATED: March 4, 2026                     <u>/s/Jared J. Thompson</u>