# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1188**  **September Term, 2025**

EPA-89FR32532

Filed On: March 5, 2026 [2162391]

American Water Works Association and Association of Metropolitan Water Agencies,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
      Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

    Upon consideration of respondents' unopposed motion for extension of time to file reply, it is

    **ORDERED** that the motion for extension of time be granted. Any reply in support of the motion to sever and hold challenges to Index PFAS in abeyance is now due March 11, 2026.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:    /s/
                        Louis Karl Fisher
                        Deputy Clerk