<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

No. 24-1188 (Consolidated with Nos. 24-1191, 24-1192)

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN WATER WORKS ASSOCIATION, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents.*

---

On Petition for Review of a Final Rule of the Environmental Protection Agency,
89 Fed. Reg. 32,532 (Apr. 26, 2024)

---

**ADDENDUM TO RESPONDENT-INTERVENORS' FINAL BRIEF**

---

(Names and addresses of counsel appear inside cover.)

Dated: March 6, 2026

KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, Maine 04116
(212) 284-8036
kobrien@earthjustice.org

SUZANNE NOVAK
HILLARY AIDUN
Earthjustice
48 Wall St., 15th floor
New York, New York 10005
(212) 823-4981
(212) 284-8040
snovak@earthjustice.org
haidun@earthjustice.org

*Counsel for Buxmont Coalition
for Safe Water, Clean Cape
Fear, Clean Haw River,
Concerned Citizens of WMEL
Water Authority Grassroots,
Environmental Justice
Counsel for Natural Resources
Task Force, Fight for Zero,
Merrimack Citizens for Clean
Water, and Newburgh Clean
Water Project*

JARED J. THOMPSON
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(202) 513-6249
jared.thompson@nrdc.org

ERIK OLSON
Natural Resource Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-2415
eolson@nrdc.org

KAREN CHEN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-8261
kchen@nrdc.org

*Counsel for Natural Resources
Defense Council*

# TABLE OF CONTENTS

**FEDERAL STATUTES**                                          **PAGE**

 1 U.S.C. § 1 ...................................................................... ADD0001


**FEDERAL REGULATIONS**                                      **PAGE**

 40 C.F.R. § 141.2 ............................................................ ADD0003


**STATE STATUTES**                                           **PAGE**

 Ariz. Rev. Stat. Ann. § 49-104 ....................................... ADD0015

 Fla. Stat. Ann. § 403.804 ................................................. ADD0021

 Ky. Rev. Stat. Ann. § 13A.245 ........................................ ADD0022

 Miss. Code Ann. § 41-26-6 .............................................. ADD0023

 Tenn. Code Ann. § 4-5-226 .............................................. ADD0025

 Utah Code Ann. § 19-4-105 .............................................. ADD0030


**OTHER AUTHORITIES**                                        **PAGE**

 Antonin Scalia & Bryan A. Garner, *Reading Law* 129-31 (2012) ... ADD0031

# FEDERAL STATUTES

USCA Case #24-1188      Document #2162589          Filed: 03/06/2026      Page 5 of 42

🚩   KeyCite Yellow Flag - Negative Treatment

Enacted Legislation  Note in   PL 118-159, December 23, 2024, 138 Stat 1773,

---

United States Code Annotated
   Title 1. General Provisions (Refs & Annos)
      Chapter 1. Rules of Construction

---

1 U.S.C.A. § 1

§ 1. Words denoting number, gender, and so forth

Currentness

In determining the meaning of any Act of Congress, unless the context indicates otherwise--

words importing the singular include and apply to several persons, parties, or things;

words importing the plural include the singular;

words importing the masculine gender include the feminine as well;

words used in the present tense include the future as well as the present;

the words "insane" and "insane person" shall include every idiot, insane person, and person non compos mentis;

the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;

"officer" includes any person authorized by law to perform the duties of the office;

"signature" or "subscription" includes a mark when the person making the same intended it as such;

"oath" includes affirmation, and "sworn" includes affirmed;

"writing" includes printing and typewriting and reproductions of visual symbols by photographing, multigraphing, mimeographing, manifolding, or otherwise.

**CREDIT(S)**

(July 30, 1947, c. 388, 61 Stat. 633; June 25, 1948, c. 645, § 6, 62 Stat. 859; Oct. 31, 1951, c. 655, § 1, 65 Stat. 710; Pub.L. 112-231, § 2(a), Dec. 28, 2012, 126 Stat. 1619.)

Notes of Decisions (47)

1 U.S.C.A. § 1, 1 USCA § 1
Current through P.L. 118-158. Some statute sections may be more current, see credits for details.

---

USCA Case #24-1188     Document #2162589          Filed: 03/06/2026      Page 6 of 42

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.     ADD0002

# FEDERAL REGULATIONS

Code of Federal Regulations
Title 40. Protection of Environment
Chapter I. Environmental Protection Agency (Refs & Annos)
Subchapter D. Water Programs
Part 141. National Primary Drinking Water Regulations (Refs & Annos)
Subpart A. General

40 C.F.R. § 141.2

§ 141.2 Definitions.

Currentness

<For compliance date(s) of amendment(s) to section, see 89 FR 86418.>

As used in this part, the term:

Act means the Public Health Service Act, as amended by the Safe Drinking Water Act, Public Law 93–523.

Action level, for the purpose of subpart I of this part only, means the concentrations of lead or copper in water as specified in § 141.80(c) which determines requirements under subpart I of this part. The lead action level is 0.010 mg/L and the copper action level is 1.3 mg/L.

Aerator means the device embedded in the water faucet to enhance air flow with the water stream and to prevent splashing.

Bag filters are pressure-driven separation devices that remove particulate matter larger than 1 micrometer using an engineered porous filtration media. They are typically constructed of a non-rigid, fabric filtration media housed in a pressure vessel in which the direction of flow is from the inside of the bag to outside.

Bank filtration is a water treatment process that uses a well to recover surface water that has naturally infiltrated into ground water through a river bed or bank(s). Infiltration is typically enhanced by the hydraulic gradient imposed by a nearby pumping water supply or other well(s).

Best available technology or BAT means the best technology, treatment techniques, or other means which the Administrator finds, after examination for efficacy under field conditions and not solely under laboratory conditions, are available (taking cost into consideration). For the purposes of setting MCLs for synthetic organic chemicals, any BAT must be at least as effective as granular activated carbon.

Cartridge filters are pressure-driven separation devices that remove particulate matter larger than 1 micrometer using an engineered porous filtration media. They are typically constructed as rigid or semi-rigid, self-supporting filter elements housed in pressure vessels in which flow is from the outside of the cartridge to the inside.

Child care facility, for the purpose of subpart I of this part only, means a location that houses a provider of child care, day care, or early learning services to children, as licensed by the State, local, or Tribal licensing agency.

Clean compliance history is, for the purposes of subpart Y, a record of no MCL violations under § 141.63; no monitoring violations under § 141.21 or subpart Y; and no coliform treatment technique trigger exceedances or treatment technique violations under subpart Y.

Coagulation means a process using coagulant chemicals and mixing by which colloidal and suspended materials are destabilized and agglomerated into flocs.

Combined distribution system is the interconnected distribution system consisting of the distribution systems of wholesale systems and of the consecutive systems that receive finished water.

Community water system means a public water system which serves at least 15 service connections used by year-round residents or regularly serves at least 25 year-round residents.

Compliance cycle means the nine-year calendar year cycle during which public water systems must monitor. Each compliance cycle consists of three three-year compliance periods. The first calendar year cycle begins January 1, 1993 and ends December 31, 2001; the second begins January 1, 2002 and ends December 31, 2010; the third begins January 1, 2011 and ends December 31, 2019.

Compliance period means a three-year calendar year period within a compliance cycle. Each compliance cycle has three three-year compliance periods. Within the first compliance cycle, the first compliance period runs from January 1, 1993 to December 31, 1995; the second from January 1, 1996 to December 31, 1998; the third from January 1, 1999 to December 31, 2001.

Comprehensive performance evaluation (CPE) is a thorough review and analysis of a treatment plant's performance-based capabilities and associated administrative, operation and maintenance practices. It is conducted to identify factors that may be adversely impacting a plant's capability to achieve compliance and emphasizes approaches that can be implemented without significant capital improvements. For purpose of compliance with subparts P and T of this part, the comprehensive performance evaluation must consist of at least the following components: Assessment of plant performance; evaluation of major unit processes; identification and prioritization of performance limiting factors; assessment of the applicability of comprehensive technical assistance; and preparation of a CPE report.

Confluent growth means a continuous bacterial growth covering the entire filtration area of a membrane filter, or a portion thereof, in which bacterial colonies are not discrete.

Connector, also referred to as a gooseneck or pigtail, means a short segment of piping not exceeding three feet that can be bent and is used for connections between service piping, typically connecting the service line to the main. For purposes of subpart I of this part, lead connectors are not considered to be part of the service line.

Consecutive system is a public water system that receives some or all of its finished water from one or more wholesale systems. Delivery may be through a direct connection or through the distribution system of one or more consecutive systems.

Contaminant means any physical, chemical, biological, or radiological substance or matter in water.

Conventional filtration treatment means a series of processes including coagulation, flocculation, sedimentation, and filtration resulting in substantial particulate removal.

Corrosion inhibitor means a substance capable of reducing the corrosivity of water toward metal plumbing materials, especially lead and copper, by forming a protective film on the interior surface of those materials.

CT or CTcalc is the product of "residual disinfectant concentration" (C) in mg/1 determined before or at the first customer, and the corresponding "disinfectant contact time" (T) in minutes, i.e., "C" x "T". If a public water system applies disinfectants at more than one point prior to the first customer, it must determine the CT of each disinfectant sequence before or at the first customer to determine the total percent inactivation or "total inactivation ratio." In determining the total inactivation ratio, the public water system must determine the residual disinfectant concentration of each disinfection sequence and corresponding contact time before any subsequent disinfection application point(s). "CT$_{99.9}$" is the CT value required for 99.9 percent (3–log) inactivation of Giardia lamblia cysts. CT$_{99.9}$ for a variety of disinfectants and conditions appear in tables 1.1–1.6, 2.1, and 3.1 of § 141.74(b)(3).

$$(\text{CTcalc})/(\text{CT}_{99.9})$$

is the inactivation ratio. The sum of the inactivation ratios, or total inactivation ratio shown as

$$\text{Ø} \qquad\qquad ((\text{CTcalc}))/((\text{CT}_{99.9}))$$

is calculated by adding together the inactivation ratio for each disinfection sequence. A total inactivation ratio equal to or greater than 1.0 is assumed to provide a 3–log inactivation of Giardia lamblia cysts.

Diatomaceous earth filtration means a process resulting in substantial particulate removal in which (1) a precoat cake of diatomaceous earth filter media is deposited on a support membrane (septum), and (2) while the water is filtered by passing through the cake on the septum, additional filter media known as body feed is continuously added to the feed water to maintain the permeability of the filter cake.

Direct filtration means a series of processes including coagulation and filtration but excluding sedimentation resulting in substantial particulate removal.

Disinfectant means any oxidant, including but not limited to chlorine, chlorine dioxide, chloramines, and ozone added to water in any part of the treatment or distribution process, that is intended to kill or inactivate pathogenic microorganisms.

Disinfectant contact time ("T" in CT calculations) means the time in minutes that it takes for water to move from the point of disinfectant application or the previous point of disinfectant residual measurement to a point before or at the point where residual disinfectant concentration ("C") is measured. Where only one "C" is measured, "T" is the time in minutes that it takes for water to move from the point of disinfectant application to a point before or at where residual disinfectant concentration ("C") is measured. Where more than one "C" is measured, "T" is

(a) for the first measurement of "C", the time in minutes that it takes for water to move from the first or only point of disinfectant application to a point before or at the point where the first "C" is measured and

(b) for subsequent measurements of "C", the time in minutes that it takes for water to move from the previous "C" measurement point to the "C" measurement point for which the particular "T" is being calculated. Disinfectant contact time in pipelines must be calculated based on "plug flow" by dividing the internal volume of the pipe by the maximum hourly flow rate through that pipe. Disinfectant contact time within mixing basins and storage reservoirs must be determined by tracer studies or an equivalent demonstration.

Disinfection means a process which inactivates pathogenic organisms in water by chemical oxidants or equivalent agents.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Disinfection profile is a summary of Giardia lamblia inactivation through the treatment plant. The procedure for developing a disinfection profile is contained in § 141.172 (Disinfection profiling and benchmarking) in subpart P and §§ 141.530–141.536 (Disinfection profile) in subpart T of this part.

Distribution System and Site Assessment means the requirements under subpart I of this part, pursuant to § 141.82(j), that water systems must perform at every tap sampling site that yields a lead result above the lead action level of 0.010 mg/L.

Domestic or other non-distribution system plumbing problem means a coliform contamination problem in a public water system with more than one service connection that is limited to the specific service connection from which the coliform-positive sample was taken.

Dose equivalent means the product of the absorbed dose from ionizing radiation and such factors as account for differences in biological effectiveness due to the type of radiation and its distribution in the body as specified by the International Commission on Radiological Units and Measurements (ICRU).

Dual sample set is a set of two samples collected at the same time and same location, with one sample analyzed for TTHM and the other sample analyzed for HAA5. Dual sample sets are collected for the purposes of conducting an IDSE under subpart U of this part and determining compliance with the TTHM and HAA5 MCLs under subpart V of this part.

Effective corrosion inhibitor residual, for the purpose of subpart I of this part only, means a concentration sufficient to form a passivating film on the interior walls of a pipe.

Elementary school, for the purpose of subpart I of this part only, means a school classified as elementary by State and local practice and composed of any span of grades (including pre-school) not above grade 8.

Enhanced coagulation means the addition of sufficient coagulant for improved removal of disinfection byproduct precursors by conventional filtration treatment.

Enhanced softening means the improved removal of disinfection byproduct precursors by precipitative softening.

Fifth liter sample, for purposes of subpart I of this part, means a one-liter sample of tap water collected in accordance with § 141.86(b).

Filter profile is a graphical representation of individual filter performance, based on continuous turbidity measurements or total particle counts versus time for an entire filter run, from startup to backwash inclusively, that includes an assessment of filter performance while another filter is being backwashed.

Filtration means a process for removing particulate matter from water by passage through porous media.

Finished water is water that is introduced into the distribution system of a public water system and is intended for distribution and consumption without further treatment, except as treatment necessary to maintain water quality in the distribution system (e.g., booster disinfection, addition of corrosion control chemicals).

First-liter sample, for the purpose of subpart I of this part only, means a sample collected of the first one-liter volume of tap water drawn in accordance with § 141.86(b).

Flocculation means a process to enhance agglomeration or collection of smaller floc particles into larger, more easily settleable particles through gentle stirring by hydraulic or mechanical means.

Flowing stream is a course of running water flowing in a definite channel.

GAC10 means granular activated carbon filter beds with an empty-bed contact time of 10 minutes based on average daily flow and a carbon reactivation frequency of every 180 days, except that the reactivation frequency for GAC10 used as a best available technology for compliance with subpart V MCLs under § 141.64(b)(2) shall be 120 days.

GAC20 means granular activated carbon filter beds with an empty-bed contact time of 20 minutes based on average daily flow and a carbon reactivation frequency of every 240 days.

Galvanized requiring replacement service line, for the purpose of subpart I of this part only, means a galvanized service line that currently is or ever was downstream of a lead service line; or is currently downstream of a lead status unknown service line. For this definition, downstream means in the direction of flow through the service line. If the water system is unable to demonstrate that the galvanized service line was never downstream of a lead service line, it is a galvanized requiring replacement service line for purposes of the service line inventory and replacement requirements pursuant to § 141.84.

Galvanized service line, for the purpose of subpart I of this part only, means a service line that is made of iron or steel that has been dipped in zinc to prevent corrosion and rusting.

Ground water under the direct influence of surface water (GWUDI) means any water beneath the surface of the ground with significant occurrence of insects or other macroorganisms, algae, or large-diameter pathogens such as Giardia lamblia or Cryptosporidium, or significant and relatively rapid shifts in water characteristics such as turbidity, temperature, conductivity, or pH which closely correlate to climatological or surface water conditions. Direct influence must be determined for individual sources in accordance with criteria established by the State. The State determination of direct influence may be based on site-specific measurements of water quality and/or documentation of well construction characteristics and geology with field evaluation.

Gross alpha particle activity means the total radioactivity due to alpha particle emission as inferred from measurements on a dry sample.

Gross beta particle activity means the total radioactivity due to beta particle emission as inferred from measurements on a dry sample.

Haloacetic acids (five) (HAA5) mean the sum of the concentrations in milligrams per liter of the haloacetic acid compounds (monochloroacetic acid, dichloroacetic acid, trichloroacetic acid, monobromoacetic acid, and dibromoacetic acid), rounded to two significant figures after addition.

Halogen means one of the chemical elements chlorine, bromine or iodine.

Hazard Index (HI) is the sum of component hazard quotients (HQs), which are calculated by dividing the measured regulated PFAS component contaminant concentration in water (e.g., expressed as parts per trillion (ppt) or nanograms per liter (ng/l)) by the associated health-based water concentration (HBWC) expressed in the same units as the measured concentration (e.g., ppt or ng/l). For PFAS, a mixture Hazard Index greater than 1 (unitless) is an exceedance of the MCL.

Hazard quotient (HQ) means the ratio of the measured concentration in drinking water to the health-based water concentration (HBWC).

Health-based water concentration (HBWC) means level below which there are no known or anticipated adverse health effects over a lifetime of exposure, including sensitive populations and life stages, and allows for an adequate margin of safety.

HFPO–DA or GenX chemicals means Chemical Abstract Service registration number 122499–17–6, chemical formula C6F11O3–, International Union of Pure and Applied Chemistry preferred name 2,3,3,3–tetrafluoro–2–(heptafluoropropoxy)propanoate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

Initial compliance period means the first full three-year compliance period which begins at least 18 months after promulgation, except for contaminants listed at § 141.61(a)(19)–(21), (c)(19)–(33), and § 141.62(b)(11)–(15), initial compliance period means the first full three-year compliance period after promulgation for systems with 150 or more service connections (January 1993–December 1995), and first full three-year compliance period after the effective date of the regulation (January 1996–December 1998) for systems having fewer than 150 service connections.

Lake/reservoir refers to a natural or man made basin or hollow on the Earth's surface in which water collects or is stored that may or may not have a current or single direction of flow.

Large water system, for the purpose of subpart I of this part only, means a water system that serves more than 50,000 persons.

Lead service line, for the purpose of subpart I of this part only, means a service line that is made of lead or where a portion of the service line is made of lead. A lead-lined galvanized service line is defined as a lead service line.

Lead status unknown service line, for the purpose of subpart I of this part only, means a service line whose pipe material has not been demonstrated to be a lead service line, galvanized requiring replacement service line, or a non-lead service line pursuant to § 141.84(a)(3).

Legionella means a genus of bacteria, some species of which have caused a type of pneumonia called Legionnaires Disease.

Level 1 assessment is an evaluation to identify the possible presence of sanitary defects, defects in distribution system coliform monitoring practices, and (when possible) the likely reason that the system triggered the assessment. It is conducted by the system operator or owner. Minimum elements include review and identification of atypical events that could affect distributed water quality or indicate that distributed water quality was impaired; changes in distribution system maintenance and operation that could affect distributed water quality (including water storage); source and treatment considerations that bear on distributed water quality, where appropriate (e.g., whether a ground water system is disinfected); existing water quality monitoring data; and inadequacies in sample sites, sampling protocol, and sample processing. The system must conduct the assessment consistent with any State directives that tailor specific assessment elements with respect to the size and type of the system and the size, type, and characteristics of the distribution system.

Level 2 assessment is an evaluation to identify the possible presence of sanitary defects, defects in distribution system coliform monitoring practices, and (when possible) the likely reason that the system triggered the assessment. A Level 2 assessment provides a more detailed examination of the system (including the system's monitoring and operational practices) than does a Level 1 assessment through the use of more comprehensive investigation and review of available information, additional internal and external resources, and other relevant practices. It is conducted by an individual approved by the State, which may include the system operator. Minimum elements include review and identification of atypical events that could affect distributed water quality or indicate that distributed water quality was impaired; changes in distribution system maintenance and operation that could affect distributed water quality (including water storage); source and treatment considerations that bear on distributed water quality, where appropriate (e.g., whether a ground water system is disinfected); existing water quality monitoring data; and inadequacies in sample sites, sampling protocol, and sample processing. The system must conduct the assessment consistent with any State directives that tailor specific assessment elements with respect to the size and type of the system and the size, type, and characteristics of the distribution system. The system must comply with any expedited actions or additional actions required by the State in the case of an E. coli MCL violation.

WESTLAW  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Locational running annual average (LRAA) is the average of sample analytical results for samples taken at a particular monitoring location during the previous four calendar quarters.

Man-made beta particle and photon emitters means all radionuclides emitting beta particles and/or photons listed in Maximum Permissible Body Burdens and Maximum Permissible Concentration of Radionuclides in Air or Water for Occupational Exposure, NBS Handbook 69, except the daughter products of thorium–232, uranium–235 and uranium–238.

Maximum contaminant level means the maximum permissible level of a contaminant in water which is delivered to any user of a public water system.

Maximum contaminant level goal or MCLG means the maximum level of a contaminant in drinking water at which no known or anticipated adverse effect on the health of persons would occur, and which allows an adequate margin of safety. Maximum contaminant level goals are nonenforceable health goals.

Maximum residual disinfectant level (MRDL) means a level of a disinfectant added for water treatment that may not be exceeded at the consumer's tap without an unacceptable possibility of adverse health effects. For chlorine and chloramines, a PWS is in compliance with the MRDL when the running annual average of monthly averages of samples taken in the distribution system, computed quarterly, is less than or equal to the MRDL. For chlorine dioxide, a PWS is in compliance with the MRDL when daily samples are taken at the entrance to the distribution system and no two consecutive daily samples exceed the MRDL. MRDLs are enforceable in the same manner as maximum contaminant levels under Section 1412 of the Safe Drinking Water Act. There is convincing evidence that addition of a disinfectant is necessary for control of waterborne microbial contaminants. Notwithstanding the MRDLs listed in § 141.65, operators may increase residual disinfectant levels of chlorine or chloramines (but not chlorine dioxide) in the distribution system to a level and for a time necessary to protect public health to address specific microbiological contamination problems caused by circumstances such as distribution line breaks, storm runoff events, source water contamination, or cross-connections.

Maximum residual disinfectant level goal (MRDLG) means the maximum level of a disinfectant added for water treatment at which no known or anticipated adverse effect on the health of persons would occur, and which allows an adequate margin of safety. MRDLGs are nonenforceable health goals and do not reflect the benefit of the addition of the chemical for control of waterborne microbial contaminants.

Maximum Total Trihalomethane Potential (MTP) means the maximum concentration of total trihalomethanes produced in a given water containing a disinfectant residual after 7 days at a temperature of 25 °C or above.

Medium water system, for the purpose of subpart I of this part only, means a water system that serves greater than 10,000 persons and less than or equal to 50,000 persons.

Membrane filtration is a pressure or vacuum driven separation process in which particulate matter larger than 1 micrometer is rejected by an engineered barrier, primarily through a size-exclusion mechanism, and which has a measurable removal efficiency of a target organism that can be verified through the application of a direct integrity test. This definition includes the common membrane technologies of microfiltration, ultrafiltration, nanofiltration, and reverse osmosis.

Method detection limit (MDL) means the minimum concentration of a substance that can be measured and reported with 99 percent confidence that the analyte concentration is greater than zero and is determined from analysis of a sample in a given matrix containing the analyte.

Near the first service connection means at one of the 20 percent of all service connections in the entire system that are nearest the water supply treatment facility, as measured by water transport time within the distribution system.

Newly regulated public water system, for the purpose of subpart I only, refers to either:

(1) An existing public water system that was not subject to National Primary Drinking Water Regulations in this part on October 16, 2024, because the system met the requirements of section 1411 of the Safe Drinking Water Act and § 141.3; or

(2) An existing water system that did not meet the definition of a public water system in § 141.2 on October 16, 2024. This term does not include existing water systems under new or restructured ownership or management.

Non-community water system means a public water system that is not a community water system. A non-community water system is either a "transient non-community water system (TWS)" or a "non-transient non-community water system (NTNCWS)."

Non-transient non-community water system or NTNCWS means a public water system that is not a community water system and that regularly serves at least 25 of the same persons over 6 months per year.

Optimal corrosion control treatment (OCCT), for the purpose of subpart I of this part only, means the corrosion control treatment that minimizes the lead and copper concentrations at users' taps while ensuring that the treatment does not cause the water system to violate any National Primary Drinking Water Regulations in this part.

Partial service line replacement, for the purpose of subpart I of this part only, means replacement of any portion of a lead service line or galvanized requiring replacement service line, as defined in this section, that leaves in service any length of lead or galvanized requiring replacement service line upon completion of the work.

Performance evaluation sample means a reference sample provided to a laboratory for the purpose of demonstrating that the laboratory can successfully analyze the sample within limits of performance specified by the Agency. The true value of the concentration of the reference material is unknown to the laboratory at the time of the analysis.

Person means an individual; corporation; company; association; partnership; municipality; or State, Federal, or tribal agency.

PFBS means Chemical Abstract Service registration number 45187–15–3, chemical formula C4F9SO3–, perfluorobutane sulfonate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

PFHxS means Chemical Abstract Service registration number 108427–53–8, chemical formula C6F13SO3–, perfluorohexane sulfonate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

PFNA means Chemical Abstract Service registration number 72007–68–2, chemical formula C9F17O2–, perfluorononanoate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

PFOA means Chemical Abstract Service registration number 45285–51–6, chemical formula C8F15O2–, perfluorooctanoate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

PFOS means Chemical Abstract Service registration number 45298–90–6, chemical formula C8F17SO3–, perfluorooctanesulfonate, along with its conjugate acid and any salts, derivatives, isomers, or combinations thereof.

Picocurie (pCi) means the quantity of radioactive material producing 2.22 nuclear transformations per minute.

Pitcher filter means a non-plumbed water filtration device, which consists of a gravity fed water filtration cartridge and a filtered drinking water reservoir, that is certified by an American National Standards Institute accredited certifier to reduce lead in drinking water.

Plant intake refers to the works or structures at the head of a conduit through which water is diverted from a source (e.g., river or lake) into the treatment plant.

Point of disinfectant application is the point where the disinfectant is applied and water downstream of that point is not subject to recontamination by surface water runoff.

Point-of-entry treatment device (POE) is a treatment device applied to the drinking water entering a house or building for the purpose of reducing contaminants in the drinking water distributed throughout the house or building.

Point-of-use treatment device or point of use device (POU) is a water treatment device physically installed or connected to a single fixture, outlet, or tap to reduce or remove contaminants in drinking water. For the purposes of subpart I of this part, it must be certified by an American National Standards Institute accredited certifier to reduce lead in drinking water.

Practical quantitation limit (PQL) means the minimum concentration of an analyte (substance) that can be measured with a high degree of confidence that the analyte is present at or above that concentration.

Presedimentation is a preliminary treatment process used to remove gravel, sand and other particulate material from the source water through settling before the water enters the primary clarification and filtration processes in a treatment plant.

Pre-stagnation flushing is the opening of tap(s) to flush standing water from plumbing prior to the minimum 6–hour stagnation period in anticipation of lead and copper tap sampling under subpart I of this part.

Public water system means a system for the provision to the public of water for human consumption through pipes or, after August 5, 1998, other constructed conveyances, if such system has at least fifteen service connections or regularly serves an average of at least twenty-five individuals daily at least 60 days out of the year. Such term includes: any collection, treatment, storage, and distribution facilities under control of the operator of such system and used primarily in connection with such system; and any collection or pretreatment storage facilities not under such control which are used primarily in connection with such system. Such term does not include any "special irrigation district." A public water system is either a "community water system" or a "noncommunity water system."

Rem means the unit of dose equivalent from ionizing radiation to the total body or any internal organ or organ system. A "millirem (mrem)" is 1/1000 of a rem.

Repeat compliance period means any subsequent compliance period after the initial compliance period.

Residual disinfectant concentration ("C" in CT calculations) means the concentration of disinfectant measured in mg/l in a representative sample of water.

Sanitary defect is a defect that could provide a pathway of entry for microbial contamination into the distribution system or that is indicative of a failure or imminent failure in a barrier that is already in place.

Sanitary survey means an onsite review of the water source, facilities, equipment, operation and maintenance of a public water system for the purpose of evaluating the adequacy of such source, facilities, equipment, operation and maintenance for producing and distributing safe drinking water.

School, for the purpose of subpart I of this part only, means any building(s) associated with public, private, or charter institutions that primarily provides teaching and learning for elementary or secondary students.

Seasonal system is a non-community water system that is not operated as a public water system on a year-round basis and starts up and shuts down at the beginning and end of each operating season.

Secondary school, for the purpose of subpart I of this part only, means a school comprising any span of grades beginning with the next grade following an elementary school (usually 7, 8, or 9) and ending with grade 12. Secondary schools include both junior high schools and senior high schools and typically span grades 7 through 12.

Sedimentation means a process for removal of solids before filtration by gravity or separation.

Service connection, as used in the definition of public water system, does not include a connection to a system that delivers water by a constructed conveyance other than a pipe if:

(1) The water is used exclusively for purposes other than residential uses (consisting of drinking, bathing, and cooking, or other similar uses);

(2) The State determines that alternative water to achieve the equivalent level of public health protection provided by the applicable national primary drinking water regulation is provided for residential or similar uses for drinking and cooking; or

(3) The State determines that the water provided for residential or similar uses for drinking, cooking, and bathing is centrally treated or treated at the point of entry by the provider, a pass-through entity, or the user to achieve the equivalent level of protection provided by the applicable national primary drinking water regulations.

Service line, for the purpose of subpart I of this part only, means a portion of pipe that connects the water main (or other conduit for distributing water to individual consumers or groups of consumers) to the building inlet. Where a building is not present, the service line connects the water main (or other conduit for distributing water to individual consumers or groups of consumers) to the outlet.

Single family structure, for the purpose of subpart I of this part only, means a building constructed as a single-family residence that is currently used as either a residence or a place of business.

Slow sand filtration means a process involving passage of raw water through a bed of sand at low velocity (generally less than 0.4 m/h) resulting in substantial particulate removal by physical and biological mechanisms.

Small water system, for the purpose of subpart I of this part only, means a water system that serves 10,000 persons or fewer.

Special irrigation district means an irrigation district in existence prior to May 18, 1994 that provides primarily agricultural service through a piped water system with only incidental residential or similar use where the system or the residential or similar users of the system comply with the exclusion provisions in section 1401(4)(B)(i)(II) or (III).

Standard sample means the aliquot of finished drinking water that is examined for the presence of coliform bacteria.

State means the agency of the State or Tribal government which has jurisdiction over public water systems. During any period when a State or Tribal government does not have primary enforcement responsibility pursuant to section 1413 of the Act, the term "State" means the Regional Administrator, U.S. Environmental Protection Agency.

Subpart H systems means public water systems using surface water or ground water under the direct influence of surface water as a source that are subject to the requirements of subpart H of this part.

Supplier of water means any person who owns or operates a public water system.

Surface water means all water which is open to the atmosphere and subject to surface runoff.

SUVA means Specific Ultraviolet Absorption at 254 nanometers (nm), an indicator of the humic content of water. It is a calculated parameter obtained by dividing a sample's ultraviolet absorption at a wavelength of 254 nm ($UV_{254}$) (in m$^{-1}$) by its concentration of dissolved organic carbon (DOC) (in mg/L).

System with a single service connection means a system which supplies drinking water to consumers via a single service line.

System without corrosion control treatment, for the purpose of subpart I of this part, means a water system that does not have or purchases all of its water from a system that does not have:

(1) An optimal corrosion control treatment approved by the State; or

(2) Any pH adjustment, alkalinity adjustment, and/or corrosion inhibitor addition resulting from other water quality adjustments as part of its treatment train infrastructure.

Tap monitoring period, for the purpose of subpart I of this part only, means the period of time during which each water system must conduct tap sampling for lead and copper analysis. The applicable tap monitoring period is determined by lead and copper concentrations in tap samples. The length of the tap monitoring period can range from six months to nine years.

Tap sampling period, for the purpose of subpart I of this part only, means the time period, within a tap monitoring period, during which the water system is required to collect samples for lead and copper analysis.

Tap sampling protocol means the method for collecting tap samples pursuant to § 141.86(b).

Too numerous to count means that the total number of bacterial colonies exceeds 200 on a 47–mm diameter membrane filter used for coliform detection.

Total Organic Carbon (TOC) means total organic carbon in mg/L measured using heat, oxygen, ultraviolet irradiation, chemical oxidants, or combinations of these oxidants that convert organic carbon to carbon dioxide, rounded to two significant figures.

Total trihalomethanes (TTHM) means the sum of the concentration in milligrams per liter of the trihalomethane compounds (trichloromethane [chloroform], dibromochloromethane, bromodichloromethane and tribromomethane [bromoform] ), rounded to two significant figures.

Transient non-community water system or TWS means a non-community water system that does not regularly serve at least 25 of the same persons over six months per year.

Trihalomethane (THM) means one of the family of organic compounds, named as derivatives of methane, wherein three of the four hydrogen atoms in methane are each substituted by a halogen atom in the molecular structure.

Two-stage lime softening is a process in which chemical addition and hardness precipitation occur in each of two distinct unit clarification processes in series prior to filtration.

Uncovered finished water storage facility is a tank, reservoir, or other facility used to store water that will undergo no further treatment to reduce microbial pathogens except residual disinfection and is directly open to the atmosphere.

Virus means a virus of fecal origin which is infectious to humans by waterborne transmission.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.      ADD0013 11

Waterborne disease outbreak means the significant occurrence of acute infectious illness, epidemiologically associated with the ingestion of water from a public water system which is deficient in treatment, as determined by the appropriate local or State agency.

Wholesale system is a public water system that treats source water as necessary to produce finished water and then delivers some or all of that finished water to another public water system. Delivery may be through a direct connection or through the distribution system of one or more consecutive systems.

Wide-mouth bottles, for the purpose of subpart I of this part only, means bottles one liter in volume that have a mouth with an inner diameter that measures at least 40 millimeters wide.

**Credits**

[40 FR 59570, Dec. 24, 1975, as amended at 41 FR 28403, July 9, 1976; 44 FR 68641, Nov. 29, 1979; 50 FR 46900, Nov. 13, 1985; 51 FR 11410, April 2, 1986; 52 FR 20674, June 2, 1987; 52 FR 25712, July 8, 1987; 53 FR 37410, Sept. 26, 1988; 54 FR 27526, 27562, June 29, 1989; 56 FR 3578, Jan. 30, 1991; 56 FR 26547, June 7, 1991; 56 FR 32113, July 15, 1991; 57 FR 31838, July 17, 1992; 59 FR 34322, July 1, 1994; 61 FR 24368, May 14, 1996; 63 FR 23366, April 28, 1998; 63 FR 69463, 69515, Dec. 16, 1998; 66 FR 7061, Jan. 22, 2001; 66 FR 16134, March 23, 2001; 66 FR 28350, May 22, 2001; 67 FR 1835, Jan. 14, 2002; 71 FR 477, Jan. 4, 2006; 71 FR 768, Jan. 5, 2006; 78 FR 10346, Feb. 13, 2013; 86 FR 4280, Jan. 15, 2021; 86 FR 14003, March 12, 2021; 86 FR 31947, June 16, 2021; 89 FR 32743, April 26, 2024; 89 FR 86625, Oct. 30, 2024]

SOURCE: 40 FR 59570, Dec. 24, 1975; 50 FR 46900, Nov. 13, 1985; 52 FR 20674, June 2, 1987; 52 FR 41546, Oct. 28, 1987; 53 FR 37410, Sept. 26, 1988; 54 FR 27526, June 29, 1989; 63 FR 43846, Aug. 14, 1998; 63 FR 44526, Aug. 19, 1998, unless otherwise noted.

AUTHORITY: 42 U.S.C. 300f, 300g–1, 300g–2, 300g–3, 300g–4, 300g–5, 300g–6, 300j–4, 300j–9, and 300j–11.

Notes of Decisions (9)

Current through January 13, 2025, 90 FR 2871. Some sections may be more current. See credits for details.

---

**End of Document** 

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.

# STATE STATUTES

USCA Case #24-1188     Document #2162589     Filed: 03/06/2026     Page 21 of 42

> Arizona Revised Statutes Annotated
>   Title 49. The Environment
>     Chapter 1. General Provisions (Refs & Annos)
>       Article 1. Department of Environmental Quality (Refs & Annos)

A.R.S. § 49-104

§ 49-104. Powers and duties of the department and director

Currentness

**A.** The department shall:

1. Formulate policies, plans and programs to implement this title to protect the environment.

2. Stimulate and encourage all local, state, regional and federal governmental agencies and all private persons and enterprises that have similar and related objectives and purposes, cooperate with those agencies, persons and enterprises and correlate department plans, programs and operations with those of the agencies, persons and enterprises.

3. Conduct research on its own initiative or at the request of the governor, the legislature or state or local agencies pertaining to any department objectives.

4. Provide information and advice on request of any local, state or federal agencies and private persons and business enterprises on matters within the scope of the department.

5. Consult with and make recommendations to the governor and the legislature on all matters concerning department objectives.

6. Promote and coordinate the management of air resources to ensure their protection, enhancement and balanced utilization consistent with the environmental policy of this state.

7. Promote and coordinate the protection and enhancement of the quality of water resources consistent with the environmental policy of this state.

8. Encourage industrial, commercial, residential and community development that maximizes environmental benefits and minimizes the effects of less desirable environmental conditions.

9. Ensure the preservation and enhancement of natural beauty and man-made scenic qualities.

USCA Case #24-1188      Document #2162589        Filed: 03/06/2026      Page 22 of 42

10. Provide for the prevention and abatement of all water and air pollution including that related to particulates, gases, dust, vapors, noise, radiation, odor, nutrients and heated liquids in accordance with article 3 of this chapter and chapters 2 and 3 of this title. [1]

11. Promote and recommend methods for the recovery, recycling and reuse or, if recycling is not possible, the disposal of solid wastes consistent with sound health, scenic and environmental quality policies. The department shall report annually on its revenues and expenditures relating to the solid and hazardous waste programs overseen or administered by the department.

12. Prevent pollution through regulating the storage, handling and transportation of solids, liquids and gases that may cause or contribute to pollution.

13. Promote the restoration and reclamation of degraded or despoiled areas and natural resources.

14. Participate in the state civil defense program and develop the necessary organization and facilities to meet wartime or other disasters.

15. Cooperate with the Arizona-Mexico commission in the governor's office and with researchers at universities in this state to collect data and conduct projects in the United States and Mexico on issues that are within the scope of the department's duties and that relate to quality of life, trade and economic development in this state in a manner that will help the Arizona-Mexico commission to assess and enhance the economic competitiveness of this state and of the Arizona-Mexico region.

16. Unless specifically authorized by the legislature, ensure that state laws, rules, standards, permits, variances and orders are adopted and construed to be consistent with and not more stringent than the corresponding federal law that addresses the same subject matter. This paragraph does not adversely affect standards adopted by an Indian tribe under federal law.

17. Provide administrative and staff support for the oil and gas conservation commission.

**B.** The department, through the director, shall:

1. Contract for the services of outside advisers, consultants and aides reasonably necessary or desirable to enable the department to adequately perform its duties.

2. Contract and incur obligations reasonably necessary or desirable within the general scope of department activities and operations to enable the department to adequately perform its duties.

3. Use any medium of communication, publication and exhibition when disseminating information, advertising and publicity in any field of its purposes, objectives or duties.

4. Adopt procedural rules that are necessary to implement the authority granted under this title but that are not inconsistent with other provisions of this title.

USCA Case #24-1188      Document #2162589      Filed: 03/06/2026      Page 23 of 42

5. Contract with other agencies, including laboratories, in furthering any department program.

6. Use monies, facilities or services to provide matching contributions under federal or other programs that further the objectives and programs of the department.

7. Accept gifts, grants, matching monies or direct payments from public or private agencies or private persons and enterprises for department services and publications and to conduct programs that are consistent with the general purposes and objectives of this chapter. Monies received pursuant to this paragraph shall be deposited in the department fund corresponding to the service, publication or program provided.

8. Provide for the examination of any premises if the director has reasonable cause to believe that a violation of any environmental law or rule exists or is being committed on the premises. The director shall give the owner or operator the opportunity for its representative to accompany the director on an examination of those premises. Within forty-five days after the date of the examination, the department shall provide to the owner or operator a copy of any report produced as a result of any examination of the premises.

9. Supervise sanitary engineering facilities and projects in this state, authority for which is vested in the department, and own or lease land on which sanitary engineering facilities are located, and operate the facilities, if the director determines that owning, leasing or operating is necessary for the public health, safety or welfare.

10. Adopt and enforce rules relating to approving design documents for constructing, improving and operating sanitary engineering and other facilities for disposing of solid, liquid or gaseous deleterious matter.

11. Define and prescribe reasonably necessary rules regarding the water supply, sewage disposal and garbage collection and disposal for subdivisions. The rules shall:

(a) Provide for minimum sanitary facilities to be installed in the subdivision and may require that water systems plan for future needs and be of adequate size and capacity to deliver specified minimum quantities of drinking water and to treat all sewage.

(b) Provide that the design documents showing or describing the water supply, sewage disposal and garbage collection facilities be submitted with a fee to the department for review and that no lots in any subdivision be offered for sale before compliance with the standards and rules has been demonstrated by approval of the design documents by the department.

12. Prescribe reasonably necessary measures to prevent pollution of water used in public or semipublic swimming pools and bathing places and to prevent deleterious conditions at those places. The rules shall prescribe minimum standards for the design of and for sanitary conditions at any public or semipublic swimming pool or bathing place and provide for abatement as public nuisances of premises and facilities that do not comply with the minimum standards. The rules shall be developed in cooperation with the director of the department of health services and shall be consistent with the rules adopted by the director of the department of health services pursuant to § 36-136, subsection I, paragraph 10.

USCA Case #24-1188     Document #2162589     Filed: 03/06/2026     Page 24 of 42

13. Prescribe reasonable rules regarding sewage collection, treatment, disposal and reclamation systems to prevent the transmission of sewage borne or insect borne diseases. The rules shall:

(a) Prescribe minimum standards for the design of sewage collection systems and treatment, disposal and reclamation systems and for operating the systems.

(b) Provide for inspecting the premises, systems and installations and for abating as a public nuisance any collection system, process, treatment plant, disposal system or reclamation system that does not comply with the minimum standards.

(c) Require that design documents for all sewage collection systems, sewage collection system extensions, treatment plants, processes, devices, equipment, disposal systems, on-site wastewater treatment facilities and reclamation systems be submitted with a fee for review to the department and may require that the design documents anticipate and provide for future sewage treatment needs.

(d) Require that construction, reconstruction, installation or initiation of any sewage collection system, sewage collection system extension, treatment plant, process, device, equipment, disposal system, on-site wastewater treatment facility or reclamation system conform with applicable requirements.

14. Prescribe reasonably necessary rules regarding excreta storage, handling, treatment, transportation and disposal. The rules may:

(a) Prescribe minimum standards for human excreta storage, handling, treatment, transportation and disposal and shall provide for inspection of premises, processes and vehicles and for abating as public nuisances any premises, processes or vehicles that do not comply with the minimum standards.

(b) Provide that vehicles transporting human excreta from privies, septic tanks, cesspools and other treatment processes be licensed by the department subject to compliance with the rules. The department may require payment of a fee as a condition of licensure. The department shall establish by rule a fee as a condition of licensure, including a maximum fee. The fees shall be deposited, pursuant to §§ 35-146 and 35-147, in the solid waste fee fund established by § 49-881.

15. Perform the responsibilities of implementing and maintaining a data automation management system to support the reporting requirements of title III of the superfund amendments and reauthorization act of 1986 (P.L. 99-499) and article 2 of this chapter. [2]

16. Approve remediation levels pursuant to article 4 of this chapter. [3]

17. Establish or revise fees by rule pursuant to the authority granted under title 44, chapter 9, articles 8 and 9 and chapters 4 and 5 of this title [4] for the department to adequately perform its duties. All fees shall be fairly assessed and impose the least burden and cost to the parties subject to the fees. In establishing or revising fees, the department shall base the fees on the direct and indirect costs of the department's relevant duties, including employee salaries and benefits, professional and outside services,

USCA Case #24-1188      Document #2162589      Filed: 03/06/2026      Page 25 of 42

equipment, in-state travel and other necessary operational expenses directly related to issuing licenses as defined in title 41, chapter 6 [5] and enforcing the requirements of the applicable regulatory program.

18. Appoint a person with a background in oil and gas conservation to act on behalf of the oil and gas conservation commission and administer and enforce the applicable provisions of title 27, chapter 4 [6] relating to the oil and gas conservation commission.

**C.** The department may:

1. Charge fees to cover the costs of all permits and inspections it performs to ensure compliance with rules adopted under § 49-203 except that state agencies are exempt from paying the fees.

2. Monies collected pursuant to this subsection shall be deposited, pursuant to §§ 35-146 and 35-147, in the water quality fee fund established by § 49-210.

3. Contract with private consultants for the purposes of assisting the department in reviewing applications for licenses, permits or other authorizations to determine whether an applicant meets the criteria for issuance of the license, permit or other authorization. If the department contracts with a consultant under this paragraph, an applicant may request that the department expedite the application review by requesting that the department use the services of the consultant and by agreeing to pay the department the costs of the consultant's services. Notwithstanding any other law, monies paid by applicants for expedited reviews pursuant to this paragraph are appropriated to the department for use in paying consultants for services.

**D.** The director may:

1. If the director has reasonable cause to believe that a violation of any environmental law or rule exists or is being committed, inspect any person or property in transit through this state and any vehicle in which the person or property is being transported and detain or disinfect the person, property or vehicle as reasonably necessary to protect the environment if a violation exists.

2. Authorize in writing any qualified officer or employee in the department to perform any act that the director is authorized or required to do by law.

**Credits**
Added by Laws 1986, Ch. 368, § 34, eff. July 1, 1987. Amended by Laws 1987, Ch. 317, § 14, eff. Aug. 18, 1987, retroactively effective to July 1, 1987; Laws 1989, Ch. 238, § 10; Laws 1995, Ch. 202, § 2, eff. July 1, 1996; Laws 1995, Ch. 231, § 1; Laws 1995, Ch. 232, § 2; Laws 1995, Ch. 261, § 1; Laws 1996, Ch. 351, § 37; Laws 1997, Ch. 49, § 6; Laws 1997, Ch. 287, § 17, eff. April 29, 1997; Laws 1997, Ch. 296, § 1; Laws 1999, Ch. 26, § 3, eff. Jan. 1, 2001; Laws 2000, Ch. 225, § 1; Laws 2000, Ch. 225, § 2, eff. Jan. 1, 2001; Laws 2001, Ch. 21, § 3; Laws 2001, Ch. 231, § 12; Laws 2003, Ch. 104, § 37; Laws 2010, Ch. 265, § 1; Laws 2010, Ch. 309, § 14; Laws 2011, Ch. 220, § 3; Laws 2015, Ch. 208, § 21; Laws 2016, Ch. 128, § 121, eff. Aug. 6, 2016, retroactively effective to July 1, 2016; Laws 2017, Ch. 112, § 1; Laws 2017, Ch. 288, § 8; Laws 2018, Ch. 192, § 1; Laws 2018, Ch. 225, § 3; Laws 2024, Ch. 93, § 3; Laws 2024, Ch. 121, § 5, eff. April 9, 2024.

Notes of Decisions (1)

**Footnotes**

1        Sections 49-141 et seq., 49-201 et seq., and 49-401 et seq.

2        Section 49-121 et seq.

3        Section 49-151 et seq.

4        Sections 44-1301 et seq., 44-1321 et seq., 49-701 et seq., and 49-901 et seq.

5        Section 41-1001 et seq.

6        Section 27-501 et seq.

A. R. S. § 49-104, AZ ST § 49-104

Current through legislation of the Second Regular Session of the Fifty-Sixth Legislature (2024), and includes Election Results from the November 5, 2024 General Election.

---

**End of Document**                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

USCA Case #24-1188    Document #2162589    Filed: 03/06/2026    Page 27 of 42

West's Florida Statutes Annotated
  Title XXIX. Public Health (Chapters 381-408)
    Chapter 403. Environmental Control (Refs & Annos)
      Part V. Environmental Regulation (Refs & Annos)

West's F.S.A. § 403.804

403.804. Environmental Regulation Commission; powers and duties

Currentness

(1) Except as provided in subsection (2) and s. 120.54(4), the commission, pursuant to s. 403.805(1), shall exercise the standard-setting authority of the department under this chapter; part II of chapter 373; and ss. 373.309(1)(e), 373.414(4) and (10), 373.4145(1)(a), 373.421(1), and 373.4592(4)(d) 4. and (e). The commission, in exercising its authority, shall consider scientific and technical validity, economic impacts, and relative risks and benefits to the public and the environment. The commission shall not establish department policies, priorities, plans, or directives. The commission may adopt procedural rules governing the conduct of its meetings and hearings.

(2) The department shall have a study conducted of the economic and environmental impact which sets forth the benefits and costs to the public of any proposed standard that would be stricter or more stringent than one which has been set by federal agencies pursuant to federal law or regulation. Such study as is provided for in this subsection shall be submitted to the commission, which shall initially adopt the standard. Final action shall be by the Governor and Cabinet, who shall accept, reject, modify, or remand for further proceedings the standard within 60 days from the submission. Such review shall be appellate in nature. Hearings shall be in accordance with the provisions of chapter 120.

**Credits**
Added by Laws 1975, c. 75-22, § 6; Laws 1980, c. 80-66, §§ 4, 5; Laws 1983, c. 83-310, § 54; Laws 1984, c. 84-338, § 41; Laws 1988, c. 88-343, § 1; Laws 1995, c. 95-295, § 3; Laws 1996, c. 96-410, § 167. Amended by Laws 2002, c. 2002-296, § 41, eff. May 31, 2002; Laws 2014, c. 2014-17, § 95, eff. July 1, 2014.

Notes of Decisions (7)

West's F. S. A. § 403.804, FL ST § 403.804
Current with laws, joint and concurrent resolutions and memorials in effect from the 2024 second regular session. The statutes include changes from the Florida Revisor of Statutes.

---

**End of Document**    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

USCA Case #24-1188     Document #2162589     Filed: 03/06/2026     Page 28 of 42

Baldwin's Kentucky Revised Statutes Annotated
  Title III. Executive Branch
    Chapter 13A. Administrative Regulations (Refs & Annos)

KRS § 13A.245

13A.245 Agencies to prepare a federal mandate analysis comparing proposed state regulatory standards to federal standards; relationship between state administrative regulation and federal law or regulation governing a subject matter

Currentness

(1) (a) When promulgating administrative regulations and amending existing administrative regulations in response to a federal mandate, an administrative body shall compare its proposed compliance standards with any minimum or uniform standards suggested or contained in the federal mandate.

(b) Such a comparison shall include, in detail, a written determination by the administrative body on whether the proposed state administrative regulation will impose stricter requirements or other responsibilities on the regulated entities than those required by the federal mandate.

(c) If the administrative body determines that the proposed state administrative regulation imposes additional requirements or responsibilities on the regulated entities than is required by the federal mandate, the administrative body shall include in its comparison analysis a written statement justifying the imposition of stricter standards, requirements, or responsibilities.

(2) (a) Except as provided by paragraph (b) of this subsection, an administrative regulation shall conform to a federal law or regulation governing a subject matter if an administrative body is:

1. Not required by federal law or regulation to promulgate an administrative regulation to comply with a federal law or regulation governing the subject matter; and

2. Required or authorized by state law to promulgate an administrative regulation governing the subject matter.

(b) If the administrative regulation is more stringent than or otherwise differs from the federal law or regulation governing the subject matter, the administrative body shall state in detail in the "NECESSITY, FUNCTION, AND CONFORMITY" paragraph of the administrative regulation the manner in which it is more stringent than or otherwise differs from the federal law or regulation, and the reasons therefor.

**Credits**
HISTORY: 1996 c 330, § 2, eff. 7-15-96; 1986 c 89, § 8, eff. 7-15-86

KRS § 13A.245, KY ST § 13A.245
Current through the 2024 Regular Session and the Nov. 5, 2024 election. Some sections may be more current, see credits for details.

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

USCA Case #24-1188   Document #2162589   Filed: 03/06/2026   Page 30 of 42

West's Annotated Mississippi Code
  Title 41. Public Health (Refs & Annos)
    Chapter 26. Mississippi Safe Drinking Water Act of 1997
      in General

Miss. Code Ann. § 41-26-6

§ 41-26-6. Public water system rules and regulations

Currentness

(1) The board may adopt rules and regulations governing public water systems, but those rules and regulations shall, except as expressly required by law, be no more stringent or extensive in scope, coverage and effect than regulations promulgated by the United States Environmental Protection Agency.

(2) If federal regulations do not provide a standard, criteria or guidance addressing public water systems, the board may promulgate rules and regulations to address these matters when the board determines that the rules and regulations are necessary to protect the public health and welfare.

(3) Nothing in this section shall prohibit the director by order or in the approval of plans for construction or changes from placing additional requirements on a public water system on a case by case basis in order to provide for the quantity and quality of drinking water or to protect the public health and welfare.

**Credits**
Laws 1997, Ch. 389, § 2, eff. July 1, 1997.

Miss. Code Ann. § 41-26-6, MS ST § 41-26-6
The Statutes and Constitution are current with laws from the 2024 Regular, First, and Second Extraordinary Sessions effective through July 1, 2024. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

**End of Document**   © 2025 Thomson Reuters. No claim to original U.S. Government Works.

USCA Case #24-1188      Document #2162589          Filed: 03/06/2026      Page 31 of 42

West's Tennessee Code Annotated
  Title 4. State Government
    Chapter 5. Uniform Administrative Procedures Act (Refs & Annos)
      Part 2. Rulemaking and Publications (Refs & Annos)

T. C. A. § 4-5-226

§ 4-5-226. Rules; expiration; review by government operations committees

Currentness

(a) Notwithstanding any other law to the contrary, unless legislation is enacted to continue a rule to a date certain or indefinitely, any permanent rule filed in the office of the secretary of state shall expire on June 30 of the year following the year of its filing.

(b)(1) Notwithstanding any other law to the contrary, unless legislation is enacted to continue a rule to a date certain or to a date indefinitely beyond the date upon which an agency terminates, each permanent rule that does not expire under subsection (a), shall expire on the day provided in chapter 29, part 2 of this title for termination of the agency that promulgated such rule; provided, that if such agency continues in existence pursuant to § 4-29-112, such agency rule shall expire upon completion of such wind-up period.

(2) All rules and regulations issued or promulgated by any department or agency of state government whose functions, duties, or responsibilities have been transferred to another department or agency shall remain in full force and effect, and shall thereafter be administered and enforced by the agency or department assuming responsibility for those functions, duties, or responsibilities as rules of that agency or department, and all proposed rules or rulemaking hearing rules pending with the attorney general and reporter or secretary of state, unless withdrawn, shall continue that status as proposed rules or rulemaking hearing rules until becoming effective as rules of the agency assuming the functions, duties, or responsibilities. The agency or department assuming responsibility for such functions, duties, or responsibilities shall have the authority to promulgate new rules and regulations pursuant to this chapter to effectuate its duties and responsibilities. To this end, the department or agency shall have the authority, consistent with the statutes and regulations pertaining to the programs and functions transferred, to modify or rescind orders, rules and regulations, decisions or policies heretofore issued and to adopt, issue or promulgate new orders, rules and regulations, decisions or policies as may be necessary for the administration of the programs or functions transferred.

(c) Rules promulgated pursuant to this chapter shall be reviewed by the government operations committees of the senate and the house of representatives meeting jointly or separately, or, alternatively, at the discretion of the chair of either of such committees, by a subcommittee of the government operations committees. Members of the government operations committees of the senate and the house of representatives shall serve as members of such committees until their successors are duly appointed; provided, that such members remain members of the general assembly. Any member of either government operations committee who ceases to be a member of the general assembly shall cease to be a member of the government operations committee on the same date such member's membership in the general assembly ceases, as provided in the Constitution of Tennessee. In the event a majority of the membership of either government operations committee shall cease to be members of the general assembly, the speaker of the senate or the speaker of the house of representatives, as the case may be, may designate an appropriate number of members to serve interim appointments until the government operations committee is reconstituted. The house of representatives and senate government operations committees shall strive to hear rules within ninety (90) days of such rules being filed in the office of the secretary of state.

USCA Case #24-1188      Document #2162589      Filed: 03/06/2026      Page 32 of 42

(d)(1) In conducting the review required by subsection (c), the committees or subcommittees shall hold at least one (1) public hearing to receive testimony from the public and from the administrative head of the agency. At such hearing, the agency shall have the burden of demonstrating, by convincing evidence, that consideration of the factors enumerated in subsection (e), in their totality, justifies the continued existence of an agency rule. Notice of the time and place of the public hearing shall be on the general assembly website prior to the hearing. To the extent reasonably practicable, the committees or subcommittees shall conduct hearings on newly filed rules, other than emergency rules, during the ninety-day period immediately following the filing of the original of such rule in the office of the secretary of state.

(2) Whether an agency has met its burden of persuasion for the continued existence of a rule is solely within the discretion of the general assembly. Nothing in subdivision (d)(1) or subsection (e) creates a cause of action for any person to seek judicial review of whether the demonstration that an agency offered to justify the continued existence of a rule met the requirements of the standard prescribed in subdivision (d)(1).

(e) As part of the review of agency rules, the agency has the burden of demonstrating, by convincing evidence, that consideration of the factors enumerated in this subsection (e) justify the continued existence of an agency rule. Such factors include:

(1) Whether the agency is acting within its authority to adopt the rule;

(2) Whether the rule, considered in its entirety, will be easily understood by persons directly affected by the rule;

(3) Whether the rule is consistent, and not in conflict with or contradictory to existing law;

(4) Whether the rule is necessary to secure the health, safety, or welfare of the public;

(5) Whether the rule is necessary and essential for the agency to serve persons affected by the rule;

(6) Whether the rule is arbitrary or capricious;

(7) Whether the rule adversely impacts a person's constitutional rights;

(8) Whether the rule unnecessarily adversely impacts business or individuals;

(9) Whether the rule will result in economic efficiency for persons served by the agency and persons affected by the rule; and

(10) Whether the rule exceeds the mandatory minimum requirements of any relevant federal law or rule.

(f) As used in subsection (e):

USCA Case #24-1188    Document #2162589    Filed: 03/06/2026    Page 33 of 42

(1) "Arbitrary or capricious" means a willful or unreasonable agency action without consideration of or in disregard of facts or law; and

(2) "Authority" means provisions of law that permit or obligate the agency to adopt, amend, or repeal a rule.

(g) Nothing contained in this chapter shall be construed to prohibit the general assembly by legislative enactment from directly or indirectly repealing or amending any rule.

(h) The committees or subcommittees have the authority to hold hearings, subpoena records, documents and persons, and to exercise all powers otherwise vested upon committees of the general assembly by title 3, chapter 3, and by the rules of the appropriate house.

(i)(1) All agencies, upon filing a rule in the office of the secretary of state, shall also submit the following information:

(A) A brief summary of the rule and a description of all relevant changes in previous regulations effectuated by such rule;

(B) A citation to and brief description of any federal law or regulation or any state law or regulation mandating promulgation of such rule or establishing guidelines relevant thereto;

(C) Identification of persons, organizations, corporations or governmental entities most directly affected by this rule, and whether those persons, organizations, corporations or governmental entities urge adoption or rejection of this rule;

(D) Identification of any opinions of the attorney general and reporter or any judicial ruling that directly relates to the rule or the necessity to promulgate the rule;

(E) An estimate of the probable increase or decrease in state and local government revenues and expenditures, if any, resulting from the promulgation of this rule, and assumptions and reasoning upon which the estimate is based. An agency shall not state that the fiscal impact is minimal if the fiscal impact is more than two percent (2%) of the agency's annual budget or five hundred thousand dollars ($500,000), whichever is less;

(F) Identification of the appropriate agency representative or representatives, possessing substantial knowledge and understanding of the rule;

(G) Identification of the appropriate agency representative or representatives who will explain the rule at a scheduled meeting of the committees;

(H) Office address, e-mail address and telephone number of the agency representative or representatives who will explain the rule at a scheduled meeting of the committees; and

---

USCA Case #24-1188     Document #2162589          Filed: 03/06/2026      Page 34 of 42

(I) Any additional information relevant to the rule being proposed for continuation that the committee requests.

(2)(A) All amendments to existing executive agency rules to be reviewed by the committees or subcommittees pursuant to this part shall be filed with the secretary of state. One (1) copy of the amendments shall be filed in redline form for review by the committees or subcommittees.

(B) As used in subdivision (i)(2)(A), "redline form" means to denote all amendments to an existing rule by placing a line through all language to be deleted and by including all language to be added in brackets or underlined or by another clearly recognizable method that indicates the changes made to the rule.

(3) Failure to comply with this subsection (i) may be considered as evidence of the failure by an agency to meet its burden of proof required by subsection (d).

(4) The secretary of state shall refuse to accept the filing of any rule that fails to comply with this subsection (i).

(j)(1) The committee may express its disapproval of a rule that fails, in its judgment, to satisfy any or all of the factors enumerated in subsection (e), by voting to allow such rule to expire upon its established expiration date or by voting to request the agency to repeal, amend or withdraw this rule before such established expiration date. Notice of the committee's disapproval of a rule whether by vote to allow the rule to expire or by vote to request the agency to repeal, amend or withdraw a rule shall be posted, by the secretary of state, to the administrative register on the secretary of state's website as soon as possible after the committee meeting in which such action was taken.

(2) In the event an agency fails to comply with the committee's request to repeal, amend, or withdraw a rule within a reasonable time and before the established expiration date, the committee may vote to request the general assembly to repeal the rule, or to suspend any or all of such agency's rulemaking authority for any reasonable period of time or with respect to any particular subject matter, by legislative enactment.

(k) In addition to the grounds stated in subsection (j) it shall also be grounds for the government operations committee to recommend to the general assembly to terminate a rule promulgated under authority of any provision of title 68, chapters 201 -221, or title 69, chapter 3, that imposes environmental requirements or restrictions on municipalities or counties that are more stringent than federal statutes or rules on the same subject, and that result in increased expenditure requirements on municipalities or counties beyond those required to meet the federal requirements, unless the general assembly has appropriated funds to the affected local government or governments to cover the increased expenditures, in addition to those they receive pursuant to other laws; provided, that a timely comment was addressed to the promulgating authority pursuant to § 4-5-204, raising this issue and specifying the level of increased expenditure mandated by the rule.

(l) If, pursuant to this section, the general assembly terminates a rule amending a previously existing rule, then such previously existing rule shall continue in effect until it is later amended, repealed or superseded by law.

(m) If, pursuant to this chapter, an agency withdraws a rule amending a previously existing rule, then such previously existing rule shall continue in effect until it is later amended, repealed or superseded by law.

USCA Case #24-1188      Document #2162589      Filed: 03/06/2026      Page 35 of 42

(n)(1) All permanent rules filed in the office of secretary of state on or after January 1, 2022, that are in effect on May 5, 2023, and that are scheduled for expiration under this section on June 30, 2023, do not expire on June 30, 2023, but remain in effect until repealed or amended by subsequent rule of the appropriate rulemaking agency or until otherwise superseded by legislative enactment.

(2) This subsection (n) is not to be construed to justify the continued effectiveness of any rule that remains in effect under subdivision (n)(1) if the rule conflicts with the provisions of any legislative enactment other than the Uniform Administrative Procedures Act, compiled in title 4, chapter 5.

**Credits**

1982 Pub.Acts, c. 874, § 67; 1983 Pub.Acts, c. 479, §§ 2 to 5; 1984 Pub.Acts, c. 707, § 1; 1984 Pub.Acts, c. 969, §§ 3, 4; 1985 Pub.Acts, c. 440, § 3; 1986 Pub.Acts, c. 575, §§ 3, 4; 1986 Pub.Acts, c. 738, §§ 8, 9; 1988 Pub.Acts, c. 700, § 3; 1990 Pub.Acts, c. 838, § 1; 1991 Pub.Acts, c. 206, § 1; 1992 Pub.Acts, c. 703, § 1; 1993 Pub.Acts, c. 316, § 3, eff. July 1, 1993; 1994 Pub.Acts, c. 878, § 1, eff. April 27, 1994; 1995 Pub.Acts, c. 546, §§ 1, 3, eff. June 13, 1995; 1996 Pub.Acts, c. 844, § 1, eff. April 29, 1996; 1997 Pub.Acts, c. 162, § 1, eff. May 2, 1997; 1999 Pub.Acts, c. 381, § 1, eff. July 1, 1999; 2008 Pub.Acts, c. 741, § 1, eff. July 1, 2008; 2009 Pub.Acts, c. 566, § 19, eff. July 1, 2009; 2015 Pub.Acts, c. 502, §§ 4 to 8, eff. July 1, 2015; 2016 Pub.Acts, c. 859, §§ 2 to 6, eff. July 1, 2016; 2021 Pub.Acts, c. 531, §§ 9, 10, eff. July 1, 2021; 2023 Pub.Acts, c. 332, § 1, eff. May 5, 2023.

Notes of Decisions (4)

T. C. A. § 4-5-226, TN ST § 4-5-226
Current with effective legislation from the 2024 Regular Session of the 113th Tennessee General Assembly. Some sections may be more current; see credits for details. Pursuant to §§ 1-1-110, 1-1-111, and 1-2-114, the Tennessee Code Commission certifies the final, official version of the Tennessee Code and, until then, may make editorial changes to the statutes. References to the updates made by the most recent legislative session should be to the Public Chapter and not to the T.C.A. until final revisions have been made to the text, numbering, and hierarchical headings on Westlaw to conform to the official text. Unless legislatively provided, section name lines are prepared by the publisher.

---

**End of Document**
© 2025 Thomson Reuters. No claim to original U.S. Government Works.

USCA Case #24-1188    Document #2162589    Filed: 03/06/2026    Page 36 of 42

> West's Utah Code Annotated
>   Title 19. Environmental Quality Code
>     Chapter 4. Safe Drinking Water Act (Refs & Annos)

U.C.A. 1953 § 19-4-105

§ 19-4-105. Rulemaking authority and procedure

Currentness

(1) Except as provided in Subsection (2), no rule which the board makes for the purpose of the state administering a program under the federal Safe Drinking Water Act may be more stringent than the corresponding federal regulations which address the same circumstances. In making the rules, the board may incorporate by reference corresponding federal regulations.

(2) The board may make rules more stringent than corresponding federal regulations for the purpose described in Subsection (1), only if it makes a written finding after public comment and hearing, and based on evidence in the record, that the corresponding federal regulation is not adequate to protect public health and the environment of the state. Those findings shall be accompanied by an opinion referring to and evaluating the public health and environmental information and studies contained in the record which form the basis for the board's conclusion.

**Credits**
Laws 1987, c. 12, § 4; Laws 1991, c. 112, § 89.

**Codifications** C. 1953, § 26-12-5.5.

U.C.A. 1953 § 19-4-105, UT ST § 19-4-105
Current with laws through the 2024 Fourth Special Session. Some statutes sections may be more current, see credits for details

---

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

# OTHER AUTHORITIES

# Reading Law

## The Interpretation
## of Legal Texts

Antonin Scalia & Bryan A. Garner

ADD0031

The views expressed in this book are those of the authors as legal commentators. Nothing in this book prejudges any case that might come before the United States Supreme Court.

© 2012 Antonin Scalia & Bryan A. Garner

Published by Thomson/West
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164-0527
1-800-328-9352

ISBN: 978-0-314-27555-4

Printed in the United States of America

Library of Congress Cataloguing-in-Publication Data
Antonin Scalia & Bryan A. Garner
Reading Law: the interpretation of legal texts — 1st ed.
        p.    cm.
Includes bibliographical references and index.
1. Law—interpretation and construction.
2. Judicial Process—United States.
3. Law—philosophy.
4. Statutes—United States.
5. Jurisprudence.
6. Law—methodology.
I. Scalia, Antonin, 1936–
I. Garner, Bryan A., 1958–
II. Title

*First printing*

DING LAW

e "the compensation for each af-
e that it is legally enforceable.[3]

*h*,[4] the defendant, a 15-year-old, was
in the commission of a carjacking.
r a Virginia statute providing that a
felony will be sentenced as an adult,
pended "conditioned upon success-
s and conditions as may be imposed
position of a delinquency case."[5] Yet
had violated provided for a sentence
l: "Notwithstanding any other provi-
scribed . . . shall not be suspended in
nyone convicted hereunder be placed
rt correctly ruled that the mandatory
, and the Virginia Court of Appeals

ling" is defined as "without preven-
n or by." *Webster's Third New Inter-*
5 (1993). Given that understanding
de that the terms of Code § 18.2-
other incongruous laws because the
nded Code § 18.2-53.1 to function
from them. Nothing in § 16.1-272
etation.[7]

. 1998).

## 14. Gender/Number Canon

**In the absence of a contrary indication, the masculine includes the feminine (and vice versa) and the singular includes the plural (and vice versa).**

In the Constitution, the President is referred to many times with the pronouns *he*, *him*, and *his*. These references, by common grammatical understanding, refer to a President of either sex. Grammarians and lexicographers have traditionally held that the masculine includes the feminine: *He, him,* and *his* are considered third-person singular common-sex pronouns—but only when the context calls for this understanding.[1] English-language texts are rife with the generic-masculine pronoun. In recent decades, there has been a concerted effort among writers and editors, particularly in academic legal writing, to eradicate this convention.[2] But it persists.

Does the principle that the masculine includes the feminine include the reverse? Does the new politically correct "generic-feminine" pronoun (*Every judge who recuses herself is subject to this rule*) include the masculine? Yes—at least in texts adopted in the age of political correctness.[3]

---

1    *See, e.g.*, 1 Noah Webster, *An American Dictionary of the English Language* (1828) (s.v. *he* (4)) ("*He*, when a substitute for *man* in its general sense, expressing mankind, is of common gender, representing, like its antecedent, the whole human race."); Peter Bullions, *The Principles of English Grammar* (13th ed. 1845) ("[T]he masculine term has also a general meaning, expressing both male and female, and is always to be used when the office, occupation, profession, etc., and not the sex of the individual, is chiefly to be expressed.").

2    For your authors' differing views on this subject, see *Making Your Case: The Art of Persuading Judges* 116, 119 (2008).

3    *See* Alaska Stat. § 01.10.050(c) (2008) ("Words of any gender may, when the sense so indicates, refer to any other gender."); Ariz. Rev. Stat. Ann. § 1-214(D) (1973) ("Words of the feminine gender include the masculine and the neuter."); Colo. Rev. Stat. § 2-4-103 (2009) ("[E]very word importing the feminine gender only may extend to and be applied to males and things as well as females."); Conn. Gen. Stat. § 1-1(g) (1974) ("Words importing the masculine gender may be applied to females and words importing the feminine gender may be applied to males."); Nev. Rev. Stat. § 0.030(2) (2009) ("The use of a feminine noun or pronoun in conferring a benefit or imposing a duty does not exclude a male person from that benefit or duty."); S.D. Codified Laws § 2-14-5 (2004) ("Words

USCA Case #24-1188     Document #2162589     Filed: 03/06/2026     Page 41 of 42

As for the singular–plural principle, the United States Code addresses this issue (as well as the previous one) in its rules of construction: "In determining the meaning of any Act of Congress, unless the context indicates otherwise . . . words importing the singular include and apply to several persons, parties, or things; words importing the plural include the singular; words importing the masculine gender include the feminine as well."[4] The rule is simply a matter of common sense and everyday linguistic experience: "It is a misdemeanor for any person to set off a rocket within the city limits without a written license from the fire marshal" does not exempt from penalty someone who sets off two rockets or a string of 100. If you cannot do one, you cannot do any, or many. The best drafting practice, in fact, is to use the singular number for just that reason: Each rocket unambiguously constitutes an offense.

But what if the drafter makes the reference plural? That would normally include the singular. A provision in a lease saying that "No person may set off *rockets* on the premises" would properly be interpreted to forbid the setting off of a single rocket. But the proposition that many includes only one is not as logically inevitable as the proposition that one includes multiple ones, so its application is much more subject to context and to contradiction by other canons. If the same plural *rockets* were used in a governmental proscription carrying a penalty ("It is a misdemeanor for any person to set off rockets within the city limits, etc."), there is some chance that a court would apply the rule of lenity (see § 49) to hold a single rocket harmless. An instance discussed by both Blackstone and Bentham concerned a 1278 statute establishing the penalty for "stealing horses." The English judges held that this provision did not apply to someone who stole a single horse. Bentham defended the holding as praiseworthy:

> This construction I am aware has been cited as an instance of scrupulousness carried to the extreme, but I must confess I see not with what justice. Taking the value of the

---

used in the masculine gender include the feminine and neuter. Words used in the feminine gender include the masculine and neuter.").

4    1 U.S.C. § 1.

ral principle, the United States Code
as the previous one) in its rules of con-
the meaning of any Act of Congress,
s otherwise . . . words importing the
to several persons, parties, or things;
include the singular; words importing
de the feminine as well."[4] The rule is
sense and everyday linguistic experi-
or any person to set off a rocket within
ritten license from the fire marshal"
ty someone who sets off two rockets or
ot do one, you cannot do any, or many.
, in fact, is to use the singular number
cket unambiguously constitutes an of-

makes the reference plural? That would
ular. A provision in a lease saying that
ckets on the premises" would properly
e setting off of a single rocket. But the
ludes only one is not as logically inev-
that one includes multiple ones, so its
subject to context and to contradiction
me plural *rockets* were used in a govern-
ing a penalty ("It is a misdemeanor for
ets within the city limits, etc."), there is
would apply the rule of lenity (see § 49)
rmless. An instance discussed by both
concerned a 1278 statute establishing
orses." The English judges held that this
someone who stole a single horse. Ben-
ng as praiseworthy:

m aware has been cited as an instance
rried to the extreme, but I must con-
hat justice. Taking the value of the

---

r include the feminine and neuter. Words used in the
masculine and neuter.").

thing stolen for the measure of the guilt of stealing, the
guilt of stealing horses is at least double, to that of stealing
one horse: and it follows not, that because the legislature
has thought fit to annex a certain degree of punishment
to a certain degree of guilt, it therefore should annex the
same to half that guilt. . . . [I]n the doubt the safest de-
cision was that which was on the mildest side: and from
this no evil consequence could arise when followed by
the well-imagined step that was taken next by the Judges.
"They procured a new act" (says [Blackstone]) "in the fol-
lowing year."[5] I honour those Judges, and, of all I know
upon record, would cherish this precedent they have set us.
It points to their successors the true method of giving the
public the benefit of their discernment without transgress-
ing the limits of their authority."[6]

His point is well taken—which is why books on legal drafting
recommend using the singular over the plural.[7]

---

[5] 1 William Blackstone, *Commentaries on the Laws of England* 88 (4th ed. 1770)
("Judges . . . procured a new act for that purpose in the following year.").

[6] Jeremy Bentham, *A Comment on the Commentaries: A Criticism of William Black-
stone's Commentaries on the Laws of England* 141 (1776; Charles Warren Everett
ed., 1928).

[7] *See, e.g.,* Bryan A. Garner, *Legal Writing in Plain English* 114 (2001).

ADD0035