**ORAL ARGUMENT NOT YET SCHEDULED**

Case No. 24-1188 & Consolidated Cases

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN WATER WORKS ASSOCIATION, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

---

On Petition for Review

---

**RESPONDENTS' STATUTORY, REGULATORY, AND OTHER
REFERENCE MATERIAL ADDENDUM**

---

Dated: March 6, 2026

*Of Counsel*:
HEIDI NALVEN
  U.S. Environmental Protection
  Agency
  Office of General Counsel

ADAM R.F. GUSTAFSON
  *Principal Deputy Assistant Attorney
  General*

BRADLEY CRAIGMYLE
  *Deputy Assistant Attorney General*

KIMERE J. KIMBALL
  U.S. Department of Justice
  Env't & Natural Resources Div.
  P.O. Box 7611
  Washington, DC 20044
  (202) 598-7680
  Kimere.Kimball@usdoj.gov
  *Counsel for Respondents*

**TABLE OF CONTENTS**

42 U.S.C. § 300i...............................................................................ADD-001

42 U.S.C. § 4365.............................................................................ADD-003

40 C.F.R. § 141.23 ..........................................................................ADD-007

40 C.F.R. § 141.24 ..........................................................................ADD-021

40 C.F.R. § 141.26 ..........................................................................ADD-031

40 C.F.R. § 141.64 ..........................................................................ADD-036

40 C.F.R. § 141.133 ........................................................................ADD-038

Random House College Dictionary (Laurence Urdang et al. eds., 1973) ...ADD-040

KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

United States Code Annotated
  Title 42. The Public Health and Welfare
    Chapter 6A. Public Health Service (Refs & Annos)
      Subchapter XII. Safety of Public Water Systems
        Part D. Emergency Powers

42 U.S.C.A. § 300i

§ 300i. Emergency powers

Effective: June 12, 2002
Currentness

**(a) Actions authorized against imminent and substantial endangerment to health**

Notwithstanding any other provision of this subchapter, the Administrator, upon receipt of information that a contaminant which is present in or is likely to enter a public water system or an underground source of drinking water, or that there is a threatened or potential terrorist attack (or other intentional act designed to disrupt the provision of safe drinking water or to impact adversely the safety of drinking water supplied to communities and individuals), which may present an imminent and substantial endangerment to the health of persons, and that appropriate State and local authorities have not acted to protect the health of such persons, may take such actions as he may deem necessary in order to protect the health of such persons. To the extent he determines it to be practicable in light of such imminent endangerment, he shall consult with the State and local authorities in order to confirm the correctness of the information on which action proposed to be taken under this subsection is based and to ascertain the action which such authorities are or will be taking. The action which the Administrator may take may include (but shall not be limited to) (1) issuing such orders as may be necessary to protect the health of persons who are or may be users of such system (including travelers), including orders requiring the provision of alternative water supplies by persons who caused or contributed to the endangerment, and (2) commencing a civil action for appropriate relief, including a restraining order or permanent or temporary injunction.

**(b) Penalties for violations; separate offenses**

Any person who violates or fails or refuses to comply with any order issued by the Administrator under subsection (a)(1) may, in an action brought in the appropriate United States district court to enforce such order, be subject to a civil penalty of not to exceed $15,000 for each day in which such violation occurs or failure to comply continues.

**CREDIT(S)**

  (July 1, 1944, c. 373, Title XIV, § 1431, as added Pub.L. 93-523, § 2(a), Dec. 16, 1974, 88 Stat. 1680; amended Pub.L. 99-339, Title II, § 204, June 19, 1986, 100 Stat. 660; Pub.L. 104-182, Title I, § 113(d), Aug. 6, 1996, 110 Stat. 1636; Pub.L. 107-188, Title IV, § 403(2), June 12, 2002, 116 Stat. 687.)

Notes of Decisions (12)

USCA Case #24-1188      Document #2162594          Filed: 03/06/2026      Page 4 of 46

42 U.S.C.A. § 300i, 42 USCA § 300i
Current through P.L. 118-151. Some statute sections may be more current, see credits for details.

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

ADD-002

USCA Case #24-1188    Document #2162594    Filed: 03/06/2026    Page 5 of 46

KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

United States Code Annotated
  Title 42. The Public Health and Welfare
    Chapter 55. National Environmental Policy (Refs & Annos)
      Subchapter III. Miscellaneous Provisions

42 U.S.C.A. § 4365

§ 4365. Science Advisory Board

Effective: February 7, 2014
Currentness

**(a) Establishment; requests for advice by Administrator of Environmental Protection Agency and Congressional committees**

The Administrator of the Environmental Protection Agency shall establish a Science Advisory Board which shall provide such scientific advice as may be requested by the Administrator, the Committee on Environment and Public Works of the United States Senate, or the Committee on Science, Space, and Technology, on Energy and Commerce, or on Public Works and Transportation of the House of Representatives.

**(b) Membership; Chairman; meetings; qualifications of members**

Such Board shall be composed of at least nine members, one of whom shall be designated Chairman, and shall meet at such times and places as may be designated by the Chairman of the Board in consultation with the Administrator. Each member of the Board shall be qualified by education, training, and experience to evaluate scientific and technical information on matters referred to the Board under this section.

**(c) Proposed environmental criteria document, standard, limitation, or regulation; functions respecting in conjunction with Administrator**

**(1)** The Administrator, at the time any proposed criteria document, standard, limitation, or regulation under the Clean Air Act, the Federal Water Pollution Control Act, the Resource Conservation and Recovery Act of 1976, the Noise Control Act, the Toxic Substances Control Act, or the Safe Drinking Water Act, or under any other authority of the Administrator, is provided to any other Federal agency for formal review and comment, shall make available to the Board such proposed criteria document, standard, limitation, or regulation, together with relevant scientific and technical information in the possession of the Environmental Protection Agency on which the proposed action is based.

**(2)** The Board may make available to the Administrator, within the time specified by the Administrator, its advice and comments on the adequacy of the scientific and technical basis of the proposed criteria document, standard, limitation, or regulation, together with any pertinent information in the Board's possession.

USCA Case #24-1188     Document #2162594          Filed: 03/06/2026     Page 6 of 46

**(d) Utilization of technical and scientific capabilities of Federal agencies and national environmental laboratories for determining adequacy of scientific and technical basis of proposed criteria document, etc.**

In preparing such advice and comments, the Board shall avail itself of the technical and scientific capabilities of any Federal agency, including the Environmental Protection Agency and any national environmental laboratories.

**(e) Committees**

**(1) Member committees**

**(A) In general**

The Board is authorized to establish such member committees and investigative panels as the Administrator and the Board determine to be necessary to carry out this section.

**(B) Chairmanship**

Each member committee or investigative panel established under this subsection shall be chaired by a member of the Board.

**(2) Agriculture-related committees**

**(A) In general**

The Administrator and the Board--

**(i)** shall establish a standing agriculture-related committee; and

**(ii)** may establish such additional agriculture-related committees and investigative panels as the Administrator and the Board determines to be necessary to carry out the duties under subparagraph (C).

**(B) Membership**

The standing committee and each agriculture-related committee or investigative panel established under subparagraph (A) shall be--

**(i)** composed of--

**(I)** such quantity of members as the Administrator and the Board determines to be necessary; and

ADD-004

**(II)** individuals who are not members of the Board on the date of appointment to the committee or investigative panel; and

**(ii)** appointed by the Administrator and the Board, in consultation with the Secretary of Agriculture.

**(C) Duties**

The agriculture-related standing committee and each additional committee and investigative panel established under subparagraph (A) shall provide scientific and technical advice to the Board relating to matters referred to the Board that the Administrator and the Board determines, in consultation with the Secretary of Agriculture, to have a significant direct impact on enterprises that are engaged in the business of the production of food and fiber, ranching and raising livestock, aquaculture, and all other farming- and agriculture-related industries.

**(f) Appointment and compensation of secretary and other personnel; compensation of members**

**(1)** Upon the recommendation of the Board, the Administrator shall appoint a secretary, and such other employees as deemed necessary to exercise and fulfill the Board's powers and responsibilities. The compensation of all employees appointed under this paragraph shall be fixed in accordance with chapter 51 and subchapter III of chapter 53 of Title 5.

**(2)** Members of the Board may be compensated at a rate to be fixed by the President but not in excess of the maximum rate of pay for grade GS-18, as provided in the General Schedule under section 5332 of Title 5.

**(g) Consultation and coordination with Scientific Advisory Panel**

In carrying out the functions assigned by this section, the Board shall consult and coordinate its activities with the Scientific Advisory Panel established by the Administrator pursuant to section 136w(d) of Title 7.

**(h) Public participation and transparency**

The Board shall make every effort, consistent with applicable law, including section 552 of Title 5 (commonly known as the "Freedom of Information Act") and section 552a of Title 5 (commonly known as the "Privacy Act"), to maximize public participation and transparency, including making the scientific and technical advice of the Board and any committees or investigative panels of the Board publically available in electronic form on the website of the Environmental Protection Agency.

**(i) Report to Congress**

The Administrator shall annually report to the Committees on Environment and Public Works and Agriculture of the Senate and the Committees on Transportation and Infrastructure, Energy and Commerce, and Agriculture of the House of Representatives regarding the membership and activities of the standing agriculture-related committee established pursuant to subsection (e)(2)(A)(i).

ADD-005

USCA Case #24-1188    Document #2162594    Filed: 03/06/2026    Page 8 of 46

**CREDIT(S)**

(Pub.L. 95-155, § 8, Nov. 8, 1977, 91 Stat. 1260; Pub.L. 96-569, § 3, Dec. 22, 1980, 94 Stat. 3337; Pub.L. 103-437, § 15(o), Nov. 2, 1994, 108 Stat. 4593; Pub.L. 104-66, Title II, § 2021(k)(3), Dec. 21, 1995, 109 Stat. 728; Pub.L. 113-79, Title XII, § 12307, Feb. 7, 2014, 128 Stat. 989.)

Notes of Decisions (2)

42 U.S.C.A. § 4365, 42 USCA § 4365

Current through P.L. 118-151. Some statute sections may be more current, see credits for details.

**End of Document**    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

ADD-006

(e) The State has the authority to determine compliance or initiate enforcement action based upon analytical results or other information compiled by their sanctioned representatives and agencies.

[40 FR 59570, Dec. 24, 1975, as amended at 45 FR 57344, Aug. 27, 1980; 47 FR 8998, Mar. 3, 1982; 47 FR 10998, Mar. 12, 1982; 54 FR 27527, June 29, 1989; 59 FR 62466, Dec. 5, 1994; 65 FR 26022, May 4, 2000]

### § 141.23 Inorganic chemical sampling and analytical requirements.

Community water systems shall conduct monitoring to determine compliance with the maximum contaminant levels specified in § 141.62 in accordance with this section. Non-transient, non-community water systems shall conduct monitoring to determine compliance with the maximum contaminant levels specified in § 141.62 in accordance with this section. Transient, non-community water systems shall conduct monitoring to determine compliance with the nitrate and nitrite maximum contaminant levels in §§ 141.11 and 141.62 (as appropriate) in accordance with this section.

(a) Monitoring shall be conducted as follows:

(1) Groundwater systems shall take a minimum of one sample at every entry point to the distribution system which is representative of each well after treatment (hereafter called a sampling point) beginning in the initial compliance period. The system shall take each sample at the same sampling point unless conditions make another sampling point more representative of each source or treatment plant.

(2) Surface water systems shall take a minimum of one sample at every entry point to the distribution system after any application of treatment or in the distribution system at a point which is representative of each source after treatment (hereafter called a sampling point) beginning in the initial compliance period. The system shall take each sample at the same sampling point unless conditions make another sampling point more representative of each source or treatment plant.

NOTE: For purposes of this paragraph, surface water systems include systems with a combination of surface and ground sources.

(3) If a system draws water from more than one source and the sources are combined before distribution, the system must sample at an entry point to the distribution system during periods of normal operating conditions (*i.e.*, when water is representative of all sources being used).

(4) The State may reduce the total number of samples which must be analyzed by allowing the use of compositing. Composite samples from a maximum of five samples are allowed, provided that the detection limit of the method used for analysis is less than one-fifth of the MCL. Compositing of samples must be done in the laboratory.

(i) If the concentration in the composite sample is greater than or equal to one-fifth of the MCL of any inorganic chemical, then a follow-up sample must be taken within 14 days at each sampling point included in the composite. These samples must be analyzed for the contaminants which exceeded one-fifth of the MCL in the composite sample. Detection limits for each analytical method and MCLs for each inorganic contaminant are the following:

DETECTION LIMITS FOR INORGANIC CONTAMINANTS

| Contaminant | MCL (mg/l) | Methodology | Detection limit (mg/l) |
|---|---|---|---|
| Antimony | 0.006 | Atomic Absorption; Furnace | 0.003 |
| | | Atomic Absorption; Platform | 0.0008 [5] |
| | | ICP-Mass Spectrometry | 0.0004 |
| | | Hydride-Atomic Absorption | 0.001 |
| Arsenic | 0.010 [6] | Atomic Absorption; Furnace | 0.001 |
| | | Atomic Absorption; Platform—Stabilized Temperature | 0.0005 [7] |
| | | Atomic Absorption; Gaseous Hydride | 0.001 |
| | | ICP-Mass Spectrometry | 0.0014 [8] |
| Asbestos | 7 MFL [1] | Transmission Electron Microscopy | 0.01 MFL |
| Barium | 2 | Atomic Absorption; furnace technique | 0.002 |
| | | Atomic Absorption; direct aspiration | 0.1 |

ADD-007

**Environmental Protection Agency**                                                    **§ 141.23**

DETECTION LIMITS FOR INORGANIC CONTAMINANTS—Continued

| Contaminant | MCL (mg/l) | Methodology | Detection limit (mg/l) |
|---|---|---|---|
| Beryllium | 0.004 | Inductively Coupled Plasma | 0.002 (0.001) |
| | | Atomic Absorption; Furnace | 0.0002 |
| | | Atomic Absorption; Platform | 0.00002 [5] |
| | | Inductively Coupled Plasma [2] | 0.0003 |
| | | ICP-Mass Spectrometry | 0.0003 |
| Cadmium | 0.005 | Atomic Absorption; furnace technique | 0.0001 |
| | | Inductively Coupled Plasma | 0.001 |
| Chromium | 0.1 | Atomic Absorption; furnace technique | 0.001 |
| | | Inductively Coupled Plasma | 0.007 (0.001) |
| Cyanide | 0.2 | Distillation, Spectrophotometric [3] | 0.02 |
| | | Distillation, Automated, Spectrophotometric [3] | 0.005 |
| | | Distillation, Amenable, Spectrophotometric [4] | 0.02 |
| | | Distillation, Selective Electrode [3][4] | 0.05 |
| | | UV, Distillation, Spectrophotometric [9] | 0.0005 |
| | | Micro Distillation, Flow Injection, Spectrophotometric [3] | 0.0006 |
| | | Ligand Exchange with Amperometry [4] | 0.0005 |
| Mercury | 0.002 | Manual Cold Vapor Technique | 0.0002 |
| | | Automated Cold Vapor Technique | 0.0002 |
| Nickel | xl | Atomic Absorption; Furnace | 0.001 |
| | | Atomic Absorption; Platform | 0.0006 [5] |
| | | Inductively Coupled Plasma [2] | 0.005 |
| | | ICP-Mass Spectrometry | 0.0005 |
| Nitrate | 10 (as N) | Manual Cadmium Reduction | 0.01 |
| | | Automated Hydrazine Reduction | 0.01 |
| | | Automated Cadmium Reduction | 0.05 |
| | | Ion Selective Electrode | 1 |
| | | Ion Chromatography | 0.01 |
| | | Capillary Ion Electrophoresis | 0.076 |
| Nitrite | 1 (as N) | Spectrophotometric | 0.01 |
| | | Automated Cadmium Reduction | 0.05 |
| | | Manual Cadmium Reduction | 0.01 |
| | | Ion Chromatography | 0.004 |
| | | Capillary Ion Electrophoresis | 0.103 |
| Selenium | 0.05 | Atomic Absorption; furnace | 0.002 |
| | | Atomic Absorption; gaseous hydride | 0.002 |
| Thallium | 0.002 | Atomic Absorption; Furnace | 0.001 |
| | | Atomic Absorption; Platform | 0.0007 [5] |
| | | ICP-Mass Spectrometry | 0.0003 |

[1] MFL = million fibers per liter >10 µm.

[2] Using a 2X preconcentration step as noted in Method 200.7. Lower MDLs may be achieved when using a 4X preconcentration.

[3] Screening method for total cyanides.

[4] Measures "free" cyanides when distillation, digestion, or ligand exchange is omitted.

[5] Lower MDLs are reported using stabilized temperature graphite furnace atomic absorption.

[6] The value for arsenic is effective January 23, 2006. Unit then, the MCL is 0.05 mg/L.

[7] The MDL reported for EPA method 200.9 (Atomic Absorption; Platform—Stablized Temperature) was determined using a 2x concentration step during sample digestion. The MDL determined for samples analyzed using direct analyses (*i.e.*, no sample digestion) will be higher. Using multiple depositions, EPA 200.9 is capable of obtaining MDL of 0.0001 mg/L.

[8] Using selective ion monitoring, EPA Method 200.8 (ICP-MS) is capable of obtaining a MDL of 0.0001 mg/L.

[9] Measures total cyanides when UV-digestor is used, and "free" cyanides when UV-digestor is bypassed.

(ii) If the population served by the system is >3,300 persons, then compositing may only be permitted by the State at sampling points within a single system. In systems serving ≤3,300 persons, the State may permit compositing among different systems provided the 5-sample limit is maintained.

(iii) If duplicates of the original sample taken from each sampling point used in the composite sample are available, the system may use these instead of resampling. The duplicates must be analyzed and the results reported to the State within 14 days after completing analysis of the composite sample, provided the holding time of the sample is not exceeded.

(5) The frequency of monitoring for asbestos shall be in accordance with paragraph (b) of this section: the frequency of monitoring for antimony, arsenic, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, selenium and thallium shall be in accordance with paragraph (c) of this section; the frequency of monitoring for nitrate shall be in accordance with paragraph (d) of this section;

449

ADD-008

and the frequency of monitoring for nitrite shall be in accordance with paragraph (e) of this section.

(b) The frequency of monitoring conducted to determine compliance with the maximum contaminant level for asbestos specified in § 141.62(b) shall be conducted as follows:

(1) Each community and non-transient, non-community water system is required to monitor for asbestos during the first three-year compliance period of each nine-year compliance cycle beginning in the compliance period starting January 1, 1993.

(2) If the system believes it is not vulnerable to either asbestos contamination in its source water or due to corrosion of asbestos-cement pipe, or both, it may apply to the State for a waiver of the monitoring requirement in paragraph (b)(1) of this section. If the State grants the waiver, the system is not required to monitor.

(3) The State may grant a waiver based on a consideration of the following factors:

(i) Potential asbestos contamination of the water source, and

(ii) The use of asbestos-cement pipe for finished water distribution and the corrosive nature of the water.

(4) A waiver remains in effect until the completion of the three-year compliance period. Systems not receiving a waiver must monitor in accordance with the provisions of paragraph (b)(1) of this section.

(5) A system vulnerable to asbestos contamination due solely to corrosion of asbestos-cement pipe shall take one sample at a tap served by asbestos-cement pipe and under conditions where asbestos contamination is most likely to occur.

(6) A system vulnerable to asbestos contamination due solely to source water shall monitor in accordance with the provision of paragraph (a) of this section.

(7) A system vulnerable to asbestos contamination due both to its source water supply and corrosion of asbestos-cement pipe shall take one sample at a tap served by asbestos-cement pipe and under conditions where asbestos contamination is most likely to occur.

(8) A system which exceeds the maximum contaminant levels as determined in § 141.23(i) of this section shall monitor quarterly beginning in the next quarter after the violation occurred.

(9) The State may decrease the quarterly monitoring requirement to the frequency specified in paragraph (b)(1) of this section provided the State has determined that the system is reliably and consistently below the maximum contaminant level. In no case can a State make this determination unless a groundwater system takes a minimum of two quarterly samples and a surface (or combined surface/ground) water system takes a minimum of four quarterly samples.

(10) If monitoring data collected after January 1, 1990 are generally consistent with the requirements of § 141.23(b), then the State may allow systems to use that data to satisfy the monitoring requirement for the initial compliance period beginning January 1, 1993.

(c) The frequency of monitoring conducted to determine compliance with the maximum contaminant levels in § 141.62 for antimony, arsenic, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, selenium and thallium shall be as follows:

(1) Groundwater systems shall take one sample at each sampling point during each compliance period. Surface water systems (or combined surface/ground) shall take one sample annually at each sampling point.

(2) The system may apply to the State for a waiver from the monitoring frequencies specified in paragraph (c)(1) of this section. States may grant a public water system a waiver for monitoring of cyanide, provided that the State determines that the system is not vulnerable due to lack of any industrial source of cyanide.

(3) A condition of the waiver shall require that a system shall take a minimum of one sample while the waiver is effective. The term during which the waiver is effective shall not exceed one compliance cycle (*i.e.*, nine years).

(4) The State may grant a waiver provided surface water systems have monitored annually for at least three years and groundwater systems have conducted a minimum of three rounds of monitoring. (At least one sample shall

450

ADD-009

**Environmental Protection Agency**                    **§ 141.23**

have been taken since January 1, 1990). Both surface and groundwater systems shall demonstrate that all previous analytical results were less than the maximum contaminant level. Systems that use a new water source are not eligible for a waiver until three rounds of monitoring from the new source have been completed.

(5) In determining the appropriate reduced monitoring frequency, the State shall consider:

(i) Reported concentrations from all previous monitoring;

(ii) The degree of variation in reported concentrations; and

(iii) Other factors which may affect contaminant concentrations such as changes in groundwater pumping rates, changes in the system's configuration, changes in the system's operating procedures, or changes in stream flows or characteristics.

(6) A decision by the State to grant a waiver shall be made in writing and shall set forth the basis for the determination. The determination may be initiated by the State or upon an application by the public water system. The public water system shall specify the basis for its request. The State shall review and, where appropriate, revise its determination of the appropriate monitoring frequency when the system submits new monitoring data or when other data relevant to the system's appropriate monitoring frequency become available.

(7) Systems which exceed the maximum contaminant levels as calculated in §141.23(i) of this section shall monitor quarterly beginning in the next quarter after the violation occurred.

(8) The State may decrease the quarterly monitoring requirement to the frequencies specified in paragraphs (c)(1) and (c)(2) of this section provided it has determined that the system is reliably and consistently below the maximum contaminant level. In no case can a State make this determination unless a groundwater system takes a minimum of two quarterly samples and a surface water system takes a minimum of four quarterly samples.

(9) All new systems or systems that use a new source of water that begin operation after January 22, 2004 must demonstrate compliance with the MCL within a period of time specified by the State. The system must also comply with the initial sampling frequencies specified by the State to ensure a system can demonstrate compliance with the MCL. Routine and increased monitoring frequencies shall be conducted in accordance with the requirements in this section.

(d) All public water systems (community; non-transient, non-community; and transient, non-community systems) shall monitor to determine compliance with the maximum contaminant level for nitrate in §141.62.

(1) Community and non-transient, non-community water systems served by groundwater systems shall monitor annually beginning January 1, 1993; systems served by surface water shall monitor quarterly beginning January 1, 1993.

(2) For community and non-transient, non-community water systems, the repeat monitoring frequency for groundwater systems shall be quarterly for at least one year following any one sample in which the concentration is ≥50 percent of the MCL. The State may allow a groundwater system to reduce the sampling frequency to annually after four consecutive quarterly samples are reliably and consistently less than the MCL.

(3) For community and non-transient, non-community water systems, the State may allow a surface water system to reduce the sampling frequency to annually if all analytical results from four consecutive quarters are <50 percent of the MCL. A surface water system shall return to quarterly monitoring if any one sample is ≥50 percent of the MCL.

(4) Each transient non-community water system shall monitor annually beginning January 1, 1993.

(5) After the initial round of quarterly sampling is completed, each community and non-transient non-community system which is monitoring annually shall take subsequent samples during the quarter(s) which previously resulted in the highest analytical result.

(e) All public water systems (community; non-transient, non-community;

451

ADD-010

and transient, non-community systems) shall monitor to determine compliance with the maximum contaminant level for nitrite in § 141.62(b).

(1) All public water systems shall take one sample at each sampling point in the compliance period beginning January 1, 1993 and ending December 31, 1995.

(2) After the initial sample, systems where an analytical result for nitrite is <50 percent of the MCL shall monitor at the frequency specified by the State.

(3) For community, non-transient, non-community, and transient non-community water systems, the repeat monitoring frequency for any water system shall be quarterly for at least one year following any one sample in which the concentration is ≥50 percent of the MCL. The State may allow a system to reduce the sampling frequency to annually after determining the system is reliably and consistently less than the MCL.

(4) Systems which are monitoring annually shall take each subsequent sample during the quarter(s) which previously resulted in the highest analytical result.

(f) Confirmation samples:

(1) Where the results of sampling for antimony, arsenic, asbestos, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, selenium or thallium indicate an exceedance of the maximum contaminant level, the State may require that one additional sample be collected as soon as possible after the initial sample was taken (but not to exceed two weeks) at the same sampling point.

(2) Where nitrate or nitrite sampling results indicate an exceedance of the maximum contaminant level, the system shall take a confirmation sample within 24 hours of the system's receipt of notification of the analytical results of the first sample. Systems unable to comply with the 24-hour sampling requirement must immediately notify persons served by the public water system in accordance with § 141.202 and meet other Tier 1 public notification requirements under subpart Q of this part. Systems exercising this option must take and analyze a confirmation sample within two weeks of notifica-

tion of the analytical results of the first sample.

(3) If a State-required confirmation sample is taken for any contaminant, then the results of the initial and confirmation sample shall be averaged. The resulting average shall be used to determine the system's compliance in accordance with paragraph (i) of this section. States have the discretion to delete results of obvious sampling errors.

(g) The State may require more frequent monitoring than specified in paragraphs (b), (c), (d) and (e) of this section or may require confirmation samples for positive and negative results at its discretion.

(h) Systems may apply to the State to conduct more frequent monitoring than the minimum monitoring frequencies specified in this section.

(i) Compliance with § 141.11 or § 141.62(b) (as appropriate) shall be determined based on the analytical result(s) obtained at each sampling point.

(1) For systems which are conducting monitoring at a frequency greater than annual, compliance with the maximum contaminant levels for antimony, arsenic, asbestos, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, selenium or thallium is determined by a running annual average at any sampling point. If the average at any sampling point is greater than the MCL, then the system is out of compliance. If any one sample would cause the annual average to be exceeded, then the system is out of compliance immediately. Any sample below the method detection limit shall be calculated at zero for the purpose of determining the annual average. If a system fails to collect the required number of samples, compliance (average concentration) will be based on the total number of samples collected.

(2) For systems which are monitoring annually, or less frequently, the system is out of compliance with the maximum contaminant levels for antimony, arsenic, asbestos, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, selenium or thallium if the level of a contaminant is greater than the MCL. If confirmation samples are required by the State,

**Environmental Protection Agency**                                              **§ 141.23**

the determination of compliance will be based on the annual average of the initial MCL exceedance and any State-required confirmation samples. If a system fails to collect the required number of samples, compliance (average concentration) will be based on the total number of samples collected.

(3) Compliance with the maximum contaminant levels for nitrate and nitrate is determined based on one sample if the levels of these contaminants are below the MCLs. If the levels of nitrate and/or nitrite exceed the MCLs in the initial sample, a confirmation sample is required in accordance with paragraph (f)(2) of this section, and compliance shall be determined based on the average of the initial and confirmation samples.

(4) Arsenic sampling results will be reported to the nearest 0.001 mg/L.

(j) Each public water system shall monitor at the time designated by the State during each compliance period.

(k) Inorganic analysis:

(1) Analysis for the following contaminants shall be conducted in accordance with the methods in the following table, or the alternative methods listed in appendix A to subpart C of this part, or their equivalent as determined by EPA. Criteria for analyzing arsenic, barium, beryllium, cadmium, calcium, chromium, copper, lead, nickel, selenium, sodium, and thallium with digestion or directly without digestion, and other analytical test procedures are contained in *Technical Notes on Drinking Water Methods*, EPA–600/R–94–173, October 1994. This document is available from the National Service Center for Environmental Publications (NSCEP), P.O. Box 42419, Cincinnati, OH 45242–0419 or *http:// www.epa.gov/nscep/*.

453

ADD-012

§ 141.23

40 CFR Ch. I (7–1–23 Edition)

| Contaminant | Methodology [13] | EPA | ASTM [3] | SM [4] (18th, 19th ed.) | SM [4] (20th ed.) | SM Online [22] | Other |
|---|---|---|---|---|---|---|---|
| 1. Alkalinity ................. | Titrimetric ...................... | ...................... | D1067–92, 02 B ............ | 2320 B .......... | 2320 B .......... | 2320 B–97. | |
| | Electrometric titration ..... | ...................... | ...................................... | ...................... | ...................... | I–1030–85 [5]. | |
| 2. Antimony ................. | Inductively Coupled Plasma (ICP)—Mass Spectrometry. | 200.8 [2] | | | | | |
| | Hydride-Atomic Absorption. | ...................... | D3697–92, 02. | | | | |
| | Atomic Absorption; Platform. | 200.9 [2] | | | | | |
| | Atomic Absorption; Furnace. | ...................... | ...................................... | 3113 B .......... | ...................... | 3113 B–99. | |
| 3. Arsenic [14] ................. | ICP-Mass Spectrometry | 200.8 [2]. | | | | | |
| | Atomic Absorption; Platform. | 200.9 [2]. | | | | | |
| | Atomic Absorption; Furnace. | ...................... | D2972–97, 03 C ............ | 3113 B .......... | ...................... | 3113 B–99. | |
| | Hydride Atomic Absorption. | ...................... | D1972–97, 03 B ............ | 3114 B .......... | ...................... | 3114 B–97. | |
| 4. Asbestos ................. | Transmission Electron Microscopy. | 100.1 [9] | | | | | |
| | Transmission Electron Microscopy. | 100.2 [10] | | | | | |
| 5. Barium ..................... | Inductively Coupled Plasma. | 200.7 [2] .......... | ...................................... | 3120 B .......... | 3120 B .......... | 3120 B–99. | |
| | ICP-Mass Spectrometry | 200.8 [2] | | | | | |
| | Atomic Absorption; Direct. | ...................... | ...................................... | 3111D ............ | ...................... | 3111 D–99. | |
| | Atomic Absorption; Furnace. | ...................... | ...................................... | 3113 B .......... | ...................... | 3113 B–99. | |
| 6. Beryllium ................. | Inductively Coupled Plasma. | 200.7 [2] .......... | ...................................... | 3120 B .......... | 3120 B .......... | 3120 B–99. | |
| | ICP-Mass Spectrometry | 200.8 [2] | | | | | |
| | Atomic Absorption; Platform. | 200.9 [2] | | | | | |
| | Atomic Absorption; Furnace. | ...................... | D3645–97, 03 B ............ | 3113 B .......... | ...................... | 3113 B–99. | |
| 7. Cadmium ................. | Inductively Coupled Plasma. | 200.7 [2] | | | | | |
| | ICP-Mass Spectrometry | 200.8 [2] | | | | | |
| | Atomic Absorption; Platform. | 200.9 [2] | | | | | |

454

ADD-014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Atomic Absorption; Furnace. | ...... | ...... | 3113 B | ...... | 3113 B–99. | |
| 8. Calcium | EDTA titrimetric | ...... | D511–93, 03 A | 3500–Ca D | 3500–Ca B | 3500–Ca B–97. | |
| | Atomic Absorption; Direct Aspiration. | ...... | D511–93, 03 B | 3111 B | ...... | 3111 B–99. | |
| | Inductively Coupled Plasma. | 200.7[2] | ...... | 3120 B | 3120 B | 3120 B–99. | |
| | Ion Chromatography | ...... | D6919–03. | | | | |
| 9. Chromium | Inductively Coupled Plasma. | 200.7[2] | ...... | 3120 B | 3120 B | 3120 B–99. | |
| | ICP-Mass Spectrometry | 200.8[2] | | | | | |
| | Atomic Absorption; Platform. | 200.9[2] | | | | | |
| | Atomic Absorption; Furnace. | ...... | ...... | 3113 B | ...... | 3113 B–99. | |
| 10. Copper | Atomic Absorption; Furnace. | ...... | D1688–95, 02 C | 3113 B | ...... | 3113 B–99. | |
| | Atomic Absorption; Direct Aspiration. | ...... | D1688–95, 02 A | 3111 B | ...... | 3111 B–99. | |
| | Inductively Coupled Plasma. | 200.7[2] | ...... | 3120 B | 3120 B | 3120 B–99. | |
| | ICP-Mass spectrometry | 200.8[2] | | | | | |
| | Atomic Absorption; Platform. | 200.9[2] | | | | | |
| 11. Conductivity | Conductance | ...... | D1125–95 (Reapproved 1999) A. | 2510 B | 2510 B | 2510 B–97. | |
| 12. Cyanide | Manual Distillation followed by | ...... | D2036–98 A | 4500–CN$^-$ C | 4500–CN$^-$ C. | | |
| | Spectrophotometric, Amenable. | ...... | D2036–98 B | 4500–CN$^-$ G | 4500–CN$^-$ G | 4500–CN$^-$ G–99. | |
| | Spectro-photometric Manual. | ...... | D2036–98 A | 4500–CN$^-$ E | 4500–CN$^-$ E | 4500–CN$^-$ E–99. | I–3300–85[5] |
| | Spectro-photometric Semi-automated. | 335.4[6] | | | | | |
| | Selective Electrode | ...... | ...... | 4500–CN$^-$ F | 4500–CN$^-$ F | 4500–CN$^-$ F–99. | |
| | UV, Distillation, Spectrophotometric. | ...... | ...... | ...... | ...... | ...... | Kelada–01[17] |
| | Micro Distillation, Flow Injection, Spectrophotometric. | ...... | ...... | ...... | ...... | ...... | QuikChem 10–204–00–1–X[18] |
| | Ligand Exchange and Amperometry[21]. | ...... | D6888–04 | ...... | ...... | ...... | OIA–1677, DW[20] |

§ 141.23

40 CFR Ch. I (7–1–23 Edition)

| Contaminant | Methodology [13] | EPA | ASTM [3] | SM [4] (18th, 19th ed.) | SM [4] (20th ed.) | SM Online [22] | Other |
|---|---|---|---|---|---|---|---|
| 13. Fluoride ................ | Ion Chromatography ...... | 300.0 [6], 300.1 [19] | D4327–97, 03 ............... | 4110 B .......... | 4110 B .......... | 4110 B–00. | |
| | Manual Distill.; Color. SPADNS. | ...................... | ......................................... | 4500–F⁻ B, D. | 4500–F⁻ B, D. | 4500–F⁻ B, D–97. | |
| | Manual Electrode ........... | ...................... | D1179–93, 99 B ........... | 4500–F⁻ C ... | 4500–F⁻ C ... | 4500–F⁻ C–97. | |
| | Automated Electrode ..... | ..................... | ......................................... | ...................... | ...................... | ...................... | 380–75WE [11] |
| | Automated Alizarin ........ | ..................... | ......................................... | 4500–F⁻ E ... | 4500–F⁻ E ... | 4500–F⁻ E–97. | 129–71W [11] |
| | Capillary Ion Electrophoresis. | ...................... | ......................................... | ...................... | ...................... | ...................... | D6508, Rev. 2 [23] |
| 14. Lead ...................... | Atomic Absorption; Furnace. | ...................... | D3559–96, 03 D ........... | 3113 B .......... | ...................... | 3113 B–99. | |
| | ICP–Mass spectrometry | 200.8 [2] | | | | | |
| | Atomic Absorption; Platform. | 200.9 [2] | | | | | |
| | Differential Pulse Anodic Stripping Voltametry. | ...................... | ......................................... | ...................... | ...................... | ...................... | Method 1001 [16] |
| 15. Magnesium ............ | Atomic Absorption ......... | ...................... | D511–93, 03 B .............. | 3111 B .......... | ...................... | 3111 B–99. | |
| | ICP .................................. | 200.7 [2] ......... | ......................................... | 3120 B .......... | 3120 B .......... | 3120 B–99. | |
| | Complexation Titrimetric Methods. | ...................... | D511–93, 03 A .............. | 3500–Mg E ... | 3500–Mg B ... | 3500–Mg B–97. | |
| | Ion Chromatography ...... | ...................... | D6919–03. | | | | |
| 16. Mercury ................ | Manual, Cold Vapor ...... | 245.1 [2] ......... | D3223–97, 02 ............... | 3112 B .......... | ...................... | 3112 B–99. | |
| | Automated, Cold Vapor | 245.2 [1] | | | | | |
| | ICP–Mass Spectrometry | 200.8 [2] | | | | | |
| 17. Nickel .................... | Inductively Coupled Plasma. | 200.7 [2] ......... | ......................................... | 3120 B .......... | 3120 B .......... | 3120 B–99. | |
| | ICP–Mass Spectrometry | 200.8 [2] | | | | | |
| | Atomic Absorption; Platform. | 200.9 [2] | | | | | |
| | Atomic Absorption; Direct. | ...................... | ......................................... | 3111 B .......... | ...................... | 3111 B–99. | |
| | Atomic Absorption; Furnace. | ...................... | ......................................... | 3113 B .......... | ...................... | 3113 B–99. | |
| 18. Nitrate .................... | Ion Chromatography ...... | 300.0 [6], 300.1 [19] | D4327–97, 03 ............... | 4110 B .......... | 4110 B .......... | 4110 B–00 .... | B–1011 [8] |
| | Automated Cadmium Reduction. | 353.2 [6] ......... | D3867–90 A ................... | 4500–NO₃⁻ F | 4500–NO₃⁻ F | 4500–NO₃⁻ F–00 | |
| | Ion Selective Electrode .. | ...................... | ......................................... | 4500–NO₃⁻ D. | 4500–NO₃⁻ D. | 4500–NO₃⁻ D–00. | 601 [7] |

Environmental Protection Agency

§ 141.23

| Contaminant | Methodology | EPA | ASTM | SM | SM | SM | Other |
|---|---|---|---|---|---|---|---|
|  | Manual Cadmium Reduction. | ...... | D3867–90 B ......... | $4500-NO_3^-$ E | $4500-NO_3^-$ E | $4500-NO_3^-$ E–00 |  |
|  | Capillary Ion Electrophoresis. | ...... | D6508–00. |  |  |  |  |
| 19. Nitrite ............... | Ion Chromatography ...... | 300.0[6], 300.1[19]. | D4327–97, 03 ......... | 4110 B ......... | 4110 B ......... | 4110 B–00 .... | B–1011[8] |
|  | Automated Cadmium Reduction. | 353.2[6] ......... | D3867–90 A ......... | $4500-NO_3^-$ F | $4500-NO_3^-$ F | $4500-NO_3^-$ F–00 |  |
|  | Manual Cadmium Reduction. | ...... | D3867–90 B ......... | $4500-NO_3^-$ E | $4500-NO_3^-$ E | $4500-NO_3^-$ E–00 |  |
|  | Spectrophotometric ........ | ...... | ...... | $4500-NO_2^-$ B | $4500-NO_2^-$ B | $4500-NO_2^-$ B–00 |  |
|  | Capillary Ion Electrophoresis. | ...... | D6508–00 |  |  |  |  |
| 20. Ortho-phosphate ... | Colorimetric, Automated, Ascorbic Acid. | 365.1[6] ......... | ...... | 4500–P F ...... | 4500–P F |  |  |
|  | Colorimetric, ascorbic acid, single reagent. | ...... | D515–88 A ............ | 4500–P E ...... | 4500–P E |  |  |
|  | Colorimetric Phosphomolybdate; Automated-segmented flow; Automated Discrete. | ...... | ...... | ...... | ...... | ...... | I–1601–85[5] I–2601–90[5] I–2598–85[5] |
|  | Ion Chromatography ...... | 300.0[6], 300.1[19]. | D4327–97, 03 ......... | 4110 B ......... | 4110 B ......... | 4110 B–00 |  |
|  | Capillary Ion Electrophoresis. | ...... | D6508–00 |  |  |  |  |
| 21. pH ..................... | Electrometric ................ | 150.1, 150.2[1] | D1293–95, 99 ......... | $4500-H^+$ B ... | $4500-H^+$ B ... | $4500-H^+$ B–00. |  |
| 22. Selenium ............ | Hydride-Atomic Absorption. | ...... | D3859–98, 03 A ......... | 3114 B ......... | ...... | 3114 B–97. |  |
|  | ICP–Mass Spectrometry Atomic Absorption; Platform. | 200.8[2] 200.9[2] |  |  |  |  |  |
|  | Atomic Absorption; Furnace. | ...... | D3859–98, 03 B ......... | 3113 B ......... | ...... | 3113 B–99. |  |
| 23. Silica ............... | Colorimetric, Molybdate Blue. | ...... | ...... | ...... | ...... | ...... | I–1700–85[5] |
|  | Automated-segmented Flow. | ...... | ...... | ...... | ...... | ...... | I–2700–85[5] |
|  | Colorimetric .................. | ...... | D859–94, 00. |  |  |  |  |
|  | Molybdosilicate ............. | ...... | ...... | 4500–Si D ..... | $4500-SiO_2$ C | $4500-SiO_2$ C–97. |  |

§ 141.23

| Contaminant | Methodology [13] | EPA | ASTM [3] | SM [4] (18th, 19th ed.) | SM [4] (20th ed.) | SM Online [22] | Other |
|---|---|---|---|---|---|---|---|
| | Heteropoly blue ............. | ...................... | ....................................... | 4500–Si E ..... | 4500–SiO$_2$ D | 4500–SiO$_2$ D–97. | |
| | Automated for Molybdate-reactive Silica. | ...................... | ....................................... | 4500–Si F ..... | 4500–SiO$_2$ E | 4500–SiO$_2$ E–97. | |
| | Inductively Coupled Plasma. | 200.7 [2] ......... | ....................................... | 3120 B .......... | 3120 B .......... | 3120 B–99. | |
| 24. Sodium ................. | Inductively Coupled Plasma. | 200.7 [2] | | | | | |
| | Atomic Absorption; Direct Aspiration. | ...................... | ....................................... | 3111 B .......... | ...................... | 3111 B–99. | |
| | Ion Chromatography ...... | ...................... | D6919–03. | | | | |
| 25. Temperature .......... | Thermometric ................. | ...................... | ....................................... | 2550 ............. | 2550 ............. | 2550–00. | |
| 26. Thallium ................. | ICP–Mass Spectrometry Atomic Absorption; Platform. | 200.8 [2] 200.9 [2]. | | | | | |

The procedures shall be done in accordance with the documents listed below. The incorporation by reference of the following documents listed in footnotes 1–11, 16–20, and 22–23 was approved by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies of the documents may be obtained from the sources listed below. Information regarding obtaining these documents can be obtained from the Safe Drinking Water Hotline at 800–426–4791. Documents may be inspected at EPA's Drinking Water Docket, EPA West, 1301 Constitution Avenue, NW., Room 3334, Washington, DC 20460 (Telephone: 202–566–2426); or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202–741–6030, or go to: *http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html.*

[1] "Methods for Chemical Analysis of Water and Wastes," EPA/600/4–79/020, March 1983. Available at NTIS, PB84–128677.

[2] "Methods for the Determination of Metals in Environmental Samples—Supplement I," EPA/600/R–94/111, May 1994. Available at NTIS, PB95–125472.

[3] *Annual Book of ASTM Standards,* ASTM International, 100 Barr Harbor Drive, West Conshohocken, PA 19428, *http://www.astm.org.;* Annual Book of ASTM Standards 1994, Vols. 11.01 and 11.02; Annual Book of ASTM Standards 1996, Vols. 11.01 and 11.02; Annual Book of ASTM Standards 1999, Vols. 11.01 and 11.02; Annual Book of ASTM Standards 2003, Vols. 11.01 and 11.02.

[4] *Standard Methods for the Examination of Water and Wastewater,* American Public Health Association, 800 I Street NW., Washington, DC 20001–3710; *Standard Methods for the Examination of Water and Wastewater,* 18th edition (1992); *Standard Methods for the Examination of Water and Wastewater,* 19th edition (1995); *Standard Methods for the Examination of Water and Wastewater,* 20th edition (1998).The following methods from this edition cannot be used: 3111 B, 3111 D, 3113 B, and 3114 B.

[5] U.S. Geological Survey, Federal Center, Box 25286, Denver, CO 80225–0425; Methods for Analysis by the U.S. Geological Survey National Water Quality Laboratory—Determination of Inorganic and Organic Constituents in Water and Fluvial Sediment, Open File Report 93–125, 1993; Techniques of Water Resources Investigation of the U.S. Geological Survey, Book 5, Chapter A–1, 3rd edition, 1989.

[6] "Methods for the Determination of Inorganic Substances in Environmental Samples," EPA/600/R–93/100, August 1993. Available as Technical Report PB94–120821 at National Technical Information Service (NTIS), 5301 Shawnee Road, Alexandria, VA 22312. *http://www.ntis.gov.*

[7] The procedure shall be done in accordance with the Technical Bulletin 601 "Standard Method of Test for Nitrate in Drinking Water," July 1994, PN 221890–001, Analytical Technology, Inc. Copies may be obtained from ATI Orion, 529 Main Street, Boston, MA 02129.

[8] Method B–1011. "Waters Test Method for Determination of Nitrite/Nitrate in Water Using Single Column Ion Chromatography," August, 1987. Copies may be obtained from Waters Corporation, Technical Services Division, 34 Maple Street, Milford, MA 01757, Telephone: 508/482–2963, Fax: 508/482–4056.

[9] Method 100.1, "Analytical Method For Determination of Asbestos Fibers in Water," EPA/600/4–83/043, EPA, September 1983. Available at NTIS, PB83–260471.

[10] Method 100.2, "Determination of Asbestos Structure Over 10-μm In Length In Drinking Water," EPA/600/R–94/134, June 1994. Available at NTIS, PB94–201902.

[11] Industrial Method No. 129–71W, "Fluoride in Water and Wastewater," December 1972, and Method No. 380–75WE, "Fluoride in Water and Wastewater," February 1976, Technicon Industrial Systems. Copies may be obtained from Bran & Luebbe, 1025 Busch Parkway, Buffalo Grove, IL 60089.

[12] Unfiltered, no digestion or hydrolysis.

[13] Because MDLs reported in EPA Methods 200.7 and 200.9 were determined using a 2x preconcentration step during sample digestion, MDLs determined when samples are analyzed by direct analysis (*i.e.,* no sample digestion) will be higher. For direct analysis of cadmium and arsenic by Method 200.7, and arsenic by Method 3120 B, sample preconcentration using pneumatic nebulization may be required to achieve lower detection limits. Preconcentration may also be required for direct analysis of antimony, lead, and thallium by Method 200.9; antimony and lead by Method 3113 B; and lead by Method D3559–90D, unless multiple in-furnace depositions are made.

[14] If ultrasonic nebulization is used in the determination of arsenic by Method 200.8, the arsenic must be in the pentavalent state to provide uniform signal response. For direct analysis of arsenic with Method 200.8 using ultrasonic nebulization, samples and standards must contain 1 mg/L of sodium hypochlorite.

[15] [Reserved]

ADD-017

**Environmental Protection Agency**        **§ 141.23**

[16] The description for Method Number 1001 for lead is available from Palintest, LTD, 21 Kenton Lands Road, P.O. Box 18395, Erlanger, KY 41018. Or from the Hach Company, P.O. Box 389, Loveland, CO 80539.

[17] The description for the Kelada-01 Method, "Kelada Automated Test Methods for Total Cyanide, Acid Dissociable Cyanide, And Thiocyanate," Revision 1.2, August 2001, EPA # 821–B–01–009 for cyanide is available from the National Technical Information Service (NTIS), PB 2001–108275, 5285 Port Royal Road, Springfield, VA 22161. The toll free telephone number is 800–553–6847. **Note:** A 450–W UV lamp may be used in this method instead of the 550–W lamp specified if it provides performance within the quality control (QC) acceptance criteria of the method in a given instrument. Similarly, modified flow cell configurations and flow conditions may be used in the method, provided that the QC acceptance criteria are met.

[18] The description for the QuikChem Method 10–204–00–1–X, "Digestion and distillation of total cyanide in drinking and wastewaters using MICRO DIST and determination of cyanide by flow injection analysis," Revision 2.1, November 30, 2000, for cyanide is available from Lachat Instruments, 6645 W. Mill Rd., Milwaukee, WI 53218. Telephone: 414–358–4200.

[19] "Methods for the Determination of Organic and Inorganic Compounds in Drinking Water," Vol. 1, EPA 815–R–00–014, August 2000. Available as Technical Report PB2000–106981 at National Technical Information Service (NTIS), 5301 Shawnee Road, Alexandria, VA 22312. *http://www.ntis.gov.*

[20] Method OIA–1677, DW "Available Cyanide by Flow Injection, Ligand Exchange, and Amperometry," January 2004. EPA–821–R–04–001, Available from ALPKEM, A Division of OI Analytical, P.O. Box 9010, College Station, TX 77842–9010.

[21] Sulfide levels below those detected using lead acetate paper may produce positive method interferences. Test samples using a more sensitive sulfide method to determine if a sulfide interference is present, and treat samples accordingly.

[22] Standard Methods Online, American Public Health Association, 800 I Street NW., Washington, DC 20001, available at *http://www.standardmethods.org.* The year in which each method was approved by the Standard Methods Committee is designated by the last two digits in the method number. The methods listed are the only online versions that may be used.

459

ADD-018

(2) Sample collection for antimony, arsenic, asbestos, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, nitrate, nitrite, selenium, and thallium under this section shall be conducted using the sample preservation, container, and maximum holding time procedures specified in the table below:

| Contaminant | Preservative [1] | Container [2] | Time [3] |
|---|---|---|---|
| Antimony ......... | HNO³ .............. | P or G ..... | 6 months |
| Arsenic ............ | Conc HNO₃ to pH <2. | P or G ..... | 6 months |
| Asbestos ......... | 4 °C ................ | P or G ..... | 48 hours [4] |
| Barium ............ | HNO³ .............. | P or G ..... | 6 months |
| Beryllium ......... | HNO³ .............. | P or G ..... | 6 months |
| Cadmium ......... | HNO³ .............. | P or G ..... | 6 months |
| Chromium ........ | HNO³ .............. | P or G ..... | 6 months |
| Cyanide ........... | 4 °C, NaOH .... | P or G ..... | 14 days |
| Fluoride ........... | None .............. | P or G ..... | 1 month |
| Mercury ........... | HNO³ .............. | P or G ..... | 28 days |
| Nickel .............. | HNO³ .............. | P or G ..... | 6 months |
| Nitrate .............. | 4 °C ................ | P or G ..... | 48 hours [5] |
| Nitrate-Nitrite [6] | H²SO⁴ ............ | P or G ..... | 28 days |
| Nitrite .............. | 4 °C ................ | P or G ..... | 48 hours |
| Selenium ......... | HNO³ .............. | P or G ..... | 6 months |
| Thallium ........... | HNO³ .............. | P or G ..... | 6 months |

[1] For cyanide determinations samples must be adjusted with sodium hydroxide to pH 12 at the time off collection. When chilling is indicated the sample must be shipped and stored at 4 °C or less. Acidification of nitrate or metals samples may be with a concentrated acid or a dilute (50% by volume) solution of the applicable concentrated acid. Acidification of samples for metals analysis is encouraged and allowed at the laboratory rather than at the time of sampling provided the shipping time and other instructions in Section 8.3 of EPA Methods 200.7 or 200.8 or 200.9 are followed.

[2] P = plastic, hard or soft; G = glass, hard or soft.

[3] In all cases samples should be analyzed as soon after collection as possible. Follow additional (if any) information on preservation, containers or holding times that is specified in method.

[4] Instructions for containers, preservation procedures and holding times as specified in Method 100.2 must be adhered to for all compliance analyses including those conducted with Method 100.1.

[5] If the sample is chlorinated, the holding time for an unacidified sample kept at 4 °C is extended to 14 days.

[6] Nitrate-Nitrite refers to a measurement of total nitrate.

(3) Analysis under this section shall only be conducted by laboratories that have been certified by EPA or the State. Laboratories may conduct sample analysis under provisional certification until January 1, 1996. To receive certification to conduct analyses for antimony, arsenic, asbestos, barium, beryllium, cadmium, chromium, cyanide, fluoride, mercury, nickel, nitrate, nitrite and selenium and thallium, the laboratory must:

(i) Analyze Performance Evaluation (PE) samples provided by EPA, the State or by a third party (with the approval of the State or EPA) at least once a year.

(ii) For each contaminant that has been included in the PE sample and for each method for which the laboratory desires certification achieve quantitative results on the analyses that are within the following acceptance limits:

| Contaminant | Acceptance limit |
|---|---|
| Antimony ............................... | ±30 at ≥0.006 mg/1 |
| Arsenic .................................. | ±30 at ≥0.003 mg/L |
| Asbestos ............................... | 2 standard deviations based on study statistics. |
| Barium ................................... | ±15% at ≥0.15 mg/1 |
| Beryllium ............................... | ±15% at ≥0.001 mg/1 |
| Cadmium ............................... | ±20% at ≥0.002 mg/1 |
| Chromium .............................. | ±15% at ≥0.01 mg/1 |
| Cyanide ................................. | ±25% at ≥0.1 mg/1 |
| Fluoride ................................. | ±10% at ≥1 to 10 mg/1 |
| Mercury ................................. | ±30% at ≥0.0005 mg/1 |
| Nickel .................................... | ±15% at ≥0.01 mg/1 |
| Nitrate ................................... | ±10% at ≥0.4 mg/1 |
| Nitrite .................................... | ±15% at ≥0.4 mg/1 |
| Selenium ............................... | ±20% at ≥0.01 mg/1 |
| Thallium ................................ | ±30% at ≥0.002 mg/1 |

(l) Analyses for the purpose of determining compliance with § 141.11 shall be conducted using the requirements specified in paragraphs (l) through (q) of this section.

(1) Analyses for all community water systems utilizing surface water sources shall be completed by June 24, 1978. These analyses shall be repeated at yearly intervals.

(2) Analyses for all community water systems utilizing only ground water sources shall be completed by June 24, 1979. These analyses shall be repeated at three-year intervals.

(3) For non-community water systems, whether supplied by surface or ground sources, analyses for nitrate shall be completed by December 24, 1980. These analyses shall be repeated at intervals determined by the State.

(4) The State has the authority to determine compliance or initiate enforcement action based upon analytical results and other information compiled by their sanctioned representatives and agencies.

(m) If the result of an analysis made under paragraph (l) of this section indicates that the level of any contaminant listed in § 141.11 exceeds the maximum contaminant level, the supplier of the water shall report to the State within 7 days and initiate three additional analyses at the same sampling point within one month.

460

ADD-019

(n) When the average of four analyses made pursuant to paragraph (m) of this section, rounded to the same number of significant figures as the maximum contaminant level for the substance in question, exceeds the maximum contaminant level, the supplier of water shall notify the State pursuant to §141.31 and give notice to the public pursuant to subpart Q. Monitoring after public notification shall be at a frequency designated by the State and shall continue until the maximum contaminant level has not been exceeded in two successive samples or until a monitoring schedule as a condition to a variance, exemption or enforcement action shall become effective.

(o) The provisions of paragraphs (m) and (n) of this section notwithstanding, compliance with the maximum contaminant level for nitrate shall be determined on the basis of the mean of two analyses. When a level exceeding the maximum contaminant level for nitrate is found, a second analysis shall be initiated within 24 hours, and if the mean of the two analyses exceeds the maximum contaminant level, the supplier of water shall report his findings to the State pursuant to §141.31 and shall notify the public pursuant to subpart Q.

(p) For the initial analyses required by paragraph (l) (1), (2) or (3) of this section, data for surface waters acquired within one year prior to the effective date and data for ground waters acquired within 3 years prior to the effective date of this part may be substituted at the discretion of the State.

(q) [Reserved]

[56 FR 3579, Jan. 30, 1991]

EDITORIAL NOTE: For FEDERAL REGISTER citations affecting §141.23, see the List of CFR Sections Affected, which appears in the Finding Aids section of the printed volume and at *www.govinfo.gov*.

### §141.24 Organic chemicals, sampling and analytical requirements.

(a)–(d) [Reserved]

(e) Analyses for the contaminants in this section shall be conducted using the methods listed in the following table, or the alternative methods listed in appendix A to subpart C of this part, or their equivalent as determined by EPA.

(1) The following documents are incorporated by reference. This incorporation by reference was approved by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies may be inspected at EPA's Drinking Water Docket, 1301 Constitution Avenue, NW., EPA West, Room 3334, Washington, DC 20460 (Telephone: 202–566–2426); or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202–741–6030, or go to: *http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html*. Method 508A and 515.1 are in *Methods for the Determination of Organic Compounds in Drinking Water*, EPA/600/4–88–039, December 1988, Revised, July 1991. Methods 547, 550 and 550.1 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement I*, EPA/600–4–90–020, July 1990. Methods 548.1, 549.1, 552.1 and 555 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement II*, EPA/600/R–92–129, August 1992. Methods 502.2, 504.1, 505, 506, 507, 508, 508.1, 515.2, 524.2 525.2, 531.1, 551.1 and 552.2 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement III*, EPA/600/R–95–131, August 1995. Method 1613 is titled "Tetra-through Octa-Chlorinated Dioxins and Furans by Isotope-Dilution HRGC/HRMS," EPA/821–B–94–005, October 1994. These documents are available from the National Technical Information Service, NTIS PB91–231480, PB91–146027, PB92–207703, PB95–261616 and PB95–104774, U.S. Department of Commerce, 5285 Port Royal Road, Springfield, Virginia 22161. The toll free number is: 800–553–6847. Method 6651 shall be followed in accordance with *Standard Methods for the Examination of Water and Wastewater*, 18th edition (1992), 19th edition (1995), or 20th edition (1998), American Public Health Association (APHA); any of these three editions may be used. Method 6610 shall be followed in accordance with *Standard Methods for the Examination of Water and Wastewater*, (18th Edition Supplement) (1994), or with the 19th edition (1995) or 20th edition (1998) of *Standard Methods for the Examination of Water and Wastewater*;

ADD-020

**Environmental Protection Agency** § 141.24

(n) When the average of four analyses made pursuant to paragraph (m) of this section, rounded to the same number of significant figures as the maximum contaminant level for the substance in question, exceeds the maximum contaminant level, the supplier of water shall notify the State pursuant to § 141.31 and give notice to the public pursuant to subpart Q. Monitoring after public notification shall be at a frequency designated by the State and shall continue until the maximum contaminant level has not been exceeded in two successive samples or until a monitoring schedule as a condition to a variance, exemption or enforcement action shall become effective.

(o) The provisions of paragraphs (m) and (n) of this section notwithstanding, compliance with the maximum contaminant level for nitrate shall be determined on the basis of the mean of two analyses. When a level exceeding the maximum contaminant level for nitrate is found, a second analysis shall be initiated within 24 hours, and if the mean of the two analyses exceeds the maximum contaminant level, the supplier of water shall report his findings to the State pursuant to § 141.31 and shall notify the public pursuant to subpart Q.

(p) For the initial analyses required by paragraph (l) (1), (2) or (3) of this section, data for surface waters acquired within one year prior to the effective date and data for ground waters acquired within 3 years prior to the effective date of this part may be substituted at the discretion of the State.

(q) [Reserved]

[56 FR 3579, Jan. 30, 1991]

EDITORIAL NOTE: For FEDERAL REGISTER citations affecting § 141.23, see the List of CFR Sections Affected, which appears in the Finding Aids section of the printed volume and at *www.govinfo.gov*.

### § 141.24 Organic chemicals, sampling and analytical requirements.

(a)–(d) [Reserved]

(e) Analyses for the contaminants in this section shall be conducted using the methods listed in the following table, or the alternative methods listed in appendix A to subpart C of this part, or their equivalent as determined by EPA.

(1) The following documents are incorporated by reference. This incorporation by reference was approved by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies may be inspected at EPA's Drinking Water Docket, 1301 Constitution Avenue, NW., EPA West, Room 3334, Washington, DC 20460 (Telephone: 202–566–2426); or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202–741–6030, or go to: *http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html*. Method 508A and 515.1 are in *Methods for the Determination of Organic Compounds in Drinking Water*, EPA/600/4–88–039, December 1988, Revised, July 1991. Methods 547, 550 and 550.1 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement I*, EPA/600–4–90–020, July 1990. Methods 548.1, 549.1, 552.1 and 555 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement II*, EPA/600/R–92–129, August 1992. Methods 502.2, 504.1, 505, 506, 507, 508, 508.1, 515.2, 524.2 525.2, 531.1, 551.1 and 552.2 are in *Methods for the Determination of Organic Compounds in Drinking Water—Supplement III*, EPA/600/R–95–131, August 1995. Method 1613 is titled "Tetra-through Octa-Chlorinated Dioxins and Furans by Isotope-Dilution HRGC/HRMS," EPA/821–B–94–005, October 1994. These documents are available from the National Technical Information Service, NTIS PB91–231480, PB91–146027, PB92–207703, PB95–261616 and PB95–104774, U.S. Department of Commerce, 5285 Port Royal Road, Springfield, Virginia 22161. The toll free number is: 800–553–6847. Method 6651 shall be followed in accordance with *Standard Methods for the Examination of Water and Wastewater*, 18th edition (1992), 19th edition (1995), or 20th edition (1998), American Public Health Association (APHA); any of these three editions may be used. Method 6610 shall be followed in accordance with *Standard Methods for the Examination of Water and Wastewater*, (18th Edition Supplement) (1994), or with the 19th edition (1995) or 20th edition (1998) of *Standard Methods for the Examination of Water and Wastewater*;

461

ADD-021

**§ 141.24**                                                    **40 CFR Ch. I (7–1–23 Edition)**

any of these publications may be used. The APHA documents are available from APHA, 1015 Fifteenth Street NW., Washington, DC 20005. Other required analytical test procedures germane to the conduct of these analyses are contained in *Technical Notes on Drinking Water Methods*, EPA/600/R–94–173, October 1994, NTIS PB95–104766. EPA Methods 515.3 and 549.2 are available from U.S. Environmental Protection Agency, National Exposure Research Laboratory (NERL)–Cincinnati, 26 West Martin Luther King Drive, Cincinnati, OH 45268. ASTM Method D 5317–93, 98 (Reapproved 2003) is available in the *Annual Book of ASTM Standards*, (1999), Vol. 11.02, ASTM International, 100 Barr Harbor Drive, West Conshohocken, PA 19428, any edition containing the cited version of the method may be used. EPA Method 515.4, ''Determination of Chlorinated Acids in Drinking Water by Liquid-Liquid Microextraction, Derivatization and Fast Gas Chromatography with

Electron Capture Detection,'' Revision 1.0, April 2000, EPA/815/B–00/001 and EPA Method 552.3, ''Determination of Haloacetic Acids and Dalapon in Drinking Water by Liquid-Liquid Microextraction, Derivatization, and Gas Chromatography with Electron Capture Detection,'' Revision 1.0, July 2003, EPA 815–B–03–002, can be accessed and downloaded directly online at *http://www.epa.gov/safewater/methods/sourcalt.html*. Syngenta Method AG–625, ''Atrazine in Drinking Water by Immunoassay,'' February 2001, is available from Syngenta Crop Protection, Inc., 410 Swing Road, P.O. Box 18300, Greensboro, NC 27419. Telephone: 336–632–6000. Method 531.2 ''Measurement of N-methylcarbamoyloximes and N-methylcarbamates in Water by Direct Aqueous Injection HPLC with Postcolumn Derivatization,'' Revision 1.0, September 2001, EPA 815–B–01–002, can be accessed and downloaded directly online at *http://www.epa.gov/safewater/methods/sourcalt.html*.

| Contaminant | EPA method | Standard methods | ASTM | Other |
|---|---|---|---|---|
| 1. Benzene | 502.2, 524.2. | | | |
| 2. Carbon tetrachloride | 502.2, 524.2, 551.1. | | | |
| 3. Chlorobenzene | 502.2, 524.2. | | | |
| 4. 1,2-Dichlorobenzene | 502.2, 524.2. | | | |
| 5. 1,4-Dichlorobenzene | 502.2, 524.2. | | | |
| 6. 1,2-Dichloroethane | 502.2, 524.2. | | | |
| 7. cis-Dichloroethylene | 502.2, 524.2. | | | |
| 8. trans-Dichloroethylene | 502.2, 524.2. | | | |
| 9. Dichloromethane | 502.2, 524.2. | | | |
| 10. 1,2-Dichloropropane | 502.2, 524.2. | | | |
| 11. Ethylbenzene | 502.2, 524.2. | | | |
| 12. Styrene | 502.2, 524.2. | | | |
| 13. Tetrachloroethylene | 502.2, 524.2, 551.1. | | | |
| 14. 1,1,1-Trichloroethane | 502.2, 524.2, 551.1. | | | |
| 15. Trichloroethylene | 502.2, 524.2, 551.1. | | | |
| 16. Toluene | 502.2, 524.2. | | | |
| 17. 1,2,4-Trichlorobenzene | 502.2, 524.2. | | | |
| 18. 1,1-Dichloroethylene | 502.2, 524.2. | | | |
| 19. 1,1,2-Trichloroethane | 502.2, 524.2, 551.1. | | | |
| 20. Vinyl chloride | 502.2, 524.2. | | | |
| 21. Xylenes (total) | 502.2, 524.2. | | | |
| 22. 2,3,7,8-TCDD (dioxin) | 1613. | | | |
| 23. 2,4–D [4] (as acids, salts, and esters) | 515.2, 555, 515.1, 515.3, 515.4 | | D5317–93, 98 (Reapproved 2003). | |
| 24. 2,4,5–TP [4] (Silvex) | 515.2, 555, 515.1, 515.3, 515.4 | | D5317–93, 98 (Reapproved 2003). | |
| 25. Alachlor [2] | 507, 525.2, 508.1, 505, 551.1. | | | |
| 26. Atrazine [2] | 507, 525.2, 508.1, 505, 551.1 | | | Syngenta [5] AG–625 |
| 27. Benzo(a)pyrene | 525.2, 550, 550.1. | | | |
| 28. Carbofuran | 531.1, 531.2 | 6610. | | |
| 29. Chlordane | 508, 525.2, 508.1, 505. | | | |
| 30. Dalapon | 552.1 515.1, 552.2, 515.3, 515.4, 552.3. | | | |

**Environmental Protection Agency** §141.24

| Contaminant | EPA method | Standard methods | ASTM | Other |
|---|---|---|---|---|
| 31. Di(2-ethylhexyl)adipate ...................... | 506, 525.2. | | | |
| 32. Di(2-ethylhexyl)phthalate ................... | 506, 525.2. | | | |
| 33. Dibromochloropropane (DBCP) ........ | 504.1, 551.1. | | | |
| 34. Dinoseb [4] ........................................... | 515.2, 555, 515.1, 515.3, 515.4. | | | |
| 35. Diquat ................................................ | 549.2. | | | |
| 36. Endothall ........................................... | 548.1. | | | |
| 37. Endrin ................................................ | 508, 525.2, 508.1, 505, 551.1. | | | |
| 38. Ethylene dibromide (EDB) ............... | 504.1, 551.1. | | | |
| 39. Glyphosate ........................................ | 547 .......................................................... | 6651. | | |
| 40. Heptachlor ......................................... | 508, 525.2, 508.1, 505, 551.1. | | | |
| 41. Heptachlor Epoxide ........................... | 508, 525.2, 508.1, 505, 551.1. | | | |
| 42. Hexachlorobenzene .......................... | 508, 525.2, 508.1, 505, 551.1. | | | |
| 43. Hexachlorocyclopentadiene ............. | 508, 525.2, 508.1, 505, 551.1. | | | |
| 44. Lindane .............................................. | 508, 525.2, 508.1, 505, 551.1. | | | |
| 45. Methoxychlor ..................................... | 508, 525.2, 508.1, 505, 551.1. | | | |
| 46. Oxamyl .............................................. | 531.1, 531.2 ............................................ | 6610. | | |
| 47. PCBs [3] (as decachlorobiphenyl) ....... | 508A. | | | |
| 48. PCBs [3] (as Aroclors) ........................ | 508.1, 508, 525.2, 505. | | | |
| 49. Pentachlorophenol ............................ | 515.2, 525.2, 555, 515.1, 515.3, 515.4 ... | ...................... | D5317–93, 98 (Re-ap-proved 2003). | |
| 50. Picloram [4] ......................................... | 515.2, 555, 515.1, 515.3, 515.4 ............. | ...................... | D5317–93, 98 (Re-ap-proved 2003). | |
| 51. Simazine [2] ........................................ | 507, 525.2, 508.1, 505, 551.1. | | | |
| 52. Toxaphene ........................................ | 508, 508.1, 525.2, 505. | | | |
| 53. Total Trihalomethanes ...................... | 502.2, 524.2, 551.1. | | | |

[1] [Reserved]

[2] Substitution of the detector specified in Method 505, 507, 508 or 508.1 for the purpose of achieving lower detection limits is allowed as follows. Either an electron capture or nitrogen phosphorous detector may be used provided all regulatory requirements and quality control criteria are met.

[3] PCBs are qualitatively identified as Aroclors and measured for compliance purposes as decachlorobiphenyl. Users of Method 505 may have more difficulty in achieving the required detection limits than users of Methods 508.1, 525.2 or 508.

[4] Accurate determination of the chlorinated esters requires hydrolysis of the sample as described in EPA Methods 515.1, 515.2, 515.3, 515.4 and 555 and ASTM Method D5317–93.

[5] This method may not be used for the analysis of atrazine in any system where chlorine dioxide is used for drinking water treatment. In samples from all other systems, any result for atrazine generated by Method AG–625 that is greater than one-half the maximum contaminant level (MCL) (in other words, greater than 0.0015mg/L or 1.5 µg/L) must be confirmed using another approved method for this contaminant and should use additional volume of the original sample collected for compliance monitoring. In instances where a result from Method AG–625 triggers such confirmatory testing, the confirmatory result is to be used to determine compliance.

(2) [Reserved]

(f) Beginning with the initial compliance period, analysis of the contaminants listed in §141.61(a) (1) through (21) for the purpose of determining compliance with the maximum contaminant level shall be conducted as follows:

(1) Groundwater systems shall take a minimum of one sample at every entry point to the distribution system which is representative of each well after treatment (hereafter called a sampling point). Each sample must be taken at the same sampling point unless conditions make another sampling point more representative of each source, treatment plant, or within the distribution system.

(2) Surface water systems (or combined surface/ground) shall take a minimum of one sample at points in the distribution system that are representative of each source or at each entry point to the distribution system after treatment (hereafter called a sampling point). Each sample must be taken at the same sampling point unless conditions make another sampling point more representative of each source, treatment plant, or within the distribution system.

(3) If the system draws water from more than one source and the sources are combined before distribution, the system must sample at an entry point to the distribution system during periods of normal operating conditions

463

ADD-023

(*i.e.*, when water representative of all sources is being used).

(4) Each community and non-transient non-community water system shall take four consecutive quarterly samples for each contaminant listed in § 141.61(a) (2) through (21) during each compliance period, beginning in the initial compliance period.

(5) If the initial monitoring for contaminants listed in § 141.61(a) (1) through (8) and the monitoring for the contaminants listed in § 141.61(a) (9) through (21) as allowed in paragraph (f)(18) has been completed by December 31, 1992, and the system did not detect any contaminant listed in § 141.61(a) (1) through (21), then each ground and surface water system shall take one sample annually beginning with the initial compliance period.

(6) After a minimum of three years of annual sampling, the State may allow groundwater systems with no previous detection of any contaminant listed in § 141.61(a) to take one sample during each compliance period.

(7) Each community and non-transient non-community ground water system which does not detect a contaminant listed in § 141.61(a) (1) through (21) may apply to the State for a waiver from the requirements of paragraphs (f)(5) and (f)(6) of this section after completing the initial monitoring. (For purposes of this section, detection is defined as ≥0.0005 mg/l.) A waiver shall be effective for no more than six years (two compliance periods). States may also issue waivers to small systems for the initial round of monitoring for 1,2,4-trichlorobenzene.

(8) A State may grant a waiver after evaluating the following factor(s):

(i) Knowledge of previous use (including transport, storage, or disposal) of the contaminant within the watershed or zone of influence of the system. If a determination by the State reveals no previous use of the contaminant within the watershed or zone of influence, a waiver may be granted.

(ii) If previous use of the contaminant is unknown or it has been used previously, then the following factors shall be used to determine whether a waiver is granted.

(A) Previous analytical results.

(B) The proximity of the system to a potential point or non-point source of contamination. Point sources include spills and leaks of chemicals at or near a water treatment facility or at manufacturing, distribution, or storage facilities, or from hazardous and municipal waste landfills and other waste handling or treatment facilities.

(C) The environmental persistence and transport of the contaminants.

(D) The number of persons served by the public water system and the proximity of a smaller system to a larger system.

(E) How well the water source is protected against contamination, such as whether it is a surface or groundwater system. Groundwater systems must consider factors such as depth of the well, the type of soil, and wellhead protection. Surface water systems must consider watershed protection.

(9) As a condition of the waiver a groundwater system must take one sample at each sampling point during the time the waiver is effective (*i.e.*, one sample during two compliance periods or six years) and update its vulnerability assessment considering the factors listed in paragraph (f)(8) of this section. Based on this vulnerability assessment the State must reconfirm that the system is non-vulnerable. If the State does not make this reconfirmation within three years of the initial determination, then the waiver is invalidated and the system is required to sample annually as specified in paragraph (5) of this section.

(10) Each community and non-transient non-community surface water system which does not detect a contaminant listed in § 141.61(a) (1) through (21) may apply to the State for a waiver from the requirements of (f)(5) of this section after completing the initial monitoring. Composite samples from a maximum of five sampling points are allowed, provided that the detection limit of the method used for analysis is less than one-fifth of the MCL. Systems meeting this criterion must be determined by the State to be non-vulnerable based on a vulnerability assessment during each compliance period. Each system receiving a waiver shall sample at the frequency specified by the State (if any).

ADD-024

**Environmental Protection Agency**                                    **§ 141.24**

(11) If a contaminant listed in §141.61(a) (2) through (21) is detected at a level exceeding 0.0005 mg/l in any sample, then:

(i) The system must monitor quarterly at each sampling point which resulted in a detection.

(ii) The State may decrease the quarterly monitoring requirement specified in paragraph (f)(11)(i) of this section provided it has determined that the system is reliably and consistently below the maximum contaminant level. In no case shall the State make this determination unless a groundwater system takes a minimum of two quarterly samples and a surface water system takes a minimum of four quarterly samples.

(iii) If the State determines that the system is reliably and consistently below the MCL, the State may allow the system to monitor annually. Systems which monitor annually must monitor during the quarter(s) which previously yielded the highest analytical result.

(iv) Systems which have three consecutive annual samples with no detection of a contaminant may apply to the State for a waiver as specified in paragraph (f)(7) of this section.

(v) Groundwater systems which have detected one or more of the following two-carbon organic compounds: trichloroethylene, tetrachloroethylene, 1,2-dichloroethane, 1,1,1-trichloroethane, cis-1,2-dichloroethylene, trans-1,2-dichloroethylene, or 1,1-dichloroethylene shall monitor quarterly for vinyl chloride. A vinyl chloride sample shall be taken at each sampling point at which one or more of the two-carbon organic compounds was detected. If the results of the first analysis do not detect vinyl chloride, the State may reduce the quarterly monitoring frequency of vinyl chloride monitoring to one sample during each compliance period. Surface water systems are required to monitor for vinyl chloride as specified by the State.

(12) Systems which violate the requirements of §141.61(a) (1) through (21), as determined by paragraph (f)(15) of this section, must monitor quarterly. After a minimum of four consecutive quarterly samples which show the system is in compliance as speci-

fied in paragraph (f)(15) of this section the system and the State determines that the system is reliably and consistently below the maximum contaminant level, the system may monitor at the frequency and times specified in paragraph (f)(11)(iii) of this section.

(13) The State may require a confirmation sample for positive or negative results. If a confirmation sample is required by the State, the result must be averaged with the first sampling result and the average is used for the compliance determination as specified by paragraph (f)(15). States have discretion to delete results of obvious sampling errors from this calculation.

(14) The State may reduce the total number of samples a system must analyze by allowing the use of compositing. Composite samples from a maximum of five sampling points are allowed, provided that the detection limit of the method used for analysis is less than one-fifth of the MCL. Compositing of samples must be done in the laboratory and analyzed within 14 days of sample collection.

(i) If the concentration in the composite sample is greater than or equal to 0.0005 mg/l for any contaminant listed in §141.61(a), then a follow-up sample must be taken within 14 days at each sampling point included in the composite, and be analyzed for that contaminant.

(ii) If duplicates of the original sample taken from each sampling point used in the composite sample are available, the system may use these instead of resampling. The duplicates must be analyzed and the results reported to the State within 14 days after completing analysis of the composite sample, provided the holding time of the sample is not exceeded.

(iii) If the population served by the system is >3,300 persons, then compositing may only be permitted by the State at sampling points within a single system. In systems serving ≤3,300 persons, the State may permit compositing among different systems provided the 5-sample limit is maintained.

(iv) Compositing samples prior to GC analysis.

465

ADD-025

(A) Add 5 ml or equal larger amounts of each sample (up to 5 samples are allowed) to a 25 ml glass syringe. Special precautions must be made to maintain zero headspace in the syringe.

(B) The samples must be cooled at 4 °C during this step to minimize volatilization losses.

(C) Mix well and draw out a 5-ml aliquot for analysis.

(D) Follow sample introduction, purging, and desorption steps described in the method.

(E) If less than five samples are used for compositing, a proportionately small syringe may be used.

(v) Compositing samples prior to GC/MS analysis.

(A) Inject 5-ml or equal larger amounts of each aqueous sample (up to 5 samples are allowed) into a 25-ml purging device using the sample introduction technique described in the method.

(B) The total volume of the sample in the purging device must be 25 ml.

(C) Purge and desorb as described in the method.

(15) Compliance with §141.61(a) (1) through (21) shall be determined based on the analytical results obtained at each sampling point. If one sampling point is in violation of an MCL, the system is in violation of the MCL.

(i) For systems monitoring more than once per year, compliance with the MCL is determined by a running annual average at each sampling point.

(ii) Systems monitoring annually or less frequently whose sample result exceeds the MCL must begin quarterly sampling. The system will not be considered in violation of the MCL until it has completed one year of quarterly sampling.

(iii) If any sample result will cause the running annual average to exceed the MCL at any sampling point, the system is out of compliance with the MCL immediately.

(iv) If a system fails to collect the required number of samples, compliance will be based on the total number of samples collected.

(v) If a sample result is less than the detection limit, zero will be used to calculate the annual average.

(16) [Reserved]

(17) Analysis under this section shall only be conducted by laboratories that are certified by EPA or the State according to the following conditions (laboratories may conduct sample analysis under provisional certification until January 1, 1996):

(i) To receive certification to conduct analyses for the contaminants in §141.61(a) (2) through (21) the laboratory must:

(A) Analyze Performance Evaluation (PE) samples provided by EPA, the State, or by a third party (with the approval of the State or EPA) at least once a year by each method for which the laboratory desires certification.

(B) Achieve the quantitative acceptance limits under paragraphs (f)(17)(i)(C) and (D) of this section for at least 80 percent of the regulated organic contaminants included in the PE sample.

(C) Achieve quantitative results on the analyses performed under paragraph (f)(17)(i)(A) of this section that are within ±20% of the actual amount of the substances in the Performance Evaluation sample when the actual amount is greater than or equal to 0.010 mg/l.

(D) Achieve quantitative results on the analyses performed under paragraph (f)(17)(i)(A) of this section that are within ±40 percent of the actual amount of the substances in the Performance Evaluation sample when the actual amount is less than 0.010 mg/l.

(E) Achieve a method detection limit of 0.0005 mg/l, according to the procedures in appendix B of part 136.

(ii) To receive certification to conduct analyses for vinyl chloride, the laboratory must:

(A) Analyze Performance Evaluation (PE) samples provided by EPA, the State, or by a third party (with the approval of the State or EPA) at least once a year by each method for which the laboratory desires certification.

(B) Achieve quantitative results on the analyses performed under paragraph (f)(17)(ii)(A) of this section that are within ±40 percent of the actual amount of vinyl chloride in the Performance Evaluation sample.

(C) Achieve a method detection limit of 0.0005 mg/l, according to the procedures in appendix B of part 136.

**Environmental Protection Agency** §141.24

(D) Obtain certification for the contaminants listed in §141.61(a)(2) through (21).

(18) States may allow the use of monitoring data collected after January 1, 1988, required under section 1445 of the Act for purposes of initial monitoring compliance. If the data are generally consistent with the other requirements of this section, the State may use these data (*i.e.*, a single sample rather than four quarterly samples) to satisfy the initial monitoring requirement of paragraph (f)(4) of this section. Systems which use grandfathered samples and did not detect any contaminant listed §141.61(a)(2) through (21) shall begin monitoring annually in accordance with paragraph (f)(5) of this section beginning with the initial compliance period.

(19) States may increase required monitoring where necessary to detect variations within the system.

(20) Each certified laboratory must determine the method detection limit (MDL), as defined in appendix B to part 136, at which it is capable of detecting VOCs. The acceptable MDL is 0.0005 mg/l. This concentration is the detection concentration for purposes of this section.

(21) Each public water system shall monitor at the time designated by the State within each compliance period.

(22) All new systems or systems that use a new source of water that begin operation after January 22, 2004 must demonstrate compliance with the MCL within a period of time specified by the State. The system must also comply with the initial sampling frequencies specified by the State to ensure a system can demonstrate compliance with the MCL. Routine and increased monitoring frequencies shall be conducted in accordance with the requirements in this section.

(g) [Reserved]

(h) Analysis of the contaminants listed in §141.61(c) for the purposes of determining compliance with the maximum contaminant level shall be conducted as follows, with the exception that no monitoring is required for aldicarb, aldicarb sulfoxide or aldicarb sulfone:

(1) Groundwater systems shall take a minimum of one sample at every entry point to the distribution system which is representative of each well after treatment (hereafter called a sampling point). Each sample must be taken at the same sampling point unless conditions make another sampling point more representative of each source or treatment plant.

(2) Surface water systems shall take a minimum of one sample at points in the distribution system that are representative of each source or at each entry point to the distribution system after treatment (hereafter called a sampling point). Each sample must be taken at the same sampling point unless conditions make another sampling point more representative of each source or treatment plant.

NOTE: For purposes of this paragraph, surface water systems include systems with a combination of surface and ground sources.

(3) If the system draws water from more than one source and the sources are combined before distribution, the system must sample at an entry point to the distribution system during periods of normal operating conditions (*i.e.*, when water representative of all sources is being used).

(4) *Monitoring frequency:* (i) Each community and non-transient non-community water system shall take four consecutive quarterly samples for each contaminant listed in §141.61(c) during each compliance period beginning with the initial compliance period.

(ii) Systems serving more than 3,300 persons which do not detect a contaminant in the initial compliance period may reduce the sampling frequency to a minimum of two quarterly samples in one year during each repeat compliance period.

(iii) Systems serving less than or equal to 3,300 persons which do not detect a contaminant in the initial compliance period may reduce the sampling frequency to a minimum of one sample during each repeat compliance period.

(5) Each community and non-transient water system may apply to the State for a waiver from the requirement of paragraph (h)(4) of this section. A system must reapply for a waiver for each compliance period.

467

ADD-027

(6) A State may grant a waiver after evaluating the following factor(s): Knowledge of previous use (including transport, storage, or disposal) of the contaminant within the watershed or zone of influence of the system. If a determination by the State reveals no previous use of the contaminant within the watershed or zone of influence, a waiver may be granted. If previous use of the contaminant is unknown or it has been used previously, then the following factors shall be used to determine whether a waiver is granted.

(i) Previous analytical results.

(ii) The proximity of the system to a potential point or non-point source of contamination. Point sources include spills and leaks of chemicals at or near a water treatment facility or at manufacturing, distribution, or storage facilities, or from hazardous and municipal waste landfills and other waste handling or treatment facilities. Non-point sources include the use of pesticides to control insect and weed pests on agricultural areas, forest lands, home and gardens, and other land application uses.

(iii) The environmental persistence and transport of the pesticide or PCBs.

(iv) How well the water source is protected against contamination due to such factors as depth of the well and the type of soil and the integrity of the well casing.

(v) Elevated nitrate levels at the water supply source.

(vi) Use of PCBs in equipment used in the production, storage, or distribution of water (*i.e.*, PCBs used in pumps, transformers, etc.).

(7) If an organic contaminant listed in § 141.61(c) is detected (as defined by paragraph (h)(18) of this section) in any sample, then:

(i) Each system must monitor quarterly at each sampling point which resulted in a detection.

(ii) The State may decrease the quarterly monitoring requirement specified in paragraph (h)(7)(i) of this section provided it has determined that the system is reliably and consistently below the maximum contaminant level. In no case shall the State make this determination unless a ground-water system takes a minimum of two quarterly samples and a surface water

system takes a minimum of four quarterly samples.

(iii) After the State determines the system is reliably and consistently below the maximum contaminant level the State may allow the system to monitor annually. Systems which monitor annually must monitor during the quarter that previously yielded the highest analytical result.

(iv) Systems which have 3 consecutive annual samples with no detection of a contaminant may apply to the State for a waiver as specified in paragraph (h)(6) of this section.

(v) If the monitoring results in detection of one or more of certain related contaminants (heptachlor and heptachlor epoxide), then subsequent monitoring shall analyze for all related contaminants.

(8) Systems which violate the requirements of § 141.61(c) as determined by paragraph (h)(11) of this section must monitor quarterly. After a minimum of four quarterly samples show the system is in compliance and the State determines the system is reliably and consistently below the MCL, as specified in paragraph (h)(11) of this section, the system shall monitor at the frequency specified in paragraph (h)(7)(iii) of this section.

(9) The State may require a confirmation sample for positive or negative results. If a confirmation sample is required by the State, the result must be averaged with the first sampling result and the average used for the compliance determination as specified by paragraph (h)(11) of this section. States have discretion to delete results of obvious sampling errors from this calculation.

(10) The State may reduce the total number of samples a system must analyze by allowing the use of compositing. Composite samples from a maximum of five sampling points are allowed, provided that the detection limit of the method used for analysis is less than one-fifth of the MCL. Compositing of samples must be done in the laboratory and analyzed within 14 days of sample collection.

(i) If the concentration in the composite sample detects one or more contaminants listed in § 141.61(c), then a follow-up sample must be taken within

ADD-028

**Environmental Protection Agency**  §141.24

14 days at each sampling point included in the composite, and be analyzed for that contaminant.

(ii) If duplicates of the original sample taken from each sampling point used in the composite sample are available, the system may use these instead of resampling. The duplicates must be analyzed and the results reported to the State within 14 days after completion of the composite analysis or before the holding time for the initial sample is exceeded whichever is sooner.

(iii) If the population served by the system is >3,300 persons, then compositing may only be permitted by the State at sampling points within a single system. In systems serving ≤3,300 persons, the State may permit compositing among different systems provided the 5-sample limit is maintained.

(11) Compliance with §141.61(c) shall be determined based on the analytical results obtained at each sampling point. If one sampling point is in violation of an MCL, the system is in violation of the MCL.

(i) For systems monitoring more than once per year, compliance with the MCL is determined by a running annual average at each sampling point.

(ii) Systems monitoring annually or less frequently whose sample result exceeds the regulatory detection level as defined by paragraph (h)(18) of this section must begin quarterly sampling. The system will not be considered in violation of the MCL until it has completed one year of quarterly sampling.

(iii) If any sample result will cause the running annual average to exceed the MCL at any sampling point, the system is out of compliance with the MCL immediately.

(iv) If a system fails to collect the required number of samples, compliance will be based on the total number of samples collected.

(v) If a sample result is less than the detection limit, zero will be used to calculate the annual average.

(12) [Reserved]

(13) Analysis for PCBs shall be conducted as follows using the methods in paragraph (e) of this section:

(i) Each system which monitors for PCBs shall analyze each sample using either Method 508.1, 525.2, 508 or 505.

Users of Method 505 may have more difficulty in achieving the required Aroclor detection limits than users of Methods 508.1, 525.2 or 508.

(ii) If PCBs (as one of seven Aroclors) are detected (as designated in this paragraph) in any sample analyzed using Method 505 or 508, the system shall reanalyze the sample using Method 508A to quantitate PCBs (as decachlorobiphenyl).

| Aroclor | Detection limit (mg/l) |
| --- | --- |
| 1016 | 0.00008 |
| 1221 | 0.02 |
| 1232 | 0.0005 |
| 1242 | 0.0003 |
| 1248 | 0.0001 |
| 1254 | 0.0001 |
| 1260 | 0.0002 |

(iii) Compliance with the PCB MCL shall be determined based upon the quantitative results of analyses using Method 508A.

(14) If monitoring data collected after January 1, 1990, are generally consistent with the requirements of §141.24(h), then the State may allow systems to use that data to satisfy the monitoring requirement for the initial compliance period beginning January 1, 1993.

(15) The State may increase the required monitoring frequency, where necessary, to detect variations within the system (e.g., fluctuations in concentration due to seasonal use, changes in water source).

(16) The State has the authority to determine compliance or initiate enforcement action based upon analytical results and other information compiled by their sanctioned representatives and agencies.

(17) Each public water system shall monitor at the time designated by the State within each compliance period.

(18) Detection as used in this paragraph shall be defined as greater than or equal to the following concentrations for each contaminant.

| Contaminant | Detection limit (mg/l) |
| --- | --- |
| Alachlor | .0002 |
| Aldicarb | .0005 |
| Aldicarb sulfoxide | .0005 |
| Aldicarb sulfone | .0008 |
| Atrazine | .0001 |
| Benzo[a]pyrene | .00002 |
| Carbofuran | .0009 |

469

ADD-029

| Contaminant | Detection limit (mg/l) |
|---|---|
| Chlordane | .0002 |
| Dalapon | .001 |
| 1,2–Dibromo–3–chloropropane (DBCP) | .00002 |
| Di (2-ethylhexyl) adipate | .0006 |
| Di (2-ethylhexyl) phthalate | .0006 |
| Dinoseb | .0002 |
| Diquat | .0004 |
| 2,4-D | .0001 |
| Endothall | .009 |
| Endrin | .00001 |
| Ethylene dibromide (EDB) | .00001 |
| Glyphosate | .006 |
| Heptachlor | .00004 |
| Heptachlor epoxide | .00002 |
| Hexachlorobenzene | .0001 |
| Hexachlorocyclopentadiene | .0001 |
| Lindane | .00002 |
| Methoxychlor | .0001 |
| Oxamyl | .002 |
| Picloram | .0001 |
| Polychlorinated biphenyls (PCBs) (as decachlorobiphenyl) | .0001 |
| Pentachlorophenol | .00004 |
| Simazine | .00007 |
| Toxaphene | .001 |
| 2,3,7,8-TCDD (Dioxin) | .000000005 |
| 2,4,5-TP (Silvex) | .0002 |

(19) Anaylsis under this section shall only be conducted by laboratories that have received certification by EPA or the State and have met the following conditions:

(i) To receive certification to conduct analyses for the contaminants in § 141.61(c) the laboratory must:

(A) Analyze Performance Evaluation (PE) samples provided by EPA, the State, or by a third party (with the approval of the State or EPA) at least once a year by each method for which the laboratory desires certification.

(B) For each contaminant that has been included in the PE sample achieve quantitative results on the analyses that are within the following acceptance limits:

| Contaminant | Acceptance limits (percent) |
|---|---|
| DBCP | ±40 |
| EDB | ±40. |
| Alachlor | ±45. |
| Atrazine | ±45. |
| Benzo[a]pyrene | 2 standard deviations. |
| Carbofuran | ±45. |
| Chlordane | ±45. |
| Dalapon | 2 standard deviations. |
| Di(2-ethylhexyl)adipate | 2 standard deviations. |
| Di(2-ethylhexyl)phthalate | 2 standard deviations. |
| Dinoseb | 2 standard deviations. |
| Diquat | 2 standard deviations. |

| Contaminant | Acceptance limits (percent) |
|---|---|
| Endothall | 2 standard deviations. |
| Endrin | ±30. |
| Glyphosate | 2 standard deviations. |
| Heptachlor | ±45. |
| Heptachlor epoxide | ±45. |
| Hexachlorobenzene | 2 standard deviations. |
| Hexachloro- cyclopentadiene | 2 standard deviations. |
| Lindane | ±45. |
| Methoxychlor | ±45. |
| Oxamyl | 2 standard deviations. |
| PCBs (as Decachlorobiphenyl) | 0–200. |
| Picloram | 2 standard deviations. |
| Simazine | 2 standard deviations. |
| Toxaphene | ±45. |
| Aldicarb | 2 standard deviations. |
| Aldicarb sulfoxide | 2 standard deviations. |
| Aldicarb sulfone | 2 standard deviations. |
| Pentachlorophenol | ±50. |
| 2,3,7,8-TCDD (Dioxin) | 2 standard deviations. |
| 2,4-D | ±50. |
| 2,4,5-TP (Silvex) | ±50. |

(ii) [Reserved]

(20) All new systems or systems that use a new source of water that begin operation after January 22, 2004 must demonstrate compliance with the MCL within a period of time specified by the State. The system must also comply with the initial sampling frequencies specified by the State to ensure a system can demonstrate compliance with the MCL. Routine and increased monitoring frequencies shall be conducted in accordance with the requirements in this section.

(Approved by the Office of Management and Budget under control number 2040–0090)

[40 FR 59570, Dec. 24, 1975]

EDITORIAL NOTE: For FEDERAL REGISTER citations affecting § 141.24, see the List of CFR Sections Affected, which appears in the Finding Aids section of the printed volume and at *www.govinfo.gov*.

§ 141.25 Analytical methods for radioactivity.

(a) Analysis for the following contaminants shall be conducted to determine compliance with § 141.66 (radioactivity) in accordance with the methods in the following table, or the alternative methods listed in appendix A to subpart C this part, or their equivalent determined by EPA in accordance with § 141.27.

(b) When the identification and measurement of radionuclides other than those listed in paragraph (a) of this section is required, the following references are to be used, except in cases where alternative methods have been approved in accordance with § 141.27.

(1) *Procedures for Radiochemical Analysis of Nuclear Reactor Aqueous Solutions*, H. L. Krieger and S. Gold, EPA-R4–73–014. USEPA, Cincinnati, Ohio, May 1973.

(2) *HASL Procedure Manual*, Edited by John H. Harley. HASL 300, ERDA Health and Safety Laboratory, New York, NY., 1973.

(c) For the purpose of monitoring radioactivity concentrations in drinking water, the required sensitivity of the radioanalysis is defined in terms of a detection limit. The detection limit shall be that concentration which can be counted with a precision of plus or minus 100 percent at the 95 percent confidence level ($1.96\sigma$ where $\sigma$ is the standard deviation of the net counting rate of the sample).

(1) To determine compliance with § 141.66(b), (c), and (e) the detection limit shall not exceed the concentrations in Table B to this paragraph.

TABLE B—DETECTION LIMITS FOR GROSS ALPHA PARTICLE ACTIVITY, RADIUM 226, RADIUM 228, AND URANIUM

| Contaminant | Detection limit |
|---|---|
| Gross alpha particle activity | 3 pCi/L. |
| Radium 226 | 1 pCi/L. |
| Radium 228 | 1 pCi/L. |
| Uranium | 1 µg/L |

(2) To determine compliance with § 141.66(d) the detection limits shall not exceed the concentrations listed in Table C to this paragraph.

TABLE C—DETECTION LIMITS FOR MAN-MADE BETA PARTICLE AND PHOTON EMITTERS

| Radionuclide | Detection limit |
|---|---|
| Tritium | 1,000 pCi/1. |
| Strontium–89 | 10 pCi/1. |
| Strontium–90 | 2 pCi/1. |
| Iodine–131 | 1 pCi/1. |
| Cesium–134 | 10 pCi/1. |
| Gross beta | 4 pCi/1. |
| Other radionuclides | $\frac{1}{10}$ of the applicable limit. |

(d) To judge compliance with the maximum contaminant levels listed in § 141.66, averages of data shall be used and shall be rounded to the same number of significant figures as the maximum contaminant level for the substance in question.

(e) The State has the authority to determine compliance or initiate enforcement action based upon analytical results or other information compiled by their sanctioned representatives and agencies.

[41 FR 28404, July 9, 1976, as amended at 45 FR 57345, Aug. 27, 1980; 62 FR 10173, Mar. 5, 1997; 65 FR 76745, Dec. 7, 2000; 67 FR 65250, Oct. 23, 2002; 69 FR 38855, June 29, 2004; 69 FR 52180, Aug. 25, 2004; 72 FR 11245, Mar. 12, 2007; 74 FR 30958, June 29, 2009]

§ 141.26 Monitoring frequency and compliance requirements for radionuclides in community water systems.

(a) *Monitoring and compliance requirements for gross alpha particle activity, radium-226, radium-228, and uranium.* (1) Community water systems (CWSs) must conduct initial monitoring to determine compliance with § 141.66(b), (c), and (e) by December 31, 2007. For the purposes of monitoring for gross alpha particle activity, radium-226, radium-228, uranium, and beta particle and photon radioactivity in drinking water, ''detection limit'' is defined as in § 141.25(c).

(i) *Applicability and sampling location for existing community water systems or sources.* All existing CWSs using ground water, surface water or systems using both ground and surface water (for the purpose of this section hereafter referred to as systems) must sample at every entry point to the distribution system that is representative of all sources being used (hereafter called a sampling point) under normal operating conditions. The system must take each sample at the same sampling point unless conditions make another sampling point more representative of each source or the State has designated a distribution system location, in accordance with paragraph (a)(2)(ii)(C) of this section.

(ii) *Applicability and sampling location for new community water systems or sources.* All new CWSs or CWSs that use a new source of water must begin to conduct initial monitoring for the new source within the first quarter after

**Environmental Protection Agency** § 141.26

initiating use of the source. CWSs must conduct more frequent monitoring when ordered by the State in the event of possible contamination or when changes in the distribution system or treatment processes occur which may increase the concentration of radioactivity in finished water.

(2) *Initial monitoring:* Systems must conduct initial monitoring for gross alpha particle activity, radium-226, radium-228, and uranium as follows:

(i) Systems without acceptable historical data, as defined below, must collect four consecutive quarterly samples at all sampling points before December 31, 2007.

(ii) *Grandfathering of data:* States may allow historical monitoring data collected at a sampling point to satisfy the initial monitoring requirements for that sampling point, for the following situations.

(A) To satisfy initial monitoring requirements, a community water system having only one entry point to the distribution system may use the monitoring data from the last compliance monitoring period that began between June 2000 and December 8, 2003.

(B) To satisfy initial monitoring requirements, a community water system with multiple entry points and having appropriate historical monitoring data for each entry point to the distribution system may use the monitoring data from the last compliance monitoring period that began between June 2000 and December 8, 2003.

(C) To satisfy initial monitoring requirements, a community water system with appropriate historical data for a representative point in the distribution system may use the monitoring data from the last compliance monitoring period that began between June 2000 and December 8, 2003, provided that the State finds that the historical data satisfactorily demonstrate that each entry point to the distribution system is expected to be in compliance based upon the historical data and reasonable assumptions about the variability of contaminant levels between entry points. The State must make a written finding indicating how the data conforms to the these requirements.

(iii) For gross alpha particle activity, uranium, radium-226, and radium-228 monitoring, the State may waive the final two quarters of initial monitoring for a sampling point if the results of the samples from the previous two quarters are below the detection limit.

(iv) If the average of the initial monitoring results for a sampling point is above the MCL, the system must collect and analyze quarterly samples at that sampling point until the system has results from four consecutive quarters that are at or below the MCL, unless the system enters into another schedule as part of a formal compliance agreement with the State.

(3) *Reduced monitoring:* States may allow community water systems to reduce the future frequency of monitoring from once every three years to once every six or nine years at each sampling point, based on the following criteria.

(i) If the average of the initial monitoring results for each contaminant (*i.e.*, gross alpha particle activity, uranium, radium-226, or radium-228) is below the detection limit specified in Table B, in §141.25(c)(1), the system must collect and analyze for that contaminant using at least one sample at that sampling point every nine years.

(ii) For gross alpha particle activity and uranium, if the average of the initial monitoring results for each contaminant is at or above the detection limit but at or below ½ the MCL, the system must collect and analyze for that contaminant using at least one sample at that sampling point every six years. For combined radium-226 and radium-228, the analytical results must be combined. If the average of the combined initial monitoring results for radium-226 and radium-228 is at or above the detection limit but at or below ½ the MCL, the system must collect and analyze for that contaminant using at least one sample at that sampling point every six years.

(iii) For gross alpha particle activity and uranium, if the average of the initial monitoring results for each contaminant is above ½ the MCL but at or below the MCL, the system must collect and analyze at least one sample at that sampling point every three years. For combined radium-226 and radium-

475

ADD-032

228, the analytical results must be combined. If the average of the combined initial monitoring results for radium-226 and radium-228 is above ½ the MCL but at or below the MCL, the system must collect and analyze at least one sample at that sampling point every three years.

(iv) Systems must use the samples collected during the reduced monitoring period to determine the monitoring frequency for subsequent monitoring periods (e.g., if a system's sampling point is on a nine year monitoring period, and the sample result is above ½ MCL, then the next monitoring period for that sampling point is three years).

(v) If a system has a monitoring result that exceeds the MCL while on reduced monitoring, the system must collect and analyze quarterly samples at that sampling point until the system has results from four consecutive quarters that are below the MCL, unless the system enters into another schedule as part of a formal compliance agreement with the State.

(4) *Compositing:* To fulfill quarterly monitoring requirements for gross alpha particle activity, radium-226, radium-228, or uranium, a system may composite up to four consecutive quarterly samples from a single entry point if analysis is done within a year of the first sample. States will treat analytical results from the composited as the average analytical result to determine compliance with the MCLs and the future monitoring frequency. If the analytical result from the composited sample is greater than ½ MCL, the State may direct the system to take additional quarterly samples before allowing the system to sample under a reduced monitoring schedule.

(5) A gross alpha particle activity measurement may be substituted for the required radium-226 measurement provided that the measured gross alpha particle activity does not exceed 5 pCi/l. A gross alpha particle activity measurement may be substituted for the required uranium measurement provided that the measured gross alpha particle activity does not exceed 15 pCi/l. The gross alpha measurement shall have a confidence interval of 95% (1.65σ, where σ is the standard deviation of the net

counting rate of the sample) for radium-226 and uranium. When a system uses a gross alpha particle activity measurement in lieu of a radium-226 and/or uranium measurement, the gross alpha particle activity analytical result will be used to determine the future monitoring frequency for radium-226 and/or uranium. If the gross alpha particle activity result is less than detection, ½ the detection limit will be used to determine compliance and the future monitoring frequency.

(b) *Monitoring and compliance requirements for beta particle and photon radioactivity.* To determine compliance with the maximum contaminant levels in § 141.66(d) for beta particle and photon radioactivity, a system must monitor at a frequency as follows:

(1) Community water systems (both surface and ground water) designated by the State as vulnerable must sample for beta particle and photon radioactivity. Systems must collect quarterly samples for beta emitters and annual samples for tritium and strontium-90 at each entry point to the distribution system (hereafter called a sampling point), beginning within one quarter after being notified by the State. Systems already designated by the State must continue to sample until the State reviews and either reaffirms or removes the designation.

(i) If the gross beta particle activity minus the naturally occurring potassium-40 beta particle activity at a sampling point has a running annual average (computed quarterly) less than or equal to 50 pCi/L (screening level), the State may reduce the frequency of monitoring at that sampling point to once every 3 years. Systems must collect all samples required in paragraph (b)(1) of this section during the reduced monitoring period.

(ii) For systems in the vicinity of a nuclear facility, the State may allow the CWS to utilize environmental surveillance data collected by the nuclear facility in lieu of monitoring at the system's entry point(s), where the State determines if such data is applicable to a particular water system. In the event that there is a release from a nuclear facility, systems which are using surveillance data must begin monitoring at the community water

476

ADD-033

**Environmental Protection Agency**                                    **§ 141.26**

system's entry point(s) in accordance with paragraph (b)(1) of this section.

(2) Community water systems (both surface and ground water) designated by the State as utilizing waters contaminated by effluents from nuclear facilities must sample for beta particle and photon radioactivity. Systems must collect quarterly samples for beta emitters and iodine-131 and annual samples for tritium and strontium-90 at each entry point to the distribution system (hereafter called a sampling point), beginning within one quarter after being notified by the State. Systems already designated by the State as systems using waters contaminated by effluents from nuclear facilities must continue to sample until the State reviews and either reaffirms or removes the designation.

(i) Quarterly monitoring for gross beta particle activity shall be based on the analysis of monthly samples or the analysis of a composite of three monthly samples. The former is recommended.

(ii) For iodine-131, a composite of five consecutive daily samples shall be analyzed once each quarter. As ordered by the State, more frequent monitoring shall be conducted when iodine-131 is identified in the finished water.

(iii) Annual monitoring for strontium-90 and tritium shall be conducted by means of the analysis of a composite of four consecutive quarterly samples or analysis of four quarterly samples. The latter procedure is recommended.

(iv) If the gross beta particle activity minus the naturally occurring potassium-40 beta particle activity at a sampling point has a running annual average (computed quarterly) less than or equal to 15 pCi/L (screening level), the State may reduce the frequency of monitoring at that sampling point to every 3 years. Systems must collect the same type of samples required in paragraph (b)(2) of this section during the reduced monitoring period.

(v) For systems in the vicinity of a nuclear facility, the State may allow the CWS to utilize environmental surveillance data collected by the nuclear facility in lieu of monitoring at the system's entry point(s), where the State determines if such data is applicable to a particular water system. In the event that there is a release from a nuclear facility, systems which are using surveillance data must begin monitoring at the community water system's entry point(s) in accordance with paragraph (b)(2) of this section.

(3) Community water systems designated by the State to monitor for beta particle and photon radioactivity can not apply to the State for a waiver from the monitoring frequencies specified in paragraph (b)(1) or (b)(2) of this section.

(4) Community water systems may analyze for naturally occurring potassium-40 beta particle activity from the same or equivalent sample used for the gross beta particle activity analysis. Systems are allowed to subtract the potassium-40 beta particle activity value from the total gross beta particle activity value to determine if the screening level is exceeded. The potassium-40 beta particle activity must be calculated by multiplying elemental potassium concentrations (in mg/L) by a factor of 0.82.

(5) If the gross beta particle activity minus the naturally occurring potassium-40 beta particle activity exceeds the appropriate screening level, an analysis of the sample must be performed to identify the major radioactive constituents present in the sample and the appropriate doses must be calculated and summed to determine compliance with § 141.66(d)(1), using the formula in § 141.66(d)(2). Doses must also be calculated and combined for measured levels of tritium and strontium to determine compliance.

(6) Systems must monitor monthly at the sampling point(s) which exceed the maximum contaminant level in § 141.66(d) beginning the month after the exceedance occurs. Systems must continue monthly monitoring until the system has established, by a rolling average of 3 monthly samples, that the MCL is being met. Systems who establish that the MCL is being met must return to quarterly monitoring until they meet the requirements set forth in paragraph (b)(1)(i) or (b)(2)(iv) of this section.

(c) *General monitoring and compliance requirements for radionuclides.* (1) The

477

ADD-034

State may require more frequent monitoring than specified in paragraphs (a) and (b) of this section, or may require confirmation samples at its discretion. The results of the initial and confirmation samples will be averaged for use in compliance determinations.

(2) Each public water systems shall monitor at the time designated by the State during each compliance period.

(3) *Compliance:* Compliance with § 141.66 (b) through (e) will be determined based on the analytical result(s) obtained at each sampling point. If one sampling point is in violation of an MCL, the system is in violation of the MCL.

(i) For systems monitoring more than once per year, compliance with the MCL is determined by a running annual average at each sampling point. If the average of any sampling point is greater than the MCL, then the system is out of compliance with the MCL.

(ii) For systems monitoring more than once per year, if any sample result will cause the running average to exceed the MCL at any sample point, the system is out of compliance with the MCL immediately.

(iii) Systems must include all samples taken and analyzed under the provisions of this section in determining compliance, even if that number is greater than the minimum required.

(iv) If a system does not collect all required samples when compliance is based on a running annual average of quarterly samples, compliance will be based on the running average of the samples collected.

(v) If a sample result is less than the detection limit, zero will be used to calculate the annual average, unless a gross alpha particle activity is being used in lieu of radium-226 and/or uranium. If the gross alpha particle activity result is less than detection, ½ the detection limit will be used to calculate the annual average.

(4) States have the discretion to delete results of obvious sampling or analytic errors.

(5) If the MCL for radioactivity set forth in § 141.66 (b) through (e) is exceeded, the operator of a community water system must give notice to the State pursuant to § 141.31 and to the public as required by subpart Q of this part.

[65 FR 76745, Dec. 7, 2000, as amended at 69 FR 38855, June 29, 2004]

### § 141.27 Alternate analytical techniques.

(a) With the written permission of the State, concurred in by the Administrator of the U.S. EPA, an alternate analytical technique may be employed. An alternate technique shall be accepted only if it is substantially equivalent to the prescribed test in both precision and accuracy as it relates to the determination of compliance with any MCL. The use of the alternate analytical technique shall not decrease the frequency of monitoring required by this part.

[45 FR 57345, Aug. 27, 1980]

### § 141.28 Certified laboratories.

(a) For the purpose of determining compliance with § 141.21 through 141.27, 141.30, 141.40, 141.74, 141.89 and 141.402, samples may be considered only if they have been analyzed by a laboratory certified by the State except that measurements of alkalinity, disinfectant residual, orthophosphate, pH, silica, temperature, and turbidity may be performed by any person acceptable to the State.

(b) Nothing in this part shall be construed to preclude the State or any duly designated representative of the State from taking samples or from using the results from such samples to determine compliance by a supplier of water with the applicable requirements of this part.

[45 FR 57345, Aug. 27, 1980; 47 FR 10999, Mar. 12, 1982, as amended at 59 FR 34323, July 1, 1994; 64 FR 67465, Dec. 1, 1999; 71 FR 65651, Nov. 8, 2006; 86 FR 4282, Jan. 15, 2021]

### § 141.29 Monitoring of consecutive public water systems.

When a public water system supplies water to one or more other public water systems, the State may modify the monitoring requirements imposed by this part to the extent that the interconnection of the systems justifies treating them as a single system for monitoring purposes. Any modified

ADD-035



**Environmental Protection Agency**    **§ 141.64**

for achieving compliance with the maximum contaminant level for total coliforms in paragraphs (a) and (b) of this section and for achieving compliance with the maximum contaminant level for *E. coli* in paragraph (c) of this section.

[78 FR 10347, Feb. 13, 2013]

### § 141.64 Maximum contaminant levels for disinfection byproducts.

(a) *Bromate and chlorite.* The maximum contaminant levels (MCLs) for bromate and chlorite are as follows:

| Disinfection byproduct | MCL (mg/L) |
|---|---|
| Bromate .............................................. | 0.010 |
| Chlorite .............................................. | 1.0 |

(1) *Compliance dates for CWSs and NTNCWSs.* Subpart H systems serving 10,000 or more persons must comply with this paragraph (a) beginning January 1, 2002. Subpart H systems serving fewer than 10,000 persons and systems using only ground water not under the direct influence of surface water must comply with this paragraph (a) beginning January 1, 2004.

(2) The Administrator, pursuant to section 1412 of the Act, hereby identifies the following as the best technology, treatment techniques, or other means available for achieving compliance with the maximum contaminant levels for bromate and chlorite identified in this paragraph (a):

| Disinfection byproduct | Best available technology |
|---|---|
| Bromate .... | Control of ozone treatment process to reduce production of bromate |
| Chlorite ...... | Control of treatment processes to reduce disinfectant demand and control of disinfection treatment processes to reduce disinfectant levels |

(b) TTHM and HAA5. (1) Subpart L—RAA compliance. (i) Compliance dates. Subpart H systems serving 10,000 or more persons must comply with this paragraph (b)(1) beginning January 1, 2002. Subpart H systems serving fewer than 10,000 persons and systems using only ground water not under the direct influence of surface water must comply with this paragraph (b)(1) beginning January 1, 2004. All systems must comply with these MCLs until the date specified for subpart V compliance in § 141.620(c).

| Disinfection byproduct | MCL (mg/L) |
|---|---|
| Total trihalomethanes (TTHM) ......................... | 0.080 |
| Haloacetic acids (five) (HAA5) ......................... | 0.060 |

(ii) The Administrator, pursuant to section 1412 of the Act, hereby identifies the following as the best technology, treatment techniques, or other means available for achieving compliance with the maximum contaminant levels for TTHM and HAA5 identified in this paragraph (b)(1):

| Disinfection byproduct | Best available technology |
|---|---|
| Total trihalomethanes (TTHM) and Haloacetic acids (five) (HAA5). | Enhanced coagulation or enhanced softening or GAC10, with chlorine as the primary and residual disinfectant |

(2) Subpart V—LRAA compliance. (i) Compliance dates. The subpart V MCLs for TTHM and HAA5 must be complied with as a locational running annual average at each monitoring location beginning the date specified for subpart V compliance in § 141.620(c).

| Disinfection byproduct | MCL (mg/L) |
|---|---|
| Total trihalomethanes (TTHM) ......................... | 0.080 |
| Haloacetic acids (five) (HAA5) ......................... | 0.060 |

(ii) The Administrator, pursuant to section 1412 of the Act, hereby identifies the following as the best technology, treatment techniques, or other means available for achieving compliance with the maximum contaminant levels for TTHM and HAA5 identified in this paragraph (b)(2) for all systems that disinfect their source water:

| Disinfection byproduct | Best available technology |
|---|---|
| Total trihalomethanes (TTHM) and Haloacetic acids (five) (HAA5). | Enhanced coagulation or enhanced softening, plus GAC10; or nanofiltration with a molecular weight cutoff ≤1000 Daltons; or GAC20 |

(iii) The Administrator, pursuant to section 1412 of the Act, hereby identifies the following as the best technology, treatment techniques, or other means available for achieving compliance with the maximum contaminant levels for TTHM and HAA5 identified in this paragraph (b)(2) for consecutive

531

ADD-036

systems and applies only to the disinfected water that consecutive systems buy or otherwise receive:

| Disinfection byproduct | Best available technology |
|---|---|
| Total trihalomethanes (TTHM) and Haloacetic acids (five) (HAA5). | Systems serving ≥10,000: Improved distribution system and storage tank management to reduce residence time, plus the use of chloramines for disinfectant residual maintenance<br>Systems serving <10,000: Improved distribution system and storage tank management to reduce residence time |

[71 FR 478, Jan. 4, 2006]

### § 141.65 Maximum residual disinfectant levels.

(a) Maximum residual disinfectant levels (MRDLs) are as follows:

| Disinfectant residual | MRDL (mg/L) |
|---|---|
| Chlorine ................................................ | 4.0 (as $Cl_2$). |
| Chloramines ......................................... | 4.0 (as $Cl_2$). |
| Chlorine dioxide ................................... | 0.8 (as $ClO_2$). |

(b) *Compliance dates*—(1) *CWSs and NTNCWSs.* Subpart H systems serving 10,000 or more persons must comply with this section beginning January 1, 2002. Subpart H systems serving fewer than 10,000 persons and systems using only ground water not under the direct influence of surface water must comply with this subpart beginning January 1, 2004.

(2) Transient NCWSs. Subpart H systems serving 10,000 or more persons and using chlorine dioxide as a disinfectant or oxidant must comply with the chlorine dioxide MRDL beginning January 1, 2002. Subpart H systems serving fewer than 10,000 persons and using chlorine dioxide as a disinfectant or oxidant and systems using only ground water not under the direct influence of surface water and using chlorine dioxide as a disinfectant or oxidant must comply with the chlorine dioxide MRDL beginning January 1, 2004.

(c) The Administrator, pursuant to Section 1412 of the Act, hereby identifies the following as the best technology, treatment techniques, or other means available for achieving compliance with the maximum residual disinfectant levels identified in paragraph (a) of this section: control of treatment processes to reduce disinfectant demand and control of disinfection treatment processes to reduce disinfectant levels.

[63 FR 69465, Dec. 16, 1998, as amended at 66 FR 3776, Jan. 16, 2001]

### § 141.66 Maximum contaminant levels for radionuclides.

(a) [Reserved]

(b) *MCL for combined radium-226 and -228.* The maximum contaminant level for combined radium-226 and radium-228 is 5 pCi/L. The combined radium-226 and radium-228 value is determined by the addition of the results of the analysis for radium-226 and the analysis for radium-228.

(c) *MCL for gross alpha particle activity (excluding radon and uranium).* The maximum contaminant level for gross alpha particle activity (including radium-226 but excluding radon and uranium) is 15 pCi/L.

(d) *MCL for beta particle and photon radioactivity.* (1) The average annual concentration of beta particle and photon radioactivity from man-made radionuclides in drinking water must not produce an annual dose equivalent to the total body or any internal organ greater than 4 millirem/year (mrem/year).

(2) Except for the radionuclides listed in table A, the concentration of man-made radionuclides causing 4 mrem total body or organ dose equivalents must be calculated on the basis of 2 liter per day drinking water intake using the 168 hour data list in ''Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure,'' NBS (National Bureau of Standards) Handbook 69 as amended August 1963, U.S. Department of Commerce. This incorporation by reference was approved by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies of this document are available from the National Technical Information Service, NTIS ADA 280 282, U.S. Department of Commerce, 5285 Port Royal Road, Springfield, Virginia 22161. The toll-free number is 800–553–6847. Copies may be inspected at EPA's Drinking Water Docket, 401 M Street, SW., Washington, DC 20460; or at the National Archives and Records

**§ 141.133   Compliance requirements.**

(a) *General requirements.* (1) Where compliance is based on a running annual average of monthly or quarterly samples or averages and the system fails to monitor for TTHM, HAA5, or bromate, this failure to monitor will be treated as a monitoring violation for the entire period covered by the annual average. Where compliance is based on a running annual average of monthly or quarterly samples or averages and the system failure to monitor makes it impossible to determine compliance with MRDLs for chlorine and chloramines, this failure to monitor will be treated as a monitoring violation for the entire period covered by the annual average.

(2) All samples taken and analyzed under the provisions of this subpart must be included in determining compliance, even if that number is greater than the minimum required.

(3) If, during the first year of monitoring under § 141.132, any individual quarter's average will cause the running annual average of that system to exceed the MCL for total trihalomethanes, haloacetic acids (five), or bromate; or the MRDL for chlorine or chloramine, the system is out of compliance at the end of that quarter.

(b) *Disinfection byproducts*—(1) *TTHMs and HAA5.* (i) For systems monitoring quarterly, compliance with MCLs in § 141.64 must be based on a running annual arithmetic average, computed quarterly, of quarterly arithmetic averages of all samples collected by the system as prescribed by § 141.132(b)(1).

(ii) For systems monitoring less frequently than quarterly, systems demonstrate MCL compliance if the average of samples taken that year under the provisions of § 141.132(b)(1) does not exceed the MCLs in § 141.64. If the average of these samples exceeds the MCL, the system must increase monitoring to once per quarter per treatment plant and such a system is not in violation of the MCL until it has completed one year of quarterly monitoring, unless the result of fewer than four quarters of monitoring will cause the running annual average to exceed the MCL, in which case the system is in violation at the end of that quarter.

Systems required to increase monitoring frequency to quarterly monitoring must calculate compliance by including the sample which triggered the increased monitoring plus the following three quarters of monitoring.

(iii) If the running annual arithmetic average of quarterly averages covering any consecutive four-quarter period exceeds the MCL, the system is in violation of the MCL and must notify the public pursuant to § 141.32 or § 141.202, whichever is effective for your system, in addition to reporting to the State pursuant to § 141.134.

(iv) If a PWS fails to complete four consecutive quarters of monitoring, compliance with the MCL for the last four-quarter compliance period must be based on an average of the available data.

(2) *Bromate.* Compliance must be based on a running annual arithmetic average, computed quarterly, of monthly samples (or, for months in which the system takes more than one sample, the average f all samples taken during the month) collected by the system as prescribed by § 141.132(b)(3). If the average of samples covering any consecutive four-quarter period exceeds the MCL, the system is in violation of the MCL and must notify the public pursuant to subpart Q, in addition to reporting to the State pursuant to § 141.134. If a PWS fails to complete 12 consecutive months' monitoring, compliance with the MCL for the last four-quarter compliance period must be based on an average of the available data.

(3) *Chlorite.* Compliance must be based on an arithmetic average of each three sample set taken in the distribution system as prescribed by § 141.132(b)(2)(i)(B) and § 141.132(b)(2)(ii). If the arithmetic average of any three sample set exceeds the MCL, the system is in violation of the MCL and must notify the public pursuant to subpart Q, in addition to reporting to the State pursuant to § 141.134.

(c) *Disinfectant residuals*—(1) *Chlorine and chloramines.* (i) Compliance must be based on a running annual arithmetic average, computed quarterly, of monthly averages of all samples collected by the system under § 141.132(c)(1). If the average covering

any consecutive four-quarter period exceeds the MRDL, the system is in violation of the MRDL and must notify the public pursuant to subpart Q, in addition to reporting to the State pursuant to § 141.134.

(ii) In cases where systems switch between the use of chlorine and chloramines for residual disinfection during the year, compliance must be determined by including together all monitoring results of both chlorine and chloramines in calculating compliance. Reports submitted pursuant to § 141.134 must clearly indicate which residual disinfectant was analyzed for each sample.

(2) *Chlorine dioxide.* (i) *Acute violations.* Compliance must be based on consecutive daily samples collected by the system under § 141.132(c)(2). If any daily sample taken at the entrance to the distribution system exceeds the MRDL, and on the following day one (or more) of the three samples taken in the distribution system exceed the MRDL, the system is in violation of the MRDL and must take immediate corrective action to lower the level of chlorine dioxide below the MRDL and must notify the public pursuant to the procedures for acute health risks in subpart Q in addition to reporting to the State pursuant to § 141.134. Failure to take samples in the distribution system the day following an exceedance of the chlorine dioxide MRDL at the entrance to the distribution system will also be considered an MRDL violation and the system must notify the public of the violation in accordance with the provisions for acute violations under subpart Q in addition to reporting to the State pursuant to § 141.134.

(ii) *Nonacute violations.* Compliance must be based on consecutive daily samples collected by the system under § 141.132(c)(2). If any two consecutive daily samples taken at the entrance to the distribution system exceed the MRDL and all distribution system samples taken are below the MRDL, the system is in violation of the MRDL and must take corrective action to lower the level of chlorine dioxide below the MRDL at the point of sampling and will notify the public pursuant to the procedures for nonacute health risks in subpart Q in addition to

reporting to the State pursuant to § 141.134. Failure to monitor at the entrance to the distribution system the day following an exceedance of the chlorine dioxide MRDL at the entrance to the distribution system is also an MRDL violation and the system must notify the public of the violation in accordance with the provisions for nonacute violations under § 141.32(e)(78) in addition to reporting to the State pursuant to § 141.134.

(d) *Disinfection byproduct precursors (DBPP).* Compliance must be determined as specified by § 141.135(c). Systems may begin monitoring to determine whether Step 1 TOC removals can be met 12 months prior to the compliance date for the system. This monitoring is not required and failure to monitor during this period is not a violation. However, any system that does not monitor during this period, and then determines in the first 12 months after the compliance date that it is not able to meet the Step 1 requirements in § 141.135(b)(2) and must therefore apply for alternate minimum TOC removal (Step 2) requirements, is not eligible for retroactive approval of alternate minimum TOC removal (Step 2) requirements as allowed pursuant to § 141.135(b)(3) and is in violation. Systems may apply for alternate minimum TOC removal (Step 2) requirements any time after the compliance date. For systems required to meet Step 1 TOC removals, if the value calculated under § 141.135(c)(1)(iv) is less than 1.00, the system is in violation of the treatment technique requirements and must notify the public pursuant to subpart Q of this part, in addition to reporting to the State pursuant to § 141.134.

[63 FR 69466, Dec. 16, 1998, as amended at 65 FR 26022, May 4, 2000; 65 FR 40521, June 30, 2000; 66 FR 3777, Jan. 16, 2001; 69 FR 38856, June 29, 2004; 71 FR 482, Jan. 4, 2006]

**§ 141.134  Reporting and recordkeeping requirements.**

(a) Systems required to sample quarterly or more frequently must report to the State within 10 days after the end of each quarter in which samples were collected, notwithstanding the provisions of § 141.31. Systems required

PROPERTY OF ANTITRUST DIVISION

DO NOT REMOVE FROM ROOM_____

# THE RANDOM HOUSE
# College Dictionary

**Laurence Urdang**
Editor in Chief

**Stuart Berg Flexner**
Managing Editor

Based on
# The Random House Dictionary of the English Language
The Unabridged Edition

**Jess Stein**
Editor in Chief

**Laurence Urdang**
Managing Editor

Copyright © 1973, 1972, 1969, 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Based on *The Random House Dictionary of the English Language—The Unabridged Edition* Copyright © 1973, 1971, 1970, 1969, 1967, 1966 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*Chart of Periodic Table of the Elements,* Copyright © 1964 by E. H. Sargent & Co.

*Table of Common Proofreader's Marks,* Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

s.u./hd

Library of Congress Catalog Card Number: 68-19699

Manufactured in the United States of America

Type set by R. R. Donnelley & Sons Company
Printed and bound by Rand McNally and Company

ADD-041

USCA Case #24-1188    Document #2162594    Filed: 03/06/2026    Page 44 of 46

colorless nucleate cells of the blood that are sometimes found in the tissues and help maintain immunity to infection and resistance against bacteria and other foreign particles. Also, **leucocyte.**

**leu·co·cy·to·sis** (lōō/kō sī tō/sis), n. Physiol., Pathol. the presence of an increased number of leukocytes in the blood, esp. when temporary, as in infection, and not due to leukemia. Also, **leucocytosis.** [< NL] —**leu·ko·cy·tot·ic** (lōō/kə sī tot/ik), adj.

**leu·ko·der·ma** (lōō/kə dûr/mə), n. Pathol. vitiligo. Also, **leucoderma.** [< NL]

**leu·ko·ma** (lōō kō/mə), n. Pathol. a dense, white opacity of the cornea. Also, **leucoma.** [< NL leucoma. See LEUCO-, -OMA]

**leu·ko·pe·ni·a** (lōō/kə pē/nē ə), n. Med. a decrease in the number of leukocytes in the blood. Also, **leucopenia.** [< NL leucopenia. See LEUCO-, -PENIA] —**leu·ko·pe/nic,** adj.

**leu·ko·poi·e·sis** (lōō/kō poi ē/sis), n. the formation and development of leukocytes. Also, **leucopoiesis.** [< NL leucopoiesis. See LEUCO-, -POIESIS] —**leu·ko·poi·et·ic,** (lōō/kō poi et/ik), adj.

**leu·kor·rhe·a** (lōō/kə rē/ə), n. Pathol. a whitish discharge from the female genital organs. Also, **leu/kor·rhoe/a, leucorrhea, leucorrhoea.** [< NL leucorrhea. See LEUCO-, -RRHEA] —**leu/kor·rhe/al, leu/kor·rhoe/al,** adj.

**lev** (lef), n., pl. **lev·a** (lev/ə). a coin and monetary unit of Bulgaria, equal to 100 stotinki and equivalent to about .855 of a U.S. dollar. Abbr.: L., LV. [< Bulg: lit., lion, OBulg livŭ, prob. < OHG lewo < L lēo]

**lev-,** var. of levo- before a vowel: levulose.

**Lev.,** Leviticus.

**Le·val·loi·si·an** (lev/ə loi/zē ən, -zhən), adj. of, pertaining to, or characteristic of a distinctive Middle Paleolithic culture. Also, **Le·val·lois** (lə val/wä). [LEVALLOIS (-PER-RET) + -IAN]

**Le·val·lois-Per·ret** (lə vAl wA/pe RE/), n. a suburb of Paris, in N France, on the Seine. 61,962 (1962).

**Le·vant** (li vant/), n. 1. the lands bordering the E shores of the Mediterranean and Aegean seas, esp. Syria, Lebanon, and Israel. 2. Also called **Levant/ moroc/co.** a superior grade of morocco having a large and prominent grain, originally made in the Levant. 3. levanter. [late ME levaunt < MF levant, n. use (with reference to rising sun) of prp. of lever to raise (se lever to rise). See LEVER]

**Levant/ dol/lar,** a silver coin, either a Maria Theresa thaler or an imitation of one, formerly used for trade with Abyssinia, Eritrea, Aden, etc.

**le·vant·er** (li van/tər), n. a strong easterly wind that blows in the Mediterranean.

**Le·van·tine** (lev/ən tīn/, -tēn/, li van/tin, -tīn), adj. 1. of or pertaining to the Levant. —n. 2. a native of the Levant. —**Lev/an·tin/ism,** n.

**Levant/ sto/rax.** See under storax (def. 2).

**Levant/ worm/seed.** See under wormseed (def. 1).

**le·va·tor** (li vā/tər, -tôr), n., pl. **lev·a·to·res** (lev/ə tōr/ēz, -tôr/-). 1. Anat. a muscle that raises a part of the body. 2. Surg. an instrument used to raise a depressed part of the skull. [< NL, special use of LL: one who raises (levies) recruits or taxes = L levāt(us) raised (ptp. of levāre) + -or -OR²]

**lev·ee¹** (lev/ē), n., v., lev·eed, lev·ee·ing. —n. 1. Phys. Geog. an embankment designed to prevent the flooding of a river. 2. Agric. one of the small continuous ridges surrounding fields that are to be irrigated. 3. Hist. a landing place for vessels; a quay. —v.t. 4. to furnish with a levee. [< F levée < ML levāta embankment, n. use of fem. ptp. of L levāre to raise, orig. lighten, akin to levis light, not heavy]

**lev·ee²** (lev/ē, le vē/), n. 1. (in Great Britain) a public court assembly, held in the early afternoon, at which men only are received. 2. a reception, usually in someone's honor. 3. Hist. a reception of visitors held on rising from bed, as formerly by a royal personage. [< F levé, var. sp. of lever rising (n. use of inf.) < L levāre to raise (oneself); see LEVEE¹]

**lev·el** (lev/əl), adj., n., v., -eled, -el·ing or (esp. Brit.) -elled, -el·ling, adv. —adj. 1. having an even surface, with no part higher than another. 2. being in a plane parallel to the plane of the horizon; horizontal. 3. equal, as in quality or importance. 4. even, equable, or uniform. 5. filled to a height even with the rim of a container: a level teaspoon of salt. 6. **a level head,** balanced, calm judgment. 7. **one's level best,** Informal. one's very best; one's utmost. —n. 8. a device used for determining or adjusting something to a horizontal surface. 9. Survey. a. an instrument for observing levels, having a sighting device, usually telescopic, and capable of being made precisely horizontal. b. an observation made with this instrument. 10. an imaginary line or surface everywhere at right angles to the plumb line. 11. the horizontal line or plane in which anything is situated, with regard to its elevation. 12. a horizontal position or condition. 13. an extent of level land. 14. a level or flat surface. 15. a position with respect to a given or specified height: The water rose to a level of 30 feet. 16. a position in a graded scale of values; status; rank. 17. an extent, measure, or degree of achievement. 18. **find one's or one's own level,** to attain the place or position merited by one's abilities or achievements. 19. **on the level,** Informal. honest; sincere; reliable. —v.t. 20. to make (a surface) level or even. 21. to raise or lower to a particular level or position. 22. to bring (something) to the level of the ground: to level trees. 23. Informal. to knock down (a person). 24. to make (two or more things) equal, as in status, condition, etc.: to level social classes. 25. to make even or uniform, as coloring. 26. to aim or point (a weapon, criticism, etc.) at a mark or objective. 27. Survey. to find the relative elevation of different points in (land), as with a level. 28. Archaic. to turn (one's eyes) in a particular direction. —v.i. 29. to bring things or persons to a common level. 30. to aim a weapon, criticism, etc., at a mark or objective. 31. Survey. a. to take a level. b. to use a leveling instrument. 32. Aeron. to fly parallel to the ground, usually just before landing (usually fol. by off). 33. Slang. to tell the truth (often fol. by with): Level with me about that trip to Chicago. 34. Obs. to direct the mind, purpose, etc., at something. —adv. 35. Obs. in a level, direct, or even way or line. [ME, var. of livel (n.) < MF < VL *ĺībell(um), r. L ĺibella plummet

**lev·el·er** (lev/ə lər), n. a person or thing that levels. Also, esp. Brit., **leveller.**

**lev·el·head·ed** (lev/əl hed/id), adj. having common sense and sound judgment. —**lev/el·head/ed·ness,** n.

**lev/el·ing rod/,** Survey. rod (def. 17).

**lev·el·ler** (lev/ə lər), n. 1. Chiefly Brit. leveler. 2. (cap.) Eng. Hist. a member of a group organized during the Civil War and composed chiefly of former Parliamentarians advocating universal suffrage, a written constitution, and religious tolerance.

**Le·ven** (lē/vən), n. Loch, a lake in E Scotland.

**lev·er** (lev/ər, lē/vər), n. 1. a bar or rigid body used to lift weight and operating on the principle that force or power applied at one point to lift a resistive weight or force at a second point tends to rotate the bar in opposite directions about a fixed axis or fulcrum. 2. Mach. any rigid bar, straight or bent, that oscillates about a pivot and acts with other parts in the manner of a lever. —v.t. 3. to move with or as with a lever. [ME levere, levour for *lever < OF levier < lev(er) (to) lift (< L levāre to lighten, lift < levis light) + -ier -ER²] —**lev/er·like,** adj.

**Le·ver** (lē/vər), n. Charles James (pen name: Cornelius O'Dowd), 1806-72, Irish novelist and essayist.

**lev·er·age** (lev/ər ij, lē/vər ij), n. 1. the action of a lever. 2. the mechanical advantage or power gained by using a lever. 3. power to act or influence.

**lev/er escape/ment,** Horol. an escapement in which a pivoted lever, made to oscillate by the escape wheel, engages a balance staff and causes it to oscillate.

**lev·er·et** (lev/ər it), n. a young hare. [late ME < MF levrete, dim. of levre < L lepor-, s. of lepus hare; see -ET]

**Le·ver·hulme** (lē/vər hyōōm/), n. Viscount (William Hesketh Lever), 1851-1925, English manufacturer.

**Le·ver·rier** (lə ve Ryā/), n. Ur·bain Jean Jo·seph (Rɒ-baN/ zhän zhō zef/), 1811-77, French astronomer.

**Le·vi** (lē/vī), n. 1. a son of Jacob and Leah. Gen. 29:34. 2. one of the 12 tribes of Israel, traditionally descended from him. 3. a Levite.

**lev·i·a·ble** (lev/ē ə bəl), adj. 1. that may be levied. 2. liable or subject to a levy. [late ME levyable]

**le·vi·a·than** (li vī/ə thən), n. 1. Bible. a sea monster, possibly the crocodile. 2. any huge marine animal, as the whale. 3. anything of immense size and power, as an ocean liner. [ME levyathan < LL leviathan << Heb liwyāthān]

**lev·i·gate** (lev/ə gāt/), v., -gat·ed, -gat·ing, adj. —v.t. 1. to rub, grind, or reduce to a fine powder with or without the addition of a liquid. 2. Chem. to make a homogeneous mixture of, as gels. —adj. 3. Bot. having a smooth, glossy surface; glabrous. [< L lēvigāt(us) smoothed (ptp. of lēvigāre; see -ATE¹), akin to lēvis smooth] —**lev/i·ga/tion,** n. —**lev/i·ga/tor,** n.

**lev·in** (lev/in), n. Archaic. lightning. [ME levene; c. Goth lauhmuni; akin to L lūmen light]

**Le·vine** (lə vēn/), n. Jack, born 1915, U.S. painter.

**lev·i·rate** (lev/ər it, -ə rāt/, lē/vər it, -və rāt/), n. Judaism. the custom of marriage between a man and his brother's widow, required in Biblical times under certain circumstances. Deut. 25:5-10. [< L lēvir husband's brother (akin to Gk daēr, Skt dēvar, OE tācor) + -ATE¹] —**lev·i·rat·ic** (lev/ə rat/ik, lē/və-), **lev/i·rat/i·cal,** adj.

**Le·vis** (lē/viz), n. Trademark. close-fitting trousers made of heavy cotton or denimlike material.

**Levit.,** Leviticus.

**lev·i·tate** (lev/i tāt/), v., -tat·ed, -tat·ing. —v.i. 1. to rise or float in the air, esp. as a result of a supposed supernatural power that overcomes gravity. —v.t. 2. to cause to rise or float in the air. [LEVIT(Y) + -ATE¹, modeled on gravitate] —**lev/i·ta/tion,** n. —**lev/i·ta/tor,** n.

**Le·vite** (lē/vīt), n. 1. a member of the tribe of Levi. 2. a descendant of Levi, esp. one appointed to assist the priests in the temple or tabernacle, and now having essentially honorific religious duties and prerogatives. [ME < LL levit(a) < Gk leuítēs Levite = Leuí (< Heb Lēvī Levi, Levite) + -tēs suffix of appurtenance]

**Le·vit·i·cal** (li vit/i kəl), adj. 1. of or pertaining to the Levites. 2. of or pertaining to Leviticus or the law contained in Leviticus (Levit/ical law/). [< LL Lēvitic(us) (see LEVITICUS) + -AL¹] —**Le·vit/i·cal·ly,** adv.

**Le·vit·i·cus** (li vit/ə kəs), n. the third book of the Bible, containing laws relating chiefly to Jewish ceremonial observance. [< LL Lēviticus (liber) Levitical (book) < Gk Leuïtikós]

**Lev·it·town** (lev/it toun/), n. 1. a town in SE Pennsylvania, near Philadelphia. 70,000 (1960). 2. a town on W Long Island, in SE New York. 65,276 (1960).

**lev·i·ty** (lev/i tē), n., pl. -ties. 1. lightness of mind, character, or behavior. 2. an instance or exhibition of this. 3. fickleness. 4. lightness in weight. [< L levitās lightness, frivolity = levi(s) light + -tās -TY²] —Syn. 1, 2. frivolity, flippancy, triviality, giddiness.

**Lev·kas** (lef käs/), n. an island in the Ionian group, off the W coast of Greece. 28,980 (1961); 114 sq. mi. Also, **Leucas, Leukas.** Italian, **Santa Maura.**

**le·vo** (lē/vō), adj. levorotatory. Also, **laevo.** [by shortening]

**levo-,** a combining form meaning "left," often used to denote a substance which rotates the plane of polarized light to the left: levorotation. Also, **laevo-, lev-.** [repr. L laevus left, on the left]

**le·vo·gy·rate** (lē/və jī/rāt), adj. Optics, Chem. levorotatory. Also, **laevogyrate, le·vo·gyre** (lē/vō jī°r/).

ADD-042

USCA Case #24-1188    Document #2162594    Filed: 03/06/2026    Page 45 of 46

**math·e·mat·ics** (math/ə mat/Iks), n. 1. (construed as sing.) the systematic treatment of magnitude, relationships between figures and forms, and relations between quantities expressed symbolically. 2. (construed as sing. or pl.) mathematical procedures, operations, or properties. [n. use of *mathematic* < L *mathēmatic(a ars)* < Gk *mathēmatikḗ (technḗ)* scientific (craft) = *mathēmat-* (s. of *máthēma) science, knowledge + -ikḗ, fem. of -ikos -ic]

**Math·er** (math/ər, math/-), n. 1. Cotton, 1663–1728, American clergyman and author. 2. his father, In·crease (in/krēs), 1639–1723, American clergyman and author.

**Math·ew·son** (math/yōō sən), n. Christopher ("Christy"), 1880–1925, U.S. baseball player.

**Ma·thu·ra** (mut/ŏŏ rə), n. a city in W Uttar Pradesh, in N India: Hindu shrine and holy city; reputed birthplace of Krishna. 123,096 (est. 1964). Formerly, Muttra.

**ma·til·da** (mə til/də), n. Australian. swag² (def. 2). [special use of proper name *Matilda*]

**mat·in** (mat/ən, mat/In), n. 1. matins. Also, esp. Brit., mattins. (usually construed as sing.) Eccles. a. the first of the seven canonical hours. b. the service for it, properly beginning at midnight, but sometimes beginning at daybreak. c. Also called Morning Prayer. the service of public prayer, said in the morning, in the Anglican Church. 2. a morning song, as of birds. —adj. 3. Also, mat/in·al. pertaining to morning or to matins. [ME *matyn* (pl. *matines*) < OF *matin* < L *mātūtīn(us)* MATUTINAL]

**mat·i·née** (mat/ə nā/; esp. Brit. mat/ə nā/), n. an entertainment, esp. a dramatic or musical performance, held in the daytime, usually in the afternoon. Also, mat/i·nee/. [< F: morning. See MATIN]

**matinée/ i/dol,** an actor, esp. a leading man, idolized by female audiences.

**Ma·tisse** (mA tēs/), n. Hen·ri (äN rē/), 1869–1954, French painter.

**Ma·to Gros·so** (mä/tŏŏ grŏ/sŏŏ; Eng. mat/ə grō/sō), 1. a plateau in SW Brazil. 2. a state in SW Brazil. 910,262 (1960); 475,378 sq. mi. Cap.: Cuiabá. Also, Matto Grosso.

**matri-,** a learned borrowing from Latin meaning "mother," used in the formation of compound words: *matrilineal*. [< L. comb. form of *māter*]

**ma·tri·arch** (mä/trē ärk/), n. a woman holding a position analogous to that of a patriarch, as in a family or tribe. —ma/tri·ar/chal, ma/tri·ar/chic, adj. —ma/tri·ar/chal·ism, n.

**ma·tri·ar·chate** (mä/trē är/kit, -kāt), n. 1. a matriarchal system or community. 2. a social order believed to have preceded patriarchal tribal society in the early period of human communal life, embodying rule by the mothers or by all adult women.

**ma·tri·ar·chy** (mä/trē är/kē), n., pl. -chies. a form of social organization, as in certain primitive tribes, in which the mother is head of the family, and in which descent is reckoned in the female line, the children belonging to the mother's clan; a matriarchal system.

**ma·tri·ces** (mä/tri sēz/, ma/tri-), n. a pl. of matrix.

**mat·ri·cide** (ma/tri sīd/, mā/-), n. 1. the act of killing one's mother. 2. a person who kills his mother. [< L *mātricīd(ium), mātricīd(a)*] —mat/ri·cid/al, adj.

**ma·tric·u·lant** (mə trik/yə lənt), n. a person who matriculates; a candidate for matriculation. [< LL *mātrīcul(a)* list (dim. of *mātrix* list; see MATRIX, -ULE) + -ANT]

**ma·tric·u·late** (v. mə trik/yə lāt/; n. mə trik/yə lit), v., -lat·ed, -lat·ing, n. —v.t. 1. to enroll, or admit to membership and privileges by enrolling, esp. in a college or university. —v.i. 2. to be matriculated. —n. 3. a person who has been matriculated. [< ML *mātrīculāt(us)* keeper, lit., person listed (for some specific duty). See MATRICULANT, -ATE] —ma·tric/u·la/tion, n. —ma·tric/u·la/tor, n.

**mat·ri·lin·e·al** (ma/tri lin/ē əl, mā/-), adj. inheriting or determining descent through the female line. —mat/ri·lin/e·al·ly, adv.

**mat·ri·lo·cal** (ma/tri lō/kəl, mā/-), adj. Anthropol. of or pertaining to residence with the family or tribe of one's wife; uxorilocal. Cf. patrilocal. —mat/ri·lo·cal/i·ty, n.

**mat·ri·mo·ni·al** (ma/tra mō/nē əl), adj. of or pertaining to matrimony; marital; nuptial; connubial; conjugal. [< LL *mātrimōniāl(is)*] —mat/ri·mo/ni·al·ly, adv.

**mat·ri·mo·ny** (ma/trə mō/nē), n., pl. -nies for 1. 1. the rite, ceremony, or sacrament of marriage. 2. the state of marriage; wedlock. [ME < L *mātrimōni(um)* wedlock]

**mat/rimony vine/,** any solanaceous plant of the genus *Lycium*, species of which are cultivated for their foliage, flowers, and berries. Also called boxthorn.

**ma·trix** (mä/triks, ma/-), n., pl. ma·tri·ces (mä/tri sēz/, ma/-), ma·trix·es. 1. that which gives origin or form to a thing, or which serves to enclose it: *Rome was the matrix of Western civilization*. 2. Anat. a formative part, as the corium beneath a nail. 3. Biol. the intercellular substance of a tissue. 4. the fine-grained portion of a rock in which coarser crystals or rock fragments are embedded. 5. Mining. gangue. 6. Metall. a crystalline phase in an alloy in which other phases are embedded. 7. Print. a mold for casting type faces. 8. master (def. 15). 9. (in a press or stamping machine) a multiple die or perforated block on which the material to be formed is placed. 10. Math. the rectangular arrangement into rows and columns of the elements of a set. 11. (in the circuit of an electronic computer) an array of components and parts, as relays, diodes, etc., for translating from one code to another. 12. Archaic. the womb. [< L: female beast kept for breeding (LL: register, orig. of such beasts), womb, parent stem (of plants) < *māter* mother]

**ma·tron** (mä/tron), n. 1. a married woman, esp. one with children, or one who has an established social position. 2. a woman who has charge of the domestic affairs of an institution. 3. a woman serving as a guard, warden, or attendant for women or girls, as in a female prison. [ME *matrone* < L *mātrōna* wife, lady < *māter* mother] —ma·tron·al (mä/tra nəl, ma/-), adj. —ma/tron·hood/, ma/-tron·ship/, n.

**ma·tron·ly** (mä/tron lē), adj. 1. of, pertaining to, or having the characteristics of a matron; maturely dignified

and socially respected. 2. characteristic of or suitable for a matron. —ma/tron·li·ness, n.

**ma/tron of hon/or,** a married woman acting as the principal attendant of the bride at a wedding.

**mat·ro·nym·ic** (ma/trə nim/ik), adj. metronymic.

**MATS** (mats), n. Military Air Transport Service.

**Ma·tsu** (mat sōō/, mat/sōō; Chin. mä/dzōō/), n. an island off the SE coast of China, in the East China Sea: part of Nationalist China. 11,002 (est. 1956); 17 sq. mi. Cf. Quemoy.

**Ma·tsu·ya·ma** (mä/tsŏŏ yä/mä), n. a seaport on NW Shikoku, in SW Japan. 238,514 (1960).

**matt** (mat), adj., n., v.t. mat³.

**Matt.,** Matthew.

**Mat·ta·thi·as** (mat/ə thī/əs), n. died 167? B.C., Jewish priest in Judea (father of Judas Maccabaeus).

**matte** (mat), adj., n., v. mat·ted, mat·ting. —adj. 1. (of paper) having a dull surface. Cf. glossy (def. 3). 2. mat³ (def. 1). —n. 3. Metall. an unfinished metallic product of the smelting of certain sulfide ores, esp. those of copper. 4. mat³ (defs. 2, 3). —v.t. 5. mat³ (def. 4). [< F < G *matt* MAT³]

**mat·ted¹** (mat/id), adj. 1. covered with a dense growth or a tangled mass. 2. covered with mats or matting. 3. formed into a mat; entangled in a thick mass. 4. formed of mats, or of plaited or woven material. [MAT¹ + -ED²]

**mat·ted²** (mat/id), adj. having a dull finish, matte. [MAT³ + -ED²]

**mat·ter** (mat/ər), n. 1. the substance or substances of which any physical object consists or is composed. 2. physical or corporeal substance in general, whether solid, liquid, or gaseous, esp. as distinguished from incorporeal substance, as spirit or mind, or from qualities, actions, and the like. 3. something that occupies space. 4. a particular kind of substance: *coloring matter*. 5. a substance discharged by a living body, esp. pus. 6. the material or substance of a discourse, book, etc., often as distinguished from the form. 7. something written or printed: *postal matter*. 8. a situation, state, affair, or business: *a trivial matter*. 9. an amount or extent reckoned approximately: *a matter of 10 miles*. 10. something of consequence: *matter for serious thought*. 11. importance or significance. 12. difficulty or trouble (usually prec. by *the*). 13. ground, reason, or cause: *a matter for complaint*. 14. Philos. a. that which by integrative organization forms chemical substances and living things. b. Aristotelianism. that which relates to form as potentiality does to actuality. 15. Print. a. material for work; copy. b. type set up. 16. a matter of life and death, something of vital importance. 17. as a matter of fact, in reality; actually; truthfully. 18. for that matter, as far as that is concerned; as for that. Also, for the matter of that. 19. no matter, it is unimportant; it makes no difference. —v.i. 20. to be of importance; signify: *It matters little*. 21. Pathol. to suppurate. [ME *mater*, back formation from early ME *materie* < L *māteria* stuff, matter, wood of trees] —mat/ter·ful, adj. —mat/ter·less, adj.

**Mat·ter·horn** (mat/ər hôrn/), n. a mountain on the border of Switzerland and Italy, in the Pennine Alps. 14,780 ft. French, Mont Cervin.

**mat/ter of course/,** something that follows in logical or customary sequence: *After such reprisals, war followed as a matter of course*.

**mat·ter-of-course** (mat/ər əv kôrs/, -kōrs/), adj. 1. occurring or proceeding in or as if in the natural course of things; expected or inevitable. 2. accepting things as occurring in their natural course.

**mat/ter of fact/,** 1. Law. a statement or allegation to be judged on the basis of the evidence. 2. something of a factual nature, as an actual occurrence.

**mat·ter-of-fact** (mat/ər əv fakt/), adj. 1. adhering strictly to fact; not imaginative. 2. prosaic or dry; commonplace: *a matter-of-fact account of the rally*. —mat/ter-of-fact/ly, adv. —mat/ter-of-fact/ness, n.

**Mat·thew** (math/yōō), n. 1. one of the four Evangelists: one of the 12 apostles. Matt. 9:9–13. 2. the first Gospel.

**Mat/thew of Par/is,** c1200–59, English chronicler. Also called Mat/thew Par/is.

**Mat·thews** (math/yōōz), n. (James) Bran·der (bran/dər), 1852–1929, U.S. writer and educator.

**Mat/thew Walk/er,** a knot formed on the end of a rope by partly unlaying the strands and tying them in a certain way. See illus. at knot. [after a proper name]

**Mat·thi·as** (mə thī/əs), n. a disciple chosen to take the place of Judas Iscariot as one of the apostles. Acts 1:23–26.

**mat·ting¹** (mat/ing), n. 1. a coarse fabric of rushes, grass, straw, hemp, or the like, used for wrapping, covering floors, etc. 2. material for mats. [MAT¹ + -ING¹]

**mat·ting²** (mat/ing), n. a dull, slightly roughened surface, free from polish. [MAT³ + -ING¹]

**mat·tins** (mat/ənz, -inz), n. (usually construed as sing.) Chiefly Brit. matin (def. 1).

**mat·tock** (mat/ək), n. an instrument for loosening the soil in digging, shaped like a pickax, but having one end broad instead of pointed. [ME *mattok*, OE *mattuc*]

**Mat·to Gros·so** (mä/tŏŏ grŏ/sŏŏ; Eng. mat/ə grō/sō). See Mato Grosso.

**Mat·toon** (mə tōōn/), n. a city in E Illinois. 19,088 (1960).

**mat·tress** (ma/tris), n. 1. a large pad used as or on a bed, consisting of a case, usually of heavy cloth, that contains hair, straw, cotton, foam rubber, etc., or a framework of metal springs. 2. a mat woven of brush, poles, or similar material, used to prevent erosion of the surface of dikes, jetties, etc. [ME *materas* < OF < It *materass(o)* < Ar (al-) *matrah* (the) mat, cushion]

**mat·u·rate** (mach/ŏŏ rāt/, mat/yŏŏ-), v.i., -rat·ed, -rat·ing. 1. Pathol. to suppurate. 2. to mature. [< L *mātu-rāt(us)* ripe, brought to maturity, ptp. of *mātūrāre*] —ma·tur·a·tive (mə chŏŏr/ə tiv, mach/ŏŏ rā/tiv, mat/yŏŏ rā/-), adj.

**mat·u·ra·tion** (mach/ŏŏ rā/shon, mat/yŏŏ-), n. 1. the act or process of maturating. 2. Biol. the second phase of gametogenesis, resulting in the production of mature eggs and sperms from oogonia and spermatogonia. [< medical L *mātūrātiōn-* (s. of *mātūrātiō)*] —mat/u·ra/tion·al, adj.

act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder; oil; bŏŏk; ōoze; out; up, ūrge; ə = a as in alone; chief; sing; shoe; thin; that; zh as in measure; ° as in button (but/°n), fire (fīʳr). See the full key inside the front cover.

ADD-043

**rae·a** (mi thrē'ə), **Mith·rae·ums**. a temple of Mithras. [< NL < Gk *Mithraion* = *Mithrās* MITHRAS + *-aion* suffix of place]

**Mith·ra·ism** (mith'rə iz'əm), *n.* an ancient religion of Persian origin, in which Mithras was worshiped. Also, **Mith·ra·i·cism** (mith rā'i siz'əm). —**Mith·ra·ic** (mith-rā'ik), **Mith'ra·is'tic**, *adj.* —**Mith'ra·ist**, *n.*

**Mith·ras** (mith'rəs), *n. Persian Myth.* the god of light and truth, later of the sun. Also, **Mith·ra** (mith'rə). [< L < Gk < OPers *Mithra*]

**Mith·ri·da·tes VI** (mith'ri dā'tēz), ("the Great") 132?–63 B.C., king of Pontus 120–63. Also called **Mith·ri·da'tes Eu'pa·tor** (yoō'pə tôr').

**mith·ri·da·tism** (mith'ri dā'tiz əm), *n.* the production of immunity against the action of a poison by taking the poison in gradually increased doses. [after MITHRIDATES VI, said to have so immunized himself] —**mith·ri·dat·ic** (mith'ri-dat'ik), *adj.*

**mit·i·cide** (mit'i sīd'), *n. Chem.* a substance or preparation for killing mites. —**mit'i·cid'al**, *adj.*

**mit·i·gate** (mit'ə gāt'), *v.*, **-gat·ed, -gat·ing.** —*v.t.* 1. to make less severe, intense, painful, etc. 2. *Rare.* to make (a person) milder or more gentle; mollify; appease. —*v.i.* 3. to become milder; lessen in severity. [< L *mītigāt(us)* calmed, softened, soothed (ptp. of *mītigāre*) = *mīt(is)* mild, soft, gentle + *-ig-* (var. of *ag-*, root of *agere* to make) + *-ātus* -ATE¹] —**mit·i·ga·ble** (mit'ə gə bəl), *adj.* —**mit'i·gat'ed·ly**, *adv.* —**mit'i·ga'tion**, *n.* —**mit'i·ga'tive, mit·i·ga·to·ry** (mit'ə-gə tôr'ē, -tōr'ē), *adj.* —**mit'i·ga'tor**, *n.*

**mi·tis** (mi'tis, mē'-), *n.* 1. Also called **mi'tis met'al.** wrought iron melted and cast. —*adj.* 2. noting or pertaining to mitis. [< L: soft; see MITIGATE]

**mi·to·chon·dri·on** (mī'tə kon'drē ən, mit'ə-), *n., pl.* **-dri·a** (-drē ə). *Biol.* one of the minute, granular, rodlike or threadlike bodies occurring in the cytoplasm of cells and functioning in cellular metabolism. Also called **chondrio·some.** [< Gk *mito(s)* a thread + *chóndrion* small grain = *chóndr(os)* grain, corn + *-ion* dim. suffix] —**mi'to·chon'dri·al**, *adj.*

**mi·to·sis** (mī tō'sis, mi-), *n. Biol.* the usual method of cell division, characterized typically by the resolving of the chromatin of the nucleus into a threadlike form that separates into segments or chromosomes, each of which separates longitudinally into two parts, one part of each chromosome being retained in each of two new cells resulting from the original cell. [< Gk *mít(os)* a thread + *-osis*] —**mi·tot·ic** (mi tot'ik, mī-), *adj.* —**mi·tot'i·cal·ly**, *adv.*

**mi·tral** (mī'trəl), *adj.* 1. of or resembling a miter. 2. *Anat.* of, pertaining to, or situated near a mitral valve.

**mi'tral valve'**, *Anat.* the valve between the left atrium and ventricle of the heart, consisting of two triangular flaps of tissue, that prevents the blood from flowing back into the atrium. Also called **bicuspid valve.** Cf. **tricuspid valve.**

**mi·tre** (mī'tər), *n., v.t.,* **-tred, -tring.** *Chiefly Brit.* miter.

**Mi·tro·pou·los** (mi trop'ə ləs; *Gk.* mē trŏ'pōō lôs), *n.* **Di·mi·tri** (di mē'trē; *Gk.* thē mē'trē), 1897–1960, Greek symphony orchestra conductor in the U.S.

**mits·vah** (mēts vä'; *Eng.* mits'və), *n., pl.* **-voth** (-vôt'), *Eng.* **-vahs.** *Hebrew.* mitzvah.

**mitt** (mit), *n.* 1. *Baseball.* a mittenlike hand protector worn esp. by a catcher. Cf. **baseball glove.** 2. a mitten. 3. *Slang.* a hand. 4. a long glove that leaves the fingers bare, worn by women. [short for MITTEN]

**Mit·tel·eu·ro·pa** (mit'əl oi rŏ'pä), *n. German.* central Europe.

**mit·ten** (mit'°n), *n.* 1. a hand covering enclosing the four fingers together and the thumb separately. 2. mitt (def. 4). [ME *miteyn* < MF, OF *mitaine* = *mite* mitten (< ?) + *-aine* -AN] —**mit'ten·like'**, *adj.*

**mit·ti·mus** (mit'ə məs), *n., pl.* **-mus·es.** *Law.* a warrant of commitment to prison. [late ME < L: we send, first word of writ in Latin]

**mitz·vah** (mēts vä'; *Eng.* mits'və), *n., pl.* **-voth** (-vôt'), *Eng.* **-vahs.** *Hebrew.* 1. *Judaism.* any of the 613 precepts that are present in or derived from the Bible. 2. a good or praiseworthy deed. Also, **mitsvah.** [lit., commandment]

**mix** (miks), *v.*, **mixed** or **mixt, mix·ing,** *n.* —*v.t.* 1. to put (various materials, objects, etc.) together in a homogeneous or reasonably uniform mass. 2. to add as an ingredient to such a mass: *Mix some salt into the flour.* 3. to form by mixing ingredients: *to mix mortar.* 4. to put together indiscriminately or confusedly (often fol. by *up*). 5. to combine, unite, or join: *to mix business and pleasure.* 6. to crossbreed. —*v.i.* 7. to become or admit of being mixed: *a paint that mixes easily with water.* 8. to associate, as in company. 9. to crossbreed. —*n.* 10. the act or an instance of mixing. 11. the result of mixing; mixture. 12. a commercially prepared blend of dry ingredients to be mixed with a liquid to obtain a desired consistency: *a cake mix.* 13. Also, **mixer.** *Informal.* soda, ginger ale, fruit juice, or water for adding to whiskey or other liquor in making a highball. 14. the proportion of ingredients in a mixture; formula: *a mix of two to one.* [late ME, back formation from *mixt* MIXED] —**mix'a·bil'i·ty**, *n.* —**mix'a·ble, mix'i·ble**, *adj.* —**Syn.** 1, 7. commingle, jumble, amalgamate, fuse. 7. coalesce. 11. concoction.

**mixed** (mikst), *adj.* 1. put together or formed by mixing. 2. composed of or containing different kinds of persons, materials, elements, etc. 3. *Law.* involving more than one issue or aspect. 4. *Phonet.* (of a vowel) central. [late ME *mixt* < L *mixt(us)*, ptp. of *miscēre* to mingle] —**Syn.** 1. commingled.

**mixed' bless'ing,** something that offers great advantages but also has serious disadvantages.

**mixed' bud'.** See under bud¹ (def. 1a).

**mixed' grill',** several kinds of broiled or grilled meats, and usually vegetables, served together, as a lamb chop, bacon, a pork sausage, a piece of liver, a grilled tomato, and mushrooms.

**mixed' mar'riage,** a marriage between persons of different religions or races.

**mixed' met'aphor,** the use in the same expression of two or more metaphors that are incongruous or illogical in combination, as in "The president will put the ship of state on its feet."

**mixed' num'ber,** *Arith.* a number consisting of a whole number and a fraction, as 4½ or 4.5.

**mixed-up** (mikst'up'), *adj.* suffering from or revealing mental confusion.

**mix·er** (mik'sər), *n.* 1. a person or thing that mixes. 2. *Informal.* a person, with reference to his sociability: *a good mixer.* 3. an electrical kitchen appliance, resembling an eggbeater, for use in mixing and beating foodstuffs. Cf. **blender** (def. 2). 4. an informal dance or gathering. 5. *Informal.* mix (def. 13). 6. an electrical system, as in a broadcasting studio, providing for the blending, fading, substituting, etc., of sounds from various sources, as from microphones, recordings, etc.

**mixt** (mikst), *v.* a pt. and pp. of **mix.**

**Mix·tec** (mēs'tek), *n., pl.* **-tecs,** *(esp. collectively)* **-tec** for 1. 1. a member of an Amerindian people of Guerrero, Oaxaca, and Puebla, in Mexico. 2. the language spoken by this Indian tribe. —**Mix·tec'an**, *adj., n.*

**Mix·te·co** (mēs tek'ō), *n., pl.* **-cos,** *(esp. collectively)* **-co.** Mixtec.

**mix·ture** (miks'chər), *n.* 1. a product of mixing. 2. any combination of contrasting elements, qualities, etc. 3. *Chem., Physics.* an aggregate of two or more substances that are not chemically united and that exist in no fixed proportion to each other. Cf. **compound** (def. 8). 4. a fabric woven of yarns combining various colors. 5. the act of mixing. 6. the state of being mixed. [late ME < L *mixtūra.* See MIXED, -URE] —**Syn.** 1. blend, combination; compound. 2. miscellany, medley, mélange.

**mix-up** (miks'up'), *n.* a confused state of things; muddle; tangle.

**Mi·ya·za·ki** (mē'yä zä'kē), *n.* a city on SE Kyushu, in Japan. 185,000 (est. 1963).

**Miz·ra·chi** (miz rä'khē), *n.* 1. an Israeli religious group organized in 1902 as a wing of the orthodox Zionist movement, chiefly devoted to furthering traditional Judaism. —*adj.* 2. of or pertaining to the Mizrachi. Also, **Miz·ra'hi.** [< Heb *Mizrāhi*, lit., of the east]

**miz·zen** (miz'ən), *Naut.* —*n.* 1. a fore-and-aft sail set on a mizzenmast. Cf. **crossjack, spanker** (def. 1a). See diag. at ship. 2. mizzenmast. —*adj.* 3. of or pertaining to a mizzenmast. Also, **miz'en.** [late ME *meson*, prob. < It *mezzana* < Ar *mazzān* mast]

**miz·zen·mast** (miz'ən mast', -mäst'; *Naut.* miz'ən məst), *n. Naut.* 1. the third mast from forward in a vessel having three or more masts. 2. the after and shorter mast of a yawl, ketch, or dandy; jiggermast. Also, **miz'en·mast'.** [late ME *meson mast*]

**mk.,** *pl.* **mks.** mark² (def. 1).

**MKS,** meter-kilogram-second. Also, **mks, m.k.s.**

**mkt.,** market.

**ML,** Medieval Latin. Also, **M.L.**

**mL,** millilambert; millilamberts.

**ml,** milliliter; milliliters. Also, **ml.**

**MLA,** Modern Language Association.

**MLG,** Middle Low German. Also, **M.L.G.**

**Mlle.,** *pl.* **Mlles.** mademoiselle. Also, **Mlle**

**mM,** millimole; millimoles.

**mm,** millimeter; millimeters.

**MM.,** messieurs.

**mm.,** 1. thousands. [< L *millia*] 2. millimeter; millimeters.

**Mme.,** *pl.* **Mmes.** madame.

**mmf,** *Elect.* micromicrofarad; micromicrofarads.

**mmho,** millimho; millimhos.

**Mn,** *Chem.* manganese.

**mne·mon·ic** (nē mon'ik, ni-), *adj.* 1. assisting or intended to assist the memory. 2. of or pertaining to mnemonics or memory. [< Gk *mnēmonik(ós)* of, relating to memory = *mnēmon-* (s. of *mnēmōn*) mindful + *-ikos* -IC] —**mne·mon'-i·cal·ly**, *adv.*

**mne·mon·ics** (nē mon'iks, ni-), *n. (construed as sing.)* the process or technique of improving or developing the memory. Also called **mne·mo·tech·nics** (nē'mō tek'niks).

**Mne·mos·y·ne** (nē mos'ə nē', -moz'-, ni-), *n.* the ancient Greek goddess of memory. [< Gk: lit., memory, akin to *mnāsthai* to remember, *mnēmōn* mindful]

**-mnesia,** a combining form denoting a certain type of memory: *paramnesia.* [comb. form abstracted from AMNESIA]

**Mngr.,** Monsignor.

**mngr.,** manager.

**Mo,** *Chem.* molybdenum.

**-mo,** a suffix occurring in a series of compounds that describe book sizes according to the number of leaves formed by the folding of a single sheet of paper: *sixteenmo.* [comb. form abstracted from DUODECIMO]

**Mo.,** 1. Missouri. 2. Monday.

**mo.,** *pl.* **mos., mo.** month.

**M.O.** 1. mail order. 2. Medical Officer. 3. method of working. [< L *modus operandi*] 4. money order.

**m.o.,** 1. mail order. 2. money order.

**mo·a** (mō'ə), *n.* any of several extinct, flightless birds of the family *Dinornithidae,* of New Zealand, related to the kiwis but resembling the ostrich. [< Maori]

**Mo·ab** (mō'ab), *n.* an ancient kingdom E of the Dead Sea, in what is now Jordan. See map at Philistia. —**Mo·ab·ite** (mō'ə bīt'), *n., adj.*

**moan** (mōn), *n.* 1. a prolonged, low, inarticulate sound uttered from or as from physical or mental suffering. 2. any similar sound: *the moan of the wind.* 3. *Archaic.* complaint or lamentation. —*v.i.* 4. to utter or produce moans. 5. to utter with a moan. 6. to lament or bemoan. [ME *mone, man(e),* inferred from OE *\*mān,* inferred from its deriv. *mǣnan* to mourn] —**moan'ful,** *adj.* —**moan'ful·ly,** *adv.* —**moan'ing·ly,** *adv.*



**Moa,** *Dinornis maximus* (Height 10 ft.)