# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1188**

**September Term, 2025**

**EPA-89FR32532**

**Filed On:** March 19, 2026

American Water Works Association and
Association of Metropolitan Water Agencies,

      Petitioners

      v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------
Concerned Citizens of WMEL Water
Authority Grassroots, et al.,
      Intervenors
------------------------------
Consolidated with 24-1191, 24-1192

      **BEFORE:**   Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to sever and hold in abeyance, the Rule 28(j) letter, the oppositions to the motion, and the reply; and the unopposed motion for leave to file an overlength brief, it is

**ORDERED** that the motion for leave to file an overlength brief be granted. The Clerk is directed to file the lodged intervenor brief and statutory addendum. It is

**FURTHER ORDERED** that the motion to sever and hold in abeyance be denied.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:    /s/
              Selena R. Gancasz
              Deputy Clerk