

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*                                   *Telephone (202) 514-2285*
*P.O. Box 7611*                                                   *Facsimile (202) 514-8865*
*Washington, DC  20044*

March 23, 2026

***Delivery by ECF***

The Honorable Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia
333 Constitution Avenue NW
Washington, D.C.  20001

     Re:   *American Water Works Ass'n, et al. v. EPA*, No. 24-1188 (D.C. Cir.)
         and Consolidated Cases

Dear Mr. Cislak:

With apologies for the multiple submissions, I write to inform the Court that, in addition to being unavailable April 23 through May 8, 2026, and May 22, 2026 (as detailed in my prior letter), I will also be unavailable on May 28, 2026, due to a hearing in another court.

               Respectfully submitted,


                /s/ *Kimere J. Kimball*
               Kimere J. Kimball
               *Trial Attorney*
               U.S. Department of Justice
               Env't & Natural Resource Div.
               Kimere.kimball@usdoj.gov

               *Counsel for Respondents*