

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*                                                  *Telephone (202) 598-7680*
*P.O. Box 7611*                                                                         *Facsimile (202) 514-8865*
*Washington, DC  20044*

May 28, 2026

***Delivery by ECF and Courier***

The Honorable Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia
333 Constitution Avenue NW
Washington, D.C.  20001

       Re:    *American Water Works Ass'n, et al. v. EPA*, 24-1188 (D.C. Cir.) and
                Consolidated Cases

Dear Mr. Cislak:

EPA previously informed the Court that it intended to initiate notice-and-comment rulemaking to rescind the portion of the rule challenged here regarding the regulatory determinations and regulations for each of PFNA, PFHxS, and HFPO-DA individually, and in combination with PFBS using a Hazard Index approach (collectively, the "Index PFAS").  ECF Nos. 2160037, 2163170.  EPA's proposed rule, *Rescission of Regulatory Determinations and Removal of Related Provisions of Four PFAS Substances (PFHxS, PFNA, HFPO-DA (GenX), and the Mixture of These Three Plus PFBS)*, 97 Fed. Reg. 29413 (May 20, 2026), has now published in the Federal Register.  The public comment period will close on Monday, July 20, 2026.

                           Respectfully submitted,

                           ADAM R.F. GUSTAFSON
                           *Acting Assistant Attorney General*

                           BRADLEY CRAIGMYLE
                           *Deputy Assistant Attorney General*

 /s/ *Kimere J. Kimball*
Kimere J. Kimball
*Trial Attorney*
U.S. Department of Justice
Env't & Natural Resource Div.
Kimere.kimball@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I served the foregoing Letter on all counsel of record via CM/ECF and that the Letter contains 124 words, excluding exempted parts, in compliance with Rule 28(j).  I have relied on Microsoft Word's word calculation.