# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** AMERICAN WATER WORKS ASSOCIATI ⊞

**v.**

UNITED STATES ENVIRONMENTAL PRO ⊞

**Case No:** 24-1188; 24-1191; 24-1192

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States Environmental Agency ⊞

Lee Zeldin (in his official capacity as EPA Admi ⊞

## Counsel Information

Lead Counsel: Jin Hyung Lee

Direct Phone: ( 202 ) 598-7264 Fax: ( ___ ) ___-___  Email: Jin.Hyung.Lee@usdoj.gov

2nd Counsel: Ian M. Swenson

Direct Phone: ( 202 ) 532-5139 Fax: ( ___ ) ___-___  Email: Ian.Swenson@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___  Email:

Firm Name: U.S. Department of Justice - Environmental Defense Section

Firm Address: P.O. Box 7611, Washington, DC 20044

Firm Phone: ( 202 ) 514-2219 Fax: ( 202 ) 353-1156  Email: efile_eds.enrd@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)