# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1188** **September Term, 2026**

**EPA-89FR32532**

**Filed On:** September 8, 2026

American Water Works Association and Association of Metropolitan Water Agencies,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

Upon consideration of the joint motion proposing oral argument format, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for September 18, 2026, at 9:30 A.M.:

Issue I (PFAS)

| | | |
|---|---|---|
| Petitioners American Water Works Association and Association of Metropolitan Water Agencies | - | 10 Minutes |
| Petitioner The Chemours Company FC, LLC | - | 5 Minutes |
| EPA | - | 10 Minutes |
| Respondent-Intervenors | - | 25 Minutes |

Issue II (PFOA/PFOS)

| | | |
|---|---|---|
| Petitioners National Association of Manufacturers and American Chemistry Council | - | 10 Minutes |
| EPA | - | 8 Minutes |
| Respondent-Intervenors | - | 2 Minutes |

The panel considering these case will consist of Circuit Judges Millett, Pillard, and Wilkins.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 11, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)